| United States Bankruptcy Court<br>**District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Capmark Financial Group Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**GMAC Commercial Holding Corp.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**91-1902188** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**116 Welsh Road**<br>**Horsham, PA**<br>ZIP CODE **19044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A** | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Commercial Real Estate Financial & Other Services | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors (Consolidated)

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☑<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (Consolidated)

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☑<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (Consolidated)

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☑<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Capmark Financial Group Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed:  N/A | Case Number:<br>N/A | Date Filed:<br>N/A |
| Location<br>Where Filed:  N/A | Case Number:<br>N/A | Date Filed:<br>N/A |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>See attached Schedule A. | Case Number:<br>Pending | Date Filed:<br>10/25/2009 |
| District:<br>District of Delaware | Relationship:<br>Affiliates | Judge:<br>Pending |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑   Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Capmark Financial Group Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

  _____
  Telephone Number (if not represented by attorney)

  _____
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

  _____
  (Printed Name of Foreign Representative)

  _____
  Date

---

**Signature of Attorney***

X _~signature~_
  Signature of Attorney for Debtor(s)
  Mark D. Collins
  Printed Name of Attorney for Debtor(s)
  Richards, Layton & Finger, P.A.
  Firm Name
  One Rodney Square, 920 North King St., Wilmington, DE 19801
  Address

  (302) 651-7700
  Telephone Number
  10/25/09
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

  _____
  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual
  Jay N. Levine
  Printed Name of Authorized Individual
  President and Chief Executive Officer
  Title of Authorized Individual
  October 25, 2009
  Date

## Schedule A

Pending Bankruptcy Cases in the District of Delaware
Filed by the Debtor and Affiliates of the Debtor

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Summit Crest Ventures, LLC | 09-_____ (  ) | October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Capmark Financial Group Inc. | Case No.<br><br>09-_____ (  ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Debtor | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Capmark Capital Inc. | Case No.<br><br>09-_____ (  ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Capmark Finance Inc. | Case No.<br><br>09-_____ (  ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Commercial Equity Investments, Inc. | Case No.<br><br>09-_____ (  ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Mortgage Investments, LLC | Case No.<br><br>09-_____ (  ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Net Lease Acquisition LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| SJM Cap, LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Capmark Affordable Equity Holdings Inc. | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Capmark REO Holding LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member AMBAC II, LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member AMBAC III, LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member AMBAC IV, LLC | 09-_____ ( ) | October 25, 2009 |

| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
|---|---|---|
| **Name of Debtor:**<br><br>Paramount Managing<br>Member AMBAC V, LLC | **Case No.**<br><br>09-        (   ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Managing<br>Member LLC | **Case No.**<br><br>09-_____ (   ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Managing<br>Member II, LLC | **Case No.**<br><br>09-_____ (   ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Managing<br>Member III, LLC | **Case No.**<br><br>09-_____ (   ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Managing<br>Member IV, LLC | **Case No.**<br><br>09-_____ (   ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Managing<br>Member V, LLC | **Case No.**<br><br>09-_____ (   ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor:<br><br>Paramount Managing Member VI, LLC | Case No.<br><br>09-_____ ( ) | Date Filed:<br><br>October 25, 2009 |
|---|---|---|
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Paramount Managing Member VII, LLC | Case No.<br><br>09-_____ ( ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Paramount Managing Member VIII, LLC | Case No.<br><br>09-_____ ( ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Paramount Managing Member IX, LLC | Case No.<br><br>09-_____ ( ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Paramount Managing Member XI, LLC | Case No.<br><br>09-_____ ( ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Paramount Managing Member XII, LLC | Case No.<br><br>09-_____ ( ) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| Name of Debtor:<br><br>Paramount Managing Member XVIII, LLC | Case No.<br><br>09-_____ ( ) | Date Filed:<br><br>October 25, 2009 |

| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
|---|---|---|
| **Name of Debtor:**<br><br>Paramount Managing<br>Member XIV, LLC | **Case No.**<br><br>09-_____ ( ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Managing<br>Member XV, LLC | **Case No.**<br><br>09-_____ ( ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Managing<br>Member XVI, LLC | **Case No.**<br><br>09-_____ ( ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Northeastern<br>Managing Member, LLC | **Case No.**<br><br>09-_____ ( ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Capmark Affordable<br>Properties Inc. | **Case No.**<br><br>09-_____ ( ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |
| **Name of Debtor:**<br><br>Paramount Managing<br>Member XXIII, LLC | **Case No.**<br><br>09-_____ ( ) | **Date Filed:**<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Paramount Managing Member XXIV, LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member 30, LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member 31, LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member 33, LLC | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Broadway Street California, L.P. | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Broadway Street 2001, L.P. | 09-_____ ( ) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Pending |
| Name of Debtor: | Case No. | Date Filed: |
| Broadway Street XV, L.P. | 09-_____ ( ) | October 25, 2009 |

| | Relationship: Affiliate | Judge: Pending |
|---|---|---|
| **Name of Debtor:** Broadway Street XVI, L.P. | **Case No.** 09-_____ ( ) | **Date Filed:** October 25, 2009 |
| | Relationship: Affiliate | Judge: Pending |
| **Name of Debtor:** Broadway Street XVIII, L.P. | **Case No.** 09-_____ ( ) | **Date Filed:** October 25, 2009 |
| | Relationship: Affiliate | Judge: Pending |
| **Name of Debtor:** Broadway Street Georgia I, LLC | **Case No.** 09-_____ ( ) | **Date Filed:** October 25, 2009 |
| | Relationship: Affiliate | Judge: Pending |
| **Name of Debtor:** Capmark Managing Member 4.5 LLC | **Case No.** 09-_____ ( ) | **Date Filed:** October 25, 2009 |
| | Relationship: Affiliate | Judge: Pending |
| **Name of Debtor:** Capmark Affordable Equity Inc. | **Case No.** 09-_____ ( ) | **Date Filed:** October 25, 2009 |
| | Relationship: Affiliate | Judge: Pending |

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Capmark Financial Group Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
CAPMARK FINANCIAL GROUP INC.,             :
                                          :    09-_____ (   )
        Debtor.                           :
                                          :
-----------------------------------------------------------x
```

## EXHIBIT "A" TO VOLUNTARY PETITION

On August 14, 2009, Capmark Financial Group Inc. ("CFGI" or the "Debtor") voluntarily filed a Form 15 with the Securities and Exchange Commission to terminate its filing obligations. CFGI was required to file periodic reports with the SEC when its registration statement on Form S-4 was declared effective in March 2008. CFGI became eligible to terminate its SEC reporting obligations on January 1, 2009 because each class of its senior notes that were registered with the SEC had less than 300 holders of record on that date. Since that time, CFGI continued to file periodic reports with the SEC on a voluntary basis. CFGI's Securities and Exchange Commission file number is 333-149970.

1.  The following consolidated, unaudited financial data is the latest available information and refers to the Debtor's and its debtor and nondebtor subsidiaries' condition as of June 30, 2009.[1]

| | |
|---|---|
| Total assets: | $20.1 billion |
| Total debts (including debts listed in 1.a, below): | $21.0 billion |
| a.   Debt securities held by more than 500 holders: | Unknown[2] |
| b.   Number of shares of issued and outstanding preferred stock: | None |
| c.   Number of shares of issued and outstanding common stock: | 412,900,918[3] |

---

[1] Unless otherwise indicated, all data is taken from the Debtor's Quarterly Report for the period ended June 30, 2009, dated September 2, 2009, available on their website at http://www.capmark.com/CAPMARK/MainPage.aspx?id=898&TSMTID=898&TSMTT=1&TSMID=0.

2 All of the debt securities issued by the Debtor are held in book entry form, and thus, the Debtor does not know the number of holders of such debt securities.

[3] The Debtor is authorized to issue 650,000,000 shares of its common stock.

2. Brief description of Debtor's business.

CFGI is incorporated in the state of Nevada and headquartered in Horsham, Pennsylvania. CFGI and its subsidiaries and affiliates (collectively, the "Capmark Group") are commercial real estate finance companies operating across three core business lines: (i) commercial real estate lending and mortgage banking, (ii) investments and funds management, and (iii) loan servicing. For management reporting purposes, the Capmark Group's businesses are conducted through six business segments that are organized based on geography and type of business – North American Lending and Mortgage Banking, North American Servicing, North American Investments and Funds Management, North American Affordable Housing, Asian Operations and European Operations. Through these global business lines and segments, the Capmark Group provides commercial real estate products and services to borrowers, investors and other customers. These services include, among other things, loan originations, servicing for third parties, including government sponsored enterprises, and investment advisory services with respect to real estate debt and equity investments.

3. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Debtor:[4]

| Beneficial Owner | Percentage of Outstanding Common Stock |
|---|---|
| a. GMACCH Investor LLC[5] | 75.4 |
| b. GMAC Mortgage Group LLC[6] | 21.3 |

---

[4] Data as of September 2, 2009.

[5] GMACCH Investor LLC is owned by certain affiliates of Kohlberg Kravis Roberts & Co. L.P., Five Mile Capital Partners LLC, Goldman Sachs Capital Partners and Dune Capital Management LP.

[6] GMAC Mortgage Group LLC is wholly owned by GMAC LLC.

# CERTIFICATE OF RESOLUTIONS OF THE BOARD OF DIRECTORS OF CAPMARK FINANCIAL GROUP INC.

October 25 , 2009

I, a duly authorized officer of Capmark Financial Group Inc., a Nevada corporation, (the "Company"), hereby certify that the following resolutions were duly adopted by the vote and consent of the Directors of the Company at a special meeting of the Board of Directors (the "Board") of the Company held on October 25, 2009 in accordance with the requirements of applicable law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

> WHEREAS, the Board, after due and careful consideration of the financial situation of the Company and the Company's available alternatives, has determined that it would be desirable and in the best interests of the Company to immediately commence voluntary proceedings under title 11 of the United States Code (the "Bankruptcy Code");

> NOW, THEREFORE, BE IT

> RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

> RESOLVED, that each of the Chairman, Chief Executive Officer, President, Chief Financial Officer, General Counsel, Executive Vice Presidents, Senior Vice Presidents, Secretary, Directors, and Assistant Secretaries (each, an "Authorized Person" and collectively, the "Authorized Persons") are hereby authorized, empowered and directed, in the name, and on behalf of the Company, to execute and verify petitions, and amendments or exhibits thereto, under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time or in such other jurisdiction as such Authorized Person executing the same shall determine;

> RESOLVED, that the law firm of Dewey & LeBoeuf LLP be and is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

> RESOLVED, that the law firm of Richards, Layton & Finger, P.A. be and is hereby engaged as local counsel for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that the law firm of Reed Smith LLP be and is hereby engaged as special insurance coverage counsel to the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval

RESOLVED, that Beekman Advisors, Inc. be and is hereby engaged as strategic advisor to the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Lazard Frères & Co. LLC be and is hereby engaged as investment banker and financial advisor to the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Loughlin Meghji + Company be and is hereby engaged as crisis managers to the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that KPMG LLP be and is hereby engaged as tax and accounting advisor to the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Epiq Bankruptcy Solutions, LLC be and is hereby engaged as claims and noticing agent to the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to negotiate, secure and obtain a commitment for proposed debtor in possession financing to be provided by one or more banks or other institutional lenders in order to meet the Company's financing needs during the prosecution of the Chapter 11 Case;

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED, that each Authorized Person, and such other officers of the Company as any Authorized Person shall from time to time designate, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of

the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable with a view to the successful prosecution of such case;

RESOLVED, that in connection with the Chapter 11 Case, each Authorized Person, and such other officers of the Company as any Authorized Person shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to negotiate, execute, deliver, and perform or cause the performance of any notes, guarantees, security agreements, other agreements, consents, certificates, or instruments as such person considers necessary, appropriate, desirable, or advisable to effectuate borrowings or other financial arrangements, such determination to be evidenced by such execution or taking of such action;

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, and any such actions heretofore taken by any of them are hereby ratified, confirmed, and approved in all respects to: (i) negotiate, execute, deliver, and/or file any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to cause the negotiation, execution, and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such officers to constitute evidence of such approval, (ii) negotiate, execute, deliver, and/or file, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such officers deem appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the

resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby; and

RESOLVED, that any and all past actions heretofore taken by any Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, I have set my hand this 25ᵗʰ day of October , 2009.

By: _____

Jay N. Levine
President and Chief Executive
Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
CAPMARK FINANCIAL GROUP INC.,           :
                                        :    09-_____ ( )
        Debtor.                         :
                                        :
----------------------------------------------------------x
```

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Capmark Financial Group Inc., named as

the debtor in this case, declare under penalty of perjury that I have reviewed the Consolidated

List of Creditors Holding 30 Largest Unsecured Claims filed with the petition documents of

Summit Crest Ventures, LLC and that it is true and correct to the best of my information and

belief.

Dated: October 26 , 2009
       Wilmington, Delaware

By: _____
       Jay N. Levine
       President and Chief Executive
       Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                   :

*In re*                  :    Chapter 11 Case No.

**CAPMARK FINANCIAL GROUP INC.,**   :

                  :    **09-** _____ **(  )**

    **Debtor.**         :

                  :
---------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

      The following lists the equity security holders of Capmark Financial Group Inc.,

the debtor and debtor in possession in the above-captioned case, as of the date hereof. This list is

being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.[1]

| Equity Security Holder | Address | City | State | Zip | Percentage and Number Shares |
|---|---|---|---|---|---|
| GMACCH Investor LLC | c/o Kohlberg Kravis Roberts & Co. L.P., 9 West 57th Street | New York | New York | 10019 | 75.4% 321,986,610 |
| GMAC Mortgage Group LLC | 200 Renaissance Center, P.O. Box 200 | Detroit | Michigan | 48265 | 21.3% 90,816,738 |
| Certain Employees and Directors (See attached Schedule A) | | | | | 3.3% 13,984,519 |
| Shay Ventures LLC | 2711 Centerville Road, Suite 400 | Wilmington | Delaware | 19808 | 0.02% 92,764 |

---

[1] Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, a debtor is to provide the last known address or place of business for each equity holder. For employees holding equity of CFGI, however, because of certain privacy concerns, the CFGI is providing only the city, state, and zip code. Upon appropriate request, CFGI will provide more detailed information, as required.

Dated: ___October 15___, 2009
Wilmington, Delaware

By: _____

Jay N. Levine
President and Chief Executive
Officer

## Schedule A

| Name | City | State | Zip | Country | Number of Common Stock Shares |
|------|------|-------|-----|---------|-------------------------------|
| James Adams | Houston | TX | 77019 | USA | 5,000 |
| Andrew Ahlers | San Francisco | CA | 94109 | USA | 20,000 |
| Christopher Allman | Reston | VA | 20190 | USA | 20,000 |
| Stephen Alpart | Armonk | NY | 10504 | USA | 110,000 |
| Mark Ammermuller | Pennington | NJ | 08534 | USA | 50,000 |
| Madhu Anne | King of Prussia | PA | 19406 | USA | 16,000 |
| Daniel Armstrong | Birmingham | AL | 35242 | USA | 5,000 |
| Keith Armstrong | Red Bank | NJ | 07701 | USA | 36,000 |
| James Badolato | Berwyn | PA | 19312 | USA | 3,000 |
| Robert Ballard | Haddonfield | NJ | 08033 | USA | 80,000 |
| Phillip Bankhead | Dallas | TX | 75205 | USA | 15,000 |
| Michael Baron | Norristown | PA | 19401 | USA | 80,000 |
| Eric Baum | Ambler | PA | 19002 | USA | 60,000 |
| John Beam | Norcross | GA | 30092 | USA | 10,000 |
| Peter Benedetto | Ann Arbor | MI | 48103 | USA | 15,105 |
| William Bereczky | Irvine | CA | 92603 | USA | 12,000 |
| Marla Berger | Brooklyn | NY | 11217 | USA | 60,000 |
| William Berry | Ambler | PA | 19002 | USA | 10,000 |
| Richard Bianchi | Chappaqua | NY | 10514 | USA | 20,000 |
| Kermit Billups | Baltimore | MD | 21209 | USA | 25,000 |
| Monique Bimler | Dallas | TX | 75209 | USA | 30,000 |
| Christopher Blechschmidt | Lagrange | IL | 60525 | USA | 140,000 |
| Richard Bopp | Fairfax | VA | 22031 | USA | 30,000 |
| Christopher Boyle | Hopewell | NJ | 08525 | USA | 10,000 |
| Steven Brady | Raleigh | NC | 27614 | USA | 5,000 |
| Philip Brooks | Richmond | VA | 23226 | USA | 100,000 |
| Michael Bryant | Dallas | TX | 75225 | USA | 85,000 |
| Scott Bryant | Austin | TX | 78746 | USA | 20,000 |
| Brad Bullock | Portland | OR | 97229 | USA | 20,000 |
| Vincent Butorac | Tampa | FL | 33611 | USA | 2,000 |
| Richard Cage | Yardley | PA | 19067 | USA | 50,000 |
| Marshall Cain | Alexandria | VA | 22302 | USA | 12,000 |
| Stewart Campbell | Stamford | CT | 06903 | USA | 60,000 |
| Brian Campbell | Media | PA | 19063 | USA | 5,000 |
| Antimo Cancelliere | Philadelphia | PA | 19145 | USA | 15,000 |
| John Cannon | Lower Gwynedd | PA | 19002 | USA | 200,000 |

| Name | City | State | Zip | Country | Number of Common Stock Shares |
|---|---|---|---|---|---|
| Aaron Cardwell | Chicago | IL | 60657 | USA | 3,000 |
| Michael Carp | Dallas | TX | 75225 | USA | 77,000 |
| Nicholas Cassino | Atlantic Highlands | NJ | 07716 | USA | 150,000 |
| Scott D. Chamberlain and Stephanie E. Chamberlain, Co-Trustees of the Scott D. Chamberlain Revocable Trust dated June 13, 2003 / Chamberlain, Trustee | Jackson | MO | 63755 | USA | 10,000 |
| David Cheug | Westminster | CO | 80031 | USA | 80,000 |
| Richard Chichester | Landenberg | PA | 19350 | USA | 1,650 |
| Jon-David Choy | San Diego | CA | 92130 | USA | 15,000 |
| Christopher Clark | McLean | VA | 22103 | USA | 30,000 |
| David Clayton | St. Louis | MO | 63141 | USA | 15,000 |
| William Collopy | Rumson | NJ | 07760 | USA | 50,000 |
| Jeffrey Conners | Newtown Square | PA | 19073 | USA | 50,000 |
| Eugene Conway | Alphretta | GA | 30022 | USA | 40,000 |
| Daniel Crain | Plano | TX | 75093 | USA | 15,000 |
| David Crimmins | Chatham | NJ | 07928 | USA | 80,000 |
| Geoff Crum | Shibuya-ku 13 | Tokyo | 151-0051 | JPN | 100,000 |
| Ed Daingerfield | Upper Montclair | NJ | 07043 | USA | 50,000 |
| Craig Dale | Denver | CO | 80220 | USA | 12,000 |
| Dennis Dammerman | Wellington | FL | 33414 | USA | 1,000,000 |
| Lewis Delafield | Potomac | MD | 20854 | USA | 100,000 |
| Victor Diaso | Munsey Park | NY | 11030 | USA | 46,000 |
| William Dickinson | Dallas | TX | 75205 | USA | 15,600 |
| John DiCrocco | White Plains | NY | 10603 | USA | 10,000 |
| Katsuyoshi Dobashi | Bunkyo-Ku | Tokyo | 113-0021 | JPN | 8,000 |
| Steven Doherty | Malvern | PA | 19355 | USA | 50,000 |
| Paul Dolinoy | Huntington Beach | CA | 92649 | USA | 50,000 |
| Clare Dooley | Warrington | PA | 18976 | USA | 50,000 |
| Scott Dow | Topsfield | MA | 01983 | USA | 30,000 |
| Michael Duggan | St. Louis | MO | 63131 | USA | 12,000 |

| Name | City | State | Zip | Country | Number of Common Stock Shares |
|---|---|---|---|---|---|
| Morgan Earnest | McLean | VA | 22103 | USA | 750,000 |
| Sharon Ennis | Mullingar, Westmeath | | | IRL | 25,000 |
| Matthew Ewig | Northbrook | IL | 60062 | USA | 15,000 |
| Robert Fabiszewski | Maple Glen | PA | 19002 | USA | 190,000 |
| Thomas Fairfield | Landenberg | PA | 19350 | USA | 340,000 |
| Robert Falese | Lumberton | NJ | 08048 | USA | 90,000 |
| Saturnino Fanlo | San Francisco | CA | 94104 | USA | 2,228 |
| Oswald Fett | Lincoln | CA | 95648 | USA | 10,000 |
| John Fioravanti | Conshohocken | PA | 19428 | USA | 20,000 |
| David Fishler | East Rockaway | NY | 11518 | USA | 50,000 |
| Eric Flyckt | Rancho Santa Fe | CA | 92067 | USA | 25,000 |
| Joseph Forgue | Western Springs | IL | 60558 | USA | 40,000 |
| Edward Fox | Boston | MA | 02111 | USA | 600,000 |
| Allan Freedman | Los Angeles | CA | 90024 | USA | 10,000 |
| Timothy Fuller | Oxfordshire | | OX100RG | GBR | 10,000 |
| Joseph Funk | Doylestown | PA | 18902 | USA | 50,000 |
| Vincent Gatti | Yardley | PA | 19067 | USA | 10,000 |
| Barry Gersten | Dix Hills | NY | 11746 | USA | 593,805 |
| Barry Gersten, as Trustee of Barry Gersten 2006 Grantor Retained Annuity Trust under Agreement dated as of June 29, 2006 | Dix Hills | NY | 11746 | USA | 71,195 |
| Barry Gersten, as Trustee of Barry Gersten 2007 Grantor Retained Annuity Trust under Agreement dated as of June 8, 2007 | Dix Hills | NY | 11746 | USA | 100,000 |
| Leigh Gilmer | Horsham | PA | 19044 | USA | 15,000 |
| Rochelle Goldin | Huntingdon Valley | PA | 19006 | USA | 20,000 |
| Bradley Grainger | Ithaca | NY | 14850 | USA | 10,000 |
| Stuart Greenberg | Long Grove | IL | 60047 | USA | 7,500 |

| Name | City | State | Zip | Country | Number of Common Stock Shares |
|------|------|-------|-----|---------|-------------------------------|
| John F. Grundhofer, as Trustee of the John F. Grundhofer Trust under Agreement dated October 14, 2004 | Minneapolis | MN | 55402 | USA | 100,000 |
| John F. Grundhofer, as Trustee of the John F. & Beverly G. Grundhofer Trust under Agreement dated February 22, 1988 | Minneapolis | MN | 55402 | USA | 50,000 |
| Stephen Guthrie | Berwyn | PA | 19312 | USA | 100,000 |
| Frank Guzauskas | Aurora | IL | 60506 | USA | 10,000 |
| Chad Hagwood | Hoover | AL | 35242 | USA | 75,000 |
| Galen Hain | Collegeville | PA | 19426 | USA | 20,000 |
| Susan Hall | Birmingham | AL | 35242 | USA | 15,000 |
| Terence Halverson | Royal Oak | MI | 48067 | USA | 15,000 |
| Yasuhito Hamachi | Machida-Shi | Tokyo | 195-0071 | JPN | 20,000 |
| Wayne Harris | Pittsgrove | NJ | 08318 | USA | 50,000 |
| Mark Hattier | Centennial | CO | 80112 | USA | 40,000 |
| Jeffery Heath | Newtown Square | PA | 19073 | USA | 20,000 |
| Mike Henderson | Greenwood Village | CO | 80111 | USA | 20,000 |
| Shawn Henry | Englewood | CO | 80113 | USA | 60,000 |
| Beth Ann Herrmann | Wynnewood | PA | 19096 | USA | 15,000 |
| Warren Higgins | Rosemont | PA | 19010 | USA | 90,000 |
| Joseph Hohenleitner | Atlantic Heights | NJ | 07716 | USA | 13,000 |
| Steven Hollister | Hailey | ID | 83333 | USA | 10,000 |
| James Hou | Taipei | | | TWN | 60,000 |
| Alice Hsu | Taipei | | | TWN | 10,000 |
| R. Glenn Hubbard | New York | NY | 10027 | USA | 20,000 |
| Robbie Hughes | Dublin | | | IRL | 20,000 |
| Masao Iida | Hachioji-Shi | | 192-0362 | JPN | 5,000 |
| Daphne Inboden | Greenwood Village | CO | 80111 | USA | 60,000 |
| Tomoyuki Imatani | Adachi-Ku | Tokyo | 120-0024 | JPN | 1,000 |

| Name | City | State | Zip | Country | Number of Common Stock Shares |
|------|------|-------|-----|---------|-------------------------------|
| Robert Jennett | Denver | CO | 80218 | USA | 18,000 |
| Chuck Jensen | Denver | CO | 80235 | USA | 10,000 |
| Richard Joe | Maple Glen | PA | 19002 | USA | 40,000 |
| Marc Joseph | West Chester | PA | 19382 | USA | 40,000 |
| Randall Kahn | McLean | VA | 22101 | USA | 20,000 |
| Ernest Katai | Novi | MI | 48377 | USA | 70,000 |
| William Kauffman | Evanston | IL | 60201 | USA | 50,000 |
| Eric Keifer | Chesterfield | MO | 63017 | USA | 10,000 |
| Anne Kelly | Chalfont | PA | 18914 | USA | 15,000 |
| Peter Kisluk | Hinsdale | IL | 60521 | USA | 100,000 |
| William Kitley | Spring Lake | NJ | 07762 | USA | 100,000 |
| Lawrence Kligman | Red Bank | NJ | 07701 | USA | 150,000 |
| Kenneth Kocak | Newtown | PA | 18940 | USA | 15,000 |
| Fred Koch | Denver | CO | 80218 | USA | 20,000 |
| John Koeijmans | Dallas | TX | 75230 | USA | 30,000 |
| Keith Kooper | Haddonfield | NJ | 08033 | USA | 11,000 |
| Paul Kopsky | Chesterfield | MO | 63005 | USA | 141,383 |
| Kevin Kozminske | St. Louis | MO | 63109 | USA | 5,000 |
| Kunihiro Kozuki | Yokohama-Shi | | 244-0801 | JPN | 2,000 |
| E. Anthony Lauerman III | North Wales | PA | 19454 | USA | 50,000 |
| Marisol Lauerman | North Wales | PA | 19454 | USA | 50,000 |
| David Lausa | Littleton | CO | 80127 | USA | 50,000 |
| Lisa Lautner | Georgetown | KY | 40324 | USA | 12,000 |
| Christopher Lawton-Smith | Hannington | | RG265TW | GBR | 10,000 |
| David Lazarus | Bryn Mawr | PA | 19010 | USA | 105,000 |
| Sonia Lee | Horsham | PA | 19044 | USA | 10,000 |
| Sun Mee Lee | North Wales | PA | 19454 | USA | 15,000 |
| Louis Leeds | Lansdale | PA | 19446 | USA | 20,000 |
| Bryan Leonard | Fair Oaks Ranch | TX | 78015 | USA | 10,000 |
| Daniel Li | Horsham | PA | 19044 | USA | 46,000 |
| Ely Licht | Cypress | CA | 90630 | USA | 200,000 |
| Michael Lipson | Fairfax | VA | 22031 | USA | 600,000 |
| Robert Lipson | East Brunswick | NJ | 08816 | USA | 20,000 |
| Phil Long | Hatfield | PA | 19440 | USA | 40,000 |
| Bruce Lowrey | Vienna | VA | 22181 | USA | 100,000 |
| John Lucerne | Newtown | PA | 18940 | USA | 35,000 |
| Donald Marshall | Richmond | VA | 23219 | USA | 25,000 |
| William Martin | Villanova | PA | 19085 | USA | 60,000 |
| Mark McCool | Doylestown | PA | 18901 | USA | 30,000 |
| Kevin McCullough | Ridgefield | CT | 06877 | USA | 30,000 |

| Name | City | State | Zip | Country | Number of Common Stock Shares |
|------|------|-------|-----|---------|-------------------------------|
| Laura McDonald | Birmingham | AL | 35223 | USA | 8,000 |
| Richard McDonald | Scarsdale | NY | 10583 | USA | 15,000 |
| Margaret McGovern | Arlington | VA | 22207 | USA | 40,000 |
| Robert McIntire | Englewood | CO | 80112 | USA | 50,000 |
| Gregory McManus | Doylestown | PA | 18901 | USA | 490,000 |
| Stephen McRae | Dunwoody | GA | 30350 | USA | 10,000 |
| Geoffrey McVeigh | Richmond | VA | 23229 | USA | 20,000 |
| Maureen Menarde | Churchville | PA | 18966 | USA | 30,000 |
| Carol Mendicino | Ambler | PA | 19002 | USA | 10,000 |
| Yukio Mihara | Saitama-Shi | | 337-0032 | JPN | 2,000 |
| Thomas Miraglia | Philadelphia | PA | 19118 | USA | 50,000 |
| Brian Miranda | North Wales | PA | 19454 | USA | 20,000 |
| Benjamin Mittman | Merion Station | PA | 19066 | USA | 20,000 |
| Hazen Moore | Minato-Ku | Tokyo | 1070052 | JPN | 20,000 |
| John Moore | Birmingham | AL | 35242 | USA | 15,000 |
| MaryEllen Moore | Plymouth Meeting | PA | 19462 | USA | 15,000 |
| Brent Morris | Radnor | PA | 19087 | USA | 50,000 |
| John Motzel | Moorestown | NJ | 08057 | USA | 110,000 |
| Kiyohide Murai | Yachiyo-Shi | Chiba | 276-0046 | JPN | 2,500 |
| Kamal Narang | Hyderabad | | 500033 | India | 1,800 |
| Robert Newstead | San Francisco | CA | 94115 | USA | 2,000 |
| Nicholas Nicholson | McLean | VA | 22101 | USA | 10,000 |
| Steven Nielsen | Draper | UT | 84020 | USA | 20,000 |
| Mirek Niemynski | Blue Bell | PA | 19422 | USA | 50,000 |
| Hideo Nonomura | Saitama-Shi | | 338-0014 | JPN | 5,000 |
| Timothy Nunan | Plano | TX | 75075 | USA | 10,000 |
| Elizabeth O'Connor | New York | NY | 10021 | USA | 15,000 |
| Michael O'Hanlon | Dallas | TX | 75214 | USA | 30,000 |
| Edward Oprindick | Chalfont | PA | 18914 | USA | 20,000 |
| Stuart Oswald | Seattle | WA | 98105 | USA | 15,000 |
| Rene Paradis | Churchville | PA | 18966 | USA | 20,000 |
| Todd Paradis | Downers Grove | IL | 60516 | USA | 20,000 |
| James Parsley | Cherry Hills Village | CO | 80113 | USA | 40,000 |
| Jose Perez | Gladstone | NJ | 07934 | USA | 20,000 |
| Gene Persinger | Bradenton | FL | 34210 | USA | 50,000 |
| Ron Peterson | Bellevue | WA | 98006 | USA | 10,000 |
| Linda Pickles | Collegeville | PA | 19426 | USA | 170,000 |

| Name | City | State | Zip | Country | Number of Common Stock Shares |
|---|---|---|---|---|---|
| David Pinson | Atlanta | GA | 30306 | USA | 10,000 |
| Claudia Piper | Winchester | MA | 01890 | USA | 10,000 |
| Mark Plenge | Los Altos | CA | 94024 | USA | 20,000 |
| Jonathan Prestley | Doylestown | PA | 18901 | USA | 60,000 |
| Richard Price | Alexandria | VA | 22307 | USA | 15,000 |
| Robert Quigley | Abington | PA | 19001 | USA | 30,000 |
| Dan Ray | Pawleys Island | SC | 29585 | USA | 400,000 |
| Damon Reed | Birmingham | AL | 35244 | USA | 15,000 |
| James Reed | Doylestown | PA | 18901 | USA | 15,000 |
| John Reed | Richmond | VA | 23221 | USA | 60,000 |
| Karl H. Reinlein and Kathryn A. Reinlein, as Trustees of the Karl H. Reinlein Revocable Trust under Agreement dated December 31, 2003 | St. Louis | MO | 63131 | USA | 60,000 |
| Karl Reinlein | St. Louis | MO | 63131 | USA | 20,000 |
| James Rice | Portland | OR | 97214 | USA | 20,000 |
| Jeffrey Robbins | Chicago | IL | 60610 | USA | 20,000 |
| Charles Robinson | Dallas | TX | 75225 | USA | 30,000 |
| William Ross | Dallas | TX | 75205 | USA | 140,000 |
| Scott Roth | Philadelphia | PA | 19103 | USA | 80,000 |
| Richard Roth | Littleton | CO | 80122 | USA | 10,000 |
| Sylvan Rothschild | Grapevine | TX | 76051 | USA | 4,000 |
| Gary Routzahn | Horsham | PA | 19044 | USA | 5,000 |
| Craig Sands | Denver | CO | 80210 | USA | 20,000 |
| Tadayuki Sasaki | Koto-Ku | Tokyo | 135-0052 | JPN | 4,000 |
| David Sebastian | Lake Oswego | OR | 97035 | USA | 60,000 |
| Andrew Serling | Ambler | PA | 19002 | USA | 71,000 |
| Scott Shay | Uniondale | NY | 11553 | USA | 92,764 |
| William Shine | Birmingham | AL | 35242 | USA | 50,000 |
| Brian Shoch | Chalfont | PA | 18914 | USA | 15,000 |
| David Sibbold | Plymouth | MI | 48170 | USA | 14,000 |
| Thomas Sigrist | Monee | IL | 60449 | USA | 20,000 |
| Jonathan Smalley | Alpharetta | GA | 30004 | USA | 10,000 |
| Brant Smith | Houston | TX | 77025 | USA | 15,800 |
| Curtis Spaugh | Pleasanton | CA | 94566 | USA | 20,000 |
| Robert Spiro | Redmond | WA | 98053 | USA | 15,000 |
| Ronald Steffenino | Collegeville | PA | 19426 | USA | 17,000 |

| Name | City | State | Zip | Country | Number of Common Stock Shares |
|------|------|-------|-----|---------|-------------------------------|
| Stephen Stepler | Reno | NV | 89511 | USA | 20,000 |
| Alan Stoller | Rockville | MD | 20850 | USA | 40,000 |
| John Suhs | Evanston | IL | 60201 | USA | 40,000 |
| Sarah Sumner Duggan | Birmingham | AL | 35223 | USA | 40,000 |
| Donna Switzer | Chesterfield | MO | 63017 | USA | 5,000 |
| Yoko Takagi | Shibuya-Ku | Tokyo | 151-0064 | JPN | 3,000 |
| James Tanner | Raleigh | NC | 27608 | USA | 10,000 |
| Michael Tanner | Raleigh | NC | 27608 | USA | 10,000 |
| James Tanner Jr. | Raleigh | NC | 27608 | USA | 6,000 |
| Paul Taylor | New York | NY | 10128 | USA | 20,000 |
| James Thompson | Birmingham | AL | 35242 | USA | 8,000 |
| Martin Thornton | Dublin | | | IRL | 20,000 |
| David Thurgar | Kent | | BR69TE | GBR | 5,000 |
| Mitchell Thurston | Belmont | CA | 94002 | USA | 145,000 |
| Robert Toland | Northbrook | IL | 60062 | USA | 15,000 |
| Patricia Unti | Wayne | PA | 19087 | USA | 100,000 |
| Patrick Vahey | Bow Mar | CO | 80123 | USA | 100,000 |
| Fabrice Vasques | Alexandria | VA | 22314 | USA | 10,000 |
| Michelle Vaughn | Berwyn | PA | 19312 | USA | 10,000 |
| Ronald Verrilli | Chesterfield | MO | 63017 | USA | 14,000 |
| Bashir Wada | San Francisco | CA | 94123 | USA | 62,656 |
| Andrew Walvoord | Denver | CO | 80220 | USA | 9,000 |
| Robert Watts | Lonetree | CO | 80124 | USA | 20,000 |
| Shane Weeks | Birmingham | AL | 35242 | USA | 4,000 |
| Nicholas West | Los Angeles | CA | 90068 | USA | 2,000 |
| Mark White | Plymouth Meeting | PA | 19462 | USA | 40,000 |
| Peter Widmann | Granite Bay | CA | 95746 | USA | 32,719 |
| Andy Wilcox | Surrey | | RH16OR | GBR | 10,000 |
| Elizabeth Wilczek | Lombard | IL | 60148 | USA | 10,000 |
| William Winkley | Mission Viejo | CA | 92692 | USA | 12,000 |
| Tim Winton | Costa Mesa | CA | 92627 | USA | 10,000 |
| Yee Cent Wong | New York | NY | 10128 | USA | 40,000 |
| Jonathan Wooton | Dallas | TX | 75206 | USA | 2,000 |
| Calvin Zeringue | Ivyland | PA | 18974 | USA | 20,000 |
| Edward Zimbler | Los Angeles | CA | 90024 | USA | 300,000 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
CAPMARK FINANCIAL GROUP INC.,               :
                                            :    09-_____  (  )
        Debtor.                             :
                                            :
-------------------------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable the Judges to evaluate possible disqualification or recusal, on behalf of Capmark Financial Group Inc. ("CFGI"), the undersigned certifies that the following entities directly or indirectly own 10% or more of any class of CFGI's equity interests:

- **GMACCH Investor LLC**[1]
- **GMAC Mortgage Group LLC**[2]

Dated: October 25, 2009
      Wilmington, Delaware

By: _____

Jay N. Levine
President and Chief Executive Officer

---

[1] GMACCH Investor LLC is owned by certain affiliates of Kohlberg Kravis Roberts & Co. L.P., Five Mile Capital Partners LLC, Goldman Sachs Capital Partners and Dune Capital Management LP.

[2] GMAC Mortgage Group LLC is wholly owned by GMAC LLC.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
                                                       :
*In re*                                                :   **Chapter 11 Case No.**
                                                       :
**CAPMARK FINANCIAL GROUP INC.,**                      :
                                                       :   **09-_____ ( )**
     **Debtor.**               :
                                                       :
-------------------------------------------------------x

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized officer of Capmark Financial Group Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Capmark Financial Group Inc., submitted herewith and that it is true and correct to the best of my information and belief.

Dated: October 25 , 2009
      Wilmington, Delaware

By: _____
Jay N. Levine
President and Chief Executive Officer