**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 09-13684 (CSS) |
| Capmark Financial Group Inc., *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **JPMorgan Chase Bank, N.A.**, Attn: Thomas F. Maher, 277 Park Avenue, 8th Floor, New York, NY 10172-0003, Phone: (212) 622-4539, Fax: (212) 622-4557

2. **The Royal Bank of Scotland, plc**, Attn: Michael Fabiano, 600 Washington Boulevard, Stamford, CT 06901, Phone: (203) 897-3663, Fax: (203) 873-3418

3. **Wilmington Trust FSB, as Indenture Trustee for the 6.3% Notes**, Attn: Adam Berman/Daniel Fisher, 166 Mercer Street, Suite 2-R, New York, NY 10012-3249, Phone: (212) 941-4415, Fax: (212) 343-1079

4. **The Varde Fund IX, L.P.**, Attn: John Sinna, 8500 Normandale Lake Boulevard, Minneapolis, MN 55437, Phone: (952) 374-6993, Fax: (952) 893-9613

5. **Law Debenture Trust Company of New York, as Indenture Trustee**, Attn: Anthony A. Bocchino, Jr., 400 Madison Avenue – 4th Floor, New York, NY 10017, Phone: (646) 747-1255; Fax: (212) 750-1361

        ROBERTA A. DeANGELIS
        Acting United States Trustee, Region 3


        /s/ Joseph J. McMahon, Jr. for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: November 2, 2009

Attorneys assigned to these cases: Jane K. Leamy, Esquire and Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel: Mark D. Collins, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701