IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                            :
*In re*                                     :    **Chapter 11**
                                            :
**CAPMARK FINANCIAL GROUP INC.,** *et al.,* :    **Case No. 09-13684 (CSS)**
                                            :
**Debtors.**                                :    **Jointly Administered**
                                            :
                                            :    Re: Docket Nos. 19, 20 and 147
                                            :
                                            :    Hearing Date: November 24, 2009 at 3:00 p.m.
                                            :    Objection Deadline: November 20, 2009 at 4:00 p.m.
---------------------------------------------------------------x

### NOTICE OF (I) ENTRY OF ORDER (A) SCHEDULING SALE HEARING; (B) ESTABLISHING OBJECTION DEADLINE; (C) APPROVING SALE HEARING NOTICE AND NOTICE OF ASSUMPTION AND ASSIGNMENT; (D) SCHEDULING AN AUCTION; AND (E) APPROVING BIDDING PROCEDURES AND (II) SALE HEARING

PLEASE TAKE NOTICE that, on October 25, 2009, Capmark Financial Group Inc. ("CFGI") and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"),[1] filed the **Motion, Pursuant to Sections 105(a), 363, and 365 of**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (Continued)

the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of Two Orders: (I) the Sale Hearing Order, (A) Scheduling the Sale Hearing; (B) Establishing Objection Deadline; (C) Approving Sale Hearing Notice and Notice of Assumption and Assignment; (D) Scheduling an Auction; and (E) Approving Marketing and Bidding Process; and (II) the Sale Order, (A) Approving Exercise of Put Option; and/or (B) Authorizing Sale of MSB Business (Including Assumption and Assignment of Contracts and Leases) Free and Clear of All Claims and Interests [Docket No. 19] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors were/are seeking entry of (i) an order (the "Bidding Procedures Order") scheduling an auction, approving bidding procedures and a bid deadline, setting a hearing for and approving notices with regard to the proposed sale of substantially all the assets comprising the Debtors'

---

(7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), and Capmark Affordable Equity Inc. (2381). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

[2] On October 25, 2009, the Debtors also filed the **Declaration of Michael Wilkerson of Lazard Freres & Co. LLC in Support of Motion, Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of Two Orders: (I) the Sale Hearing Order, (A) Scheduling the Sale Hearing; (B) Establishing Objection Deadline; (C) Approving Sale Hearing Notice and Notice of Assumption and Assignment; (D) Scheduling an Auction; and (E) Approving Marketing and Bidding Process; and (II) the Sale Order, (A) Approving Exercise of Put Option; and/or (B) Authorizing Sale of MSB Business (Including Assumption and Assignment of Contracts and Leases) Free and Clear of All Claims and Interests** [Docket No. 20] (the "Wilkerson Declaration") in connection with, and in support of, the Motion. **You were previously served with a copy of the Wilkerson Declaration.**

RLF1 3500786v.1

commercial mortgage servicing and mortgage banking business (the "Procedural Relief"); and (ii) an order approving the terms of the sale (the "Sale").

PLEASE TAKE FURTHER NOTICE that, following a hearing to consider the Motion and approval of the Procedural Relief, on November 4, 2009, the Bankruptcy Court entered the **Order (A) Scheduling Sale Hearing; (B) Establishing Objection Deadline; (C) Approving Sale Hearing Notice and Notice of Assumption and Assignment; (D) Scheduling An Auction; and (E) Approving Bidding Procedures** [Docket No. 147] (the "Bidding Procedures Order"). A copy of the Bidding Procedures Order is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, any responses or objections to the approval of the Sale of the MSB Business[3], including the Debtors' assumption and assignment of any Assumed Contracts and Leases to Berkadia or the Successful Bidder, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the proposed undersigned counsel to the Debtors on or before **November 20, 2009 at 4:00 p.m. (Eastern Standard Time).**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Sale of the MSB Business, including the Debtors' assumption and assignment of any Assumed Contracts and Leases to Berkadia or the Successful Bidder, and any objections thereto will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **November 24, 2009 at 3:00 p.m. (Eastern Standard Time).**

---

[3] Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Motion.

3

RLF1 3500786v.1

Dated: November 5, 2009
      Wilmington, Delaware

/s/ _____
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  302.651.7700
Facsimile:  302.651.7701

-and-

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:  212.259.8000
Facsimile:  212.259.6333

*Proposed Attorneys for the Debtors and Debtors in Possession*