IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
                                            :
*In re*                                     :   Chapter 11
                                            :
CAPMARK FINANCIAL GROUP INC., *et al.*,     :   Case No. 09-13684 (CSS)
                                            :
Debtors.                                    :   Jointly Administered
                                            :
                                            :   Re: Docket No. 112
-------------------------------------------------------------x

NOTICE OF FILING OF REVISED ASSET PURCHASE
AGREEMENT IN CONNECTION WITH "MOTION, PURSUANT TO
SECTIONS 105(A), 363, AND 365 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 2002, 6004, 6006, AND 9014, AND LOCAL RULES 2002-1
AND 6004-1, REQUESTING ENTRY OF TWO ORDERS: (I) THE BIDDING
PROCEDURES ORDER, (A) SCHEDULING AN AUCTION AT WHICH THE SELLER
DEBTORS WILL SOLICIT HIGHER AND BETTER OFFERS IN CONNECTION
WITH THE SALE OF MILITARY HOUSING BUSINESS ASSETS; (B) APPROVING
BIDDING PROCEDURES WITH RESPECT TO THE SALE OF SUCH ASSETS; (C)
APPROVING A BREAK-UP FEE; (D) SCHEDULING THE SALE HEARING; (E)
ESTABLISHING OBJECTION DEADLINE; AND (F) APPROVING SALE HEARING
NOTICE AND NOTICE OF ASSUMPTION AND ASSIGNMENT; AND (II) THE SALE
ORDER, APPROVING SALE OF MILITARY HOUSING BUSINESS ASSETS
(INCLUDING ASSUMPTION AND ASSIGNMENT OF CONTRACTS) FREE AND
CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS" [DOCKET NO. 112]

PLEASE TAKE NOTICE that, on October 30, 2009, Capmark Financial Group Inc. ("CFGI") and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"),[1] filed the **Motion, Pursuant to Sections 105(a), 363, and 365 of**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), (Continued)

**the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of Two Orders: (I) the Bidding Procedures Order, (A) Scheduling an Auction at Which the Seller Debtors Will Solicit Higher and Better Offers in Connection With the Sale of Military Housing Business Assets; (B) Approving Bidding Procedures With Respect to the Sale of Such Assets; (C) Approving a Break-Up Fee; (D) Scheduling the Sale Hearing; (E) Establishing Objection Deadline; and (F) Approving Sale Hearing Notice and Notice of Assumption and Assignment; and (II) the Sale Order, Approving Sale of Military Housing Business Assets (Including Assumption and Assignment of Contracts) Free and Clear of All Liens, Claims, and Interests** [Docket No. 112] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors are seeking entry of (i) an order (the "Bidding Procedures Order") scheduling an auction, approving bidding procedures and a break-up fee, setting a hearing for and approving notices with regard to the proposed sale of substantially all the assets comprising the Debtors' military housing origination and servicing business (the "Procedural Relief"); and (ii) an order approving

---

Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), and Capmark Affordable Equity Inc. (2381). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

the terms of the sale (the "Sale"). Attached to the Motion as "Exhibit C" thereto was a draft copy of that certain *Purchase Agreement*, dated October 16, 2009 (the "APA").

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed the attached revised version of the APA, which attaches a copy of all of the schedules to the APA (the "Revised APA"). A copy of the Revised APA is attached hereto as Exhibit 1. The Debtors hereby expressly incorporated the Revised APA into the Motion in its entirety as if set forth therein in full.

Dated: November 12, 2009
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701

-and-

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

*Proposed Attorneys for the Debtors and Debtors in Possession*

3

RLF1 3504188v.1