IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re:* : Chapter 11
:
CAPMARK FINANCIAL GROUP INC., *et al.*, : Case No. 09-13684 (CSS)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x Re: Docket Nos. 12 and 99

## CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO SECTIONS 105(A), 327, 328, AND 330 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO EMPLOY ORDINARY COURSE PROFESSIONALS

On October 25, 2009, Capmark Financial Group Inc. ("CFGI") and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"),[1] filed the **Debtors' Motion Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), and Capmark Affordable Equity Inc. (2381). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

**Code For Authorization to Employ Ordinary Course Professionals** *Nunc Pro Tunc* **to the Commencement Date** [Docket No. 12] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking the entry of an order authorizing the Debtors to retain professionals utilized by the Debtors in the ordinary course of business without the submission of separate employment applications or retention orders, *nunc pro tunc* to October 25, 2009. Pursuant to the **Notice of Motion and Hearing** [Docket No. 99], filed on October 29, 2009, objections to the Motion were to be filed no later than 4:00 p.m. (Eastern Standard Time) on November 17, 2009 (the "Objection Deadline")[2] and a hearing to consider the Motion was scheduled for November 24, 2009 at 9:00 a.m. (Eastern Standard Time).[3]

On or before the Objection Deadline, the U.S. Trustee contacted proposed counsel to the Debtors with informal comments in connection with the Motion.[4] Based on the informal comments of the U.S. Trustee, and as noted on the record at the hearing held before the Bankruptcy Court on November 24, 2009 at 1:00 p.m. (Eastern Standard Time) (the "November 24 Hearing") to consider the Motion, the Debtors have prepared a revised form of order granting the Motion (the "Revised Order"). A copy of the Revised Order is attached hereto as Exhibit A. The Revised Order fully resolves the informal comments of the U.S. Trustee. For the convenience of the Bankruptcy Court and parties-in-interest, a blackline comparing the Revised

---

[2] By consent of the parties, the Objection Deadline with respect to the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") was extended through 10:00 a.m. (Eastern Standard Time) on November 23, 2009.

[3] At the direction of the Bankruptcy Court, the start time of the hearing scheduled for November 24, 2009 was subsequently changed to 1:00 p.m. (Eastern Standard Time). See Docket No. 314.

[4] Other than the informal comments of the U.S. Trustee, the Debtors did not receive any responses or objections to the Motion.

Order against the form of order that the Debtors had at the November 24 Hearing is attached hereto as Exhibit B. For the further convenience of the Bankruptcy Court and parties-in-interest, a blackline comparing the Revised Order against the form of proposed order originally filed with the Motion is attached hereto as Exhibit C.

The Revised Order has been circulated to, and is acceptable to, (i) the U.S. Trustee; (ii) proposed counsel to the Official Committee of Unsecured Creditors; and (iii) proposed counsel to the Debtors. The Debtors respectfully request the entry of the Revised Order, substantially in the form attached hereto as Exhibit A, at the earliest convenience of the Bankruptcy Court.

Dated: December 2, 2009
       Wilmington, Delaware

/s/ Jason M. Madron

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701

-and-

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

*Proposed Attorneys for the Debtors and Debtors in Possession*