# **Exhibit B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x

| | : | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **CAPMARK FINANCIAL GROUP INC.**, *et al.*, | : | **Case No. 09-13684 (CSS)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |

----------------------------------------------------------------x   Re: Docket Nos. ~~12,~~12 and 99

## ORDER PURSUANT TO SECTIONS 105(a), 327, 328, AND 330 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO EMPLOY ORDINARY COURSE PROFESSIONALS

Upon the motion, dated October 25, 2009 (the "Motion"), of Capmark Financial

Group Inc. ("CFGI") and certain of its subsidiaries and affiliates, as debtors and debtors in

possession (collectively, the "Debtors"),[1] pursuant to sections 105(a), 327, 328, and 330 of title

11 of the United States Code (the "Bankruptcy Code") for authorization to employ professionals

utilized in the ordinary course of business, all as more fully described in the Motion; and the

Court having jurisdiction to consider the Motion and the relief requested therein in accordance

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), and Capmark Affordable Equity Inc. (2381). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no trustee or examiner having been appointed, and due and proper notice of the Motion having been provided by facsimile, electronic mail transmission, overnight delivery and/or hand delivery to (i) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), (ii) Citibank, N.A. and Citicorp North America, Inc., as administrative agents under the Debtors' prepetition senior credit facility, bridge loan agreement and term loan facility, (iii) Deutsche Bank Trust Company Americas, as trustee under the prepetition senior unsecured floating rate note and 5.875% senior unsecured note indentures, (iv) Wilmington Trust FSB, as successor trustee under the prepetition 6.300% senior unsecured note indenture, (v) counsel for the ad hoc committee of prepetition unsecured noteholders of CFGI, (vi) Law Debenture Trust Company of New York, as trustee under CFGI's prepetition floating rate junior subordinated indenture, (vii) any proposed DIP lender, (viii) those creditors holding the thirty (30) largest unsecured claims against the Debtors' estates (on a consolidated basis), and (ix) the Federal Deposit Insurance Corporation; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and the appearances of all interested parties having been noted in the record of the Hearing; and upon the Declaration of Thomas L. Fairfield, Executive Vice President, General Counsel and Secretary of CFGI, in Support of the Debtors' Chapter 11 Petitions and First Day Motions and Applications, the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion

2

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, the Court hereby ORDERS that:

1.      The Motion is granted to the extent set forth herein.

2.      The Debtors are authorized, pursuant to sections 105(a), 327, 328, and 330 of the Bankruptcy Code, to retain and compensate professionals that the Debtors employ in the ordinary course of their businesses (each, an "Ordinary Course Professional," and collectively, the "Ordinary Course Professionals"), including, but not limited to, those professionals listed on Exhibit "1" annexed hereto (the "Ordinary Course Professionals List"), effective as of the commencement date of these cases or, with respect to professionals not listed on Exhibit "1", such later date identified in this Order.

3.      Each Ordinary Course Professional shall, within thirty (30) days after (i) for Ordinary Course Professionals listed on Exhibit "1", the date of entry of this Order, and (ii) for Ordinary Course Professionals not listed on Exhibit "1", the date on which each retained Ordinary Course Professional commences services for the Debtors, provide to the Debtors' attorneys the following: (a) an affidavit, substantially in the form annexed hereto as Exhibit "2", certifying that such professional does not represent or hold any interest adverse to the Debtors or their estates for the matter on which the professional is to be employed (the "Ordinary Course Professional Affidavit")[2] and (b) a completed retention questionnaire, substantially in the form annexed hereto as Exhibit "3" (the "Retention Questionnaire").

4.      The Debtors' attorneys shall file the Ordinary Course Professional Affidavit and the Retention Questionnaire with the Court within five (5) business days of

---

[2] To the extent that an Ordinary Course Professional Affidavit is not filed for an Ordinary Course Professional within 30 days of the later of entry of this order or commencing services for the Debtors, the Ordinary Course Professional should expressly provide in such Ordinary Course Professional Affidavit that the filing is beyond such period and explain why *nunc pro tunc* (or retroactive) relief is warranted.

3

receiving same from the Ordinary Course Professional and serve them upon (i) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attention: Joseph J. McMahon, Jr., Esq., and (ii) counsel to the creditors committee appointed in these cases, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036, Attention: Thomas Moers Mayer, Esq. and Amy Caton, Esq. (collectively, the "Reviewing Parties"). The Reviewing Parties shall have twenty (20) days following the date of service to notify Debtors' counsel, in writing, of any objection to the retention based on the contents of the Ordinary Course Professional Affidavit and the Retention Questionnaire ("Retention Objection Deadline") and file any such objection with the Court, with service of any objection to be made upon (i) Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York, 10019, Attention: Michael P. Kessler, Esq. and Judy G.Z. Liu, Esq., and (ii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware, 19801, Attention: Mark D. Collins, Esq. and Jason M. Madron, Esq., so that any such objection is actually received by the Retention Objection Deadline.

5.     If no timely objection is received to a filed Ordinary Course Professional Affidavit and/or Retention Questionnaire, the retention, employment, and compensation of such Ordinary Course Professional shall be deemed approved by the Court pursuant to sections 327 and 328 of the Bankruptcy Code, without further order from the Court, and, except as expressly provided herein, the Debtors may pay the Ordinary Course Professional 100% of fees and 100% of expenses sought by each Ordinary Course Professional retained pursuant to this Order, without application to the Court, upon the submission to and approval by the Debtors of reasonably detailed invoices indicating the nature of the services rendered and disbursements actually incurred; provided, however, that the following Fee Limits apply to:

4

(a) **Ordinary Course Professionals other than (i) Arnold and Porter LLP; (ii) Baker Donelson Bearman Caldwell; (iii) Ballard Spahr Andrews & Ingersoll LLP; (iv) Barnes & Thornburg LLP; (v) Dechert LLP; (vi) Duane Morris LLP; (vii) Foley & Lardner LLP; (viii) Holland & Knight LLP; (ix) Kutak Rock LLP; (x) Locke Lord Bissell & Liddell LLP; (xi) Simpson Thacher & Bartlett LLP; and (xii) Sullivan & Cromwell LLP (the "Excluded Ordinary Course Professionals")**

   (i) In the aggregate, fees and disbursements to an Ordinary Course Professional (other than the Excluded Ordinary Course Professionals) shall not exceed a total of $35,000 per month on a "rolling basis" (the "OCP Fee Limit").

   (ii) Paying fees on a "rolling basis" shall mean that an Ordinary Course Professional (other than the Excluded Ordinary Course Professionals) whose fees and disbursements are less than $35,000 in any month will be eligible to apply the difference between $35,000 and the amount billed in such month to any subsequent month in which fees and disbursements exceed $35,000; provided, however, that the payment to any such Ordinary Course Professional in any such subsequent month shall not exceed $45,000.

(b) **Excluded Ordinary Course Professionals**

   (i) In the aggregate, fees and disbursements to an Excluded Ordinary Course Professional shall not exceed a total of $60,000 per month (the "Excluded OCP Fee Limit," and together with the OCP Fee Limit, the "Fee Limits"); provided, however, that the U.S. Trustee may, in her sole discretion, revisit the amount of, and/or object to, the aforementioned monthly "cap" after three (3) months have elapsed from the Petition Date; provided further, that this Court may resolve any dispute between the Debtors and the U.S. Trustee with respect to the appropriate amount of the monthly "cap" applicable to Excluded Ordinary Course Professionals for the fourth (4th) post-petition month going forward.

6.    If a timely objection is filed to the proposed retention of an Ordinary Course Professional hereunder, and any such objection cannot be resolved within fifteen (15) days, the matter shall be set for a hearing before the Court.

7.    The Debtors shall not pay an Ordinary Course Professional any amounts for invoiced fees and expense reimbursement until its Ordinary Course Professional Affidavit

RLF1 3511176 3511203v.1
RLF1 3511249v.1

and Retention Questionnaire have been filed with the Court and the Retention Objection Deadline has passed and, if an objection is filed within the Retention Objection Deadline, after the Court signs an order overruling such objection.

8.	In the event that an Ordinary Course Professional seeks an amount in excess of the applicable Fee Limit, such Ordinary Course Professional will be required to file a fee application for the full amount of its fees and disbursements for such month in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, orders of the Court, and Fee Guidelines promulgated by the U.S. Trustee.

9.	The Debtors are authorized to modify or supplement the list of Ordinary Course Professionals from time to time during these chapter 11 cases, as needed, and to file with the Court and serve upon the Reviewing Parties a notice listing Ordinary Course Professionals added to the Ordinary Course Professionals List (the "Supplemental Notice of Ordinary Course Professionals"), along with the attendant Ordinary Course Affidavit and Retention Questionnaire.

10.	If no objection to the retention of an additional Ordinary Course Professional listed on the Supplemental Notice of Ordinary Course Professionals is filed with this Court and served upon the Debtors' counsel within fifteen (15) days after the service thereof, the retention of such Ordinary Course Professionals shall be deemed approved by the Court pursuant to sections 327 and 328 of the Bankruptcy Code without the need for a hearing, effective as of a date that is no earlier than thirty-seven (37) days prior to the filing of the Supplemental Notice of Ordinary Course Professionals and accompanying Ordinary Course

6

Affidavit and Retention Questionnaire unless the Ordinary Course Affidavit contains an express request for *nunc pro tunc* relief; provided, however, if an objection is served and filed, and cannot be resolved within fifteen (15) days, the matter shall be set for a hearing before the Court.

11.     Any Ordinary Course Professional retained pursuant to a supplemental list of Ordinary Course Professionals will be paid in accordance with the terms and conditions of this Order.

12.     The right of any party in interest to dispute any invoices shall not be affected or prejudiced in any manner by the relief granted in this Order.

13.     All Ordinary Course Professionals who are not law firms and law firm Ordinary Course Professionals who did not represent the Debtors prior to the Filing Date who are employed pursuant to this Order shall, once their employment is effective pursuant to this Order, be deemed to have waived any and all pre-petition claims they may have against the Debtors.

14.     Every ninety (90) days (commencing on the first day of the month following the ninetieth day after the entry of this Order), the Debtors shall file with the Court a report summarizing payments to Ordinary Course Professionals (an "Ordinary Course Professionals Report"), and serve the Ordinary Course Professionals Report on the Notice Parties.

15.     The Ordinary Course Professionals Report shall include the following information for each Ordinary Course Professional receiving payments from the Debtors during the applicable Reporting Period (as defined below): (i) the name of such Ordinary Course Professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by such Ordinary Course Professional during the preceding

7

ninety (90) day period ending at the conclusion of the prior calendar month (the "Reporting Period"); and (iii) a general description of the services rendered by such Ordinary Course Professional.

16. This Order shall not apply to any professional retained by the Debtors pursuant to a separate order of the Court.

17. The Debtors shall serve this Order within three (3) business days of its entry on the parties in interest identified in Local Rule 2002-1(b).

18. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: ———December———, 2009
      Wilmington, Delaware
                                                      _____

THE HONORABLE CHRISTOPHER S. SONTCHI
                UNITED STATES BANKRUPTCY JUDGE

RLF1 3511176 3511203v.1
RLF1 3511249v.1

## Exhibit 1

**Ordinary Course Professional List**

| Professional | Address |
|---|---|
| AKERMAN SENTERFITT | 335 Madison Avenue, Suite 2600<br>New York, NY 10017 |
| AKIN GUMP STRAUSS HAUER & FELD-PHILADELPHIA | Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103-7013 |
| ALLEN MATKINS LECK GAMBLE & MALLORY LLP | Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074 |
| ALSTON & BIRD LLP | 90 Park Avenue<br>New York, NY 10016-1387 |
| AMERICAN ARBITRATION ASSOCIATION | 230 South Broad Street, 12th Floor<br>Philadelphia, PA 19102 |
| APPLEBY SERVICES (BERMUDA) LTD | Canon's Court<br>22 Victoria Street, PO Box HM 1179<br>Hamilton  HM EX  Bermuda |
| APPLEGATE & THORNE THOMSEN PC | 322 South Green, Suite 400<br>Chicago, IL 60607 |
| ANDREWS KURTH LLP | 450 Lexington Avenue<br>New York, NY 10017 |
| ARENT FOX LLP | 1675 Broadway<br>New York, NY 10019 |
| ARNALL GOLDEN & GREGORY LLP | 171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031 |
| ARNOLD & PORTER LLP | 555 Twelfth Street, NW<br>Washington, DC 20004-1206 |
| BAKER & MCKENZIE | 1114 Avenue of the Americas<br>New York, NY 10036 |
| BAKER DONELSON BEARMAN CALDWELL | Monarch Plaza<br>3414 Peachtree Road NE, Suite 1600<br>Atlanta, GA 30326 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | 1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599 |
| BARNES & THORNBURG LLP | One North Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833 |
| BATEMAN SEIDEL MINER BLOMGREN CHELLIS & GRAM, PC | 888 SW Fifth Avenue, Suite 1250<br>Portland, OR 97204 |
| BENNETT JONES LLP | 3400 One First Canadian Place<br>P.O. Box 130<br>Toronto, ON  M5X1A4<br>Canada |
| BERWIN LEIGHTON PAISNER LLP | Adelaide House<br>London Bridge<br>London, EC4R9HA<br>United Kingdom |
| BILDERSEE & SILBERT LLP | 1617 John F Kennedy Blvd<br>Philadelphia, PA 19103 |
| BINGHAM MCHALE LLP | 2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204 |
| BKD LLP | 910 E. St. Louis Street, Suite 400<br>P.O. Box 1900<br>Springfield, MO 65806-2523 |
| BLANK ROME LLP | The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-0208 |
| BRADLEY ARANT ROSE & WHITE LLP | One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| BRADSTREET PEASELEY PLC | 1051 E. Cary Street                              Richmond, VA 23219 |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | 410 Seventeenth Street, Suite 2200<br>Denver, CO 80202 |
| BRYAN CAVE | 1290 Avenue of the Americas<br>New York, NY  10104 |
| BUCHANAN INGERSOLL | 1835 Market Street, 14th Floor |

| Professional | Address |
|---|---|
| | Philadelphia, PA 19103-2985 |
| BUCKLEY KOLAR LLP | 1250 24th Street NW, Suite 700<br>Washington, DC 20037 |
| BULL HOUSSER & TUPPER LLP | 3000 Royal Centre<br>P.O. Box 11130<br>1055 West Georgia Street<br>Vancouver, BC V6E3R3<br>Canada |
| BURR & FORMAN LLP | 171 17th Street NW, Suite 1100<br>Atlanta, GA 30363-1031 |
| BYRD & WISER | P.O. Box 1939<br>145 Main Street<br>Biloxi, MS 39530 |
| BYRNE COSTELLO & PICKARD P C | 100 Madison Street                    Syracuse, NY 13202 |
| CAROLYN J LAW & ASSOCIATES | 163 Amsterdam Ave, Suite 283<br>New York, NY 10023 |
| CARPENTER & LIPPS LLP | 280 North High Street, Suite 1300<br>Columbus, OH 43215 |
| CARR MALONEY P.C. | 1615 L. Street, NW, Suite 500<br>Washington, DC 20036 |
| CASHE COUDRAIN & SANDAGE LLP | 106 South Magnolia Street                    Hammond, LA 70404-1509 |
| CIPPERMAN & COMPANY | 1905 General Alexander Drive<br>Malvern, PA 19355-8757 |
| CLIFFORD CHANCE LAW OFFICE | 31 West 52nd Street<br>New York, NY 10019-6131 |
| FISHMAN HAYGOOD PHELPS WALMSLEY | 201 St. Charles Ave, Suite 4600<br>New Orleans, LA 70170 |
| DAVIES WARD PHILLIPS & VINEBERG LLP | 625 Madison Avenue, 12th Floor<br>New York, NY 10022 |
| DAY PITNEY LLP | 7 Times Square<br>(Broadway between 41st & 42nd Streets)<br>New York, NY 10036 |
| DE BRAUW BLACKSTONE WESTBROEK | 650 Fifth Avenue, 5th Floor<br>New York, NY 10019 |
| DECHERT LLP | Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104-2808 |
| DELAWARE COUNSEL GROUP LLP | 300 Martin Luther King Blvd, Suite 200<br>Wilmington, DE 19801 |
| DILWORTH PAXSON LLP | 1500 Market Street, 3500 E<br>Philadelphia, PA 19102 |
| DLA PIPER US LLP | 1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| DORSEY & WHITNEY LLP | 250 Park Avenue<br>New York, NY 10177-1500 |
| DOWNS LAW FIRM | 1743 Wazee Street, Suite 450<br>Denver, CO 80202 |
| DUANE MORRIS LLP | 1540 Broadway<br>New York, NY 10036-4086 |
| EBI CONSULTING | Attn: Rich Macaulay<br>21 B Street<br>Burlington, MA 01803 |
| ECKERT SEAMENS CHERIN | Two Liberty Place<br>50 South 16th Street, 22nd Floor<br>Philadelphia, PA 19102 |
| ELKINS, P.L.C | 201 St. Charles Ave, Suite 4400<br>New Orleans, LA 70170 |
| EMMET MARVIN & MARTIN LLP | 120 Broadway<br>New York, NY 10271 |
| ENGELMAN BERGER PC | Security Title Plaza, Suite 700<br>3636 North Central Avenue                    Phoenix, AZ 85012 |
| ERNST & YOUNG, LLP | 5 Times Square<br>New York, NY 10036 |
| FASKEN MARTINEAU DUMOULIN LLP | 66 Wellington St. W, |

| Professional | Address |
|---|---|
| | Toronto, ONT M5J, Canada |
| FENTRSS & BARNES | 8001 Ravines Edge Court, Suite 112, Columbus, Ohio 43235 |
| FILLMORE RILEY LLP | 1700 Commondity Exchange Tower 360 Main Street Winnipeg, Manitoba R3C3Z3 Canada |
| FINN DIXON & HERLING LLP | 177 Broad Street Stramford, CT 06901 |
| FOLEY & LARDNER LLP | 321 North Clark, Suite 2800 Chicago, IL 60654 |
| FOLGER LEVIN & KAHN LLP | Embarcadero Center West 275 Battery Street, 23rd Floor San Francisco, CA 94111 |
| FOWLER WHITE BOGGS BANKER | 501 E. Kennedy Boulevard, Suite 1700 Tampa, Florida 33602 |
| FRASER MILNER CASGRAIN LLP | 1 Place Ville-Marie, Suite 3900 Montreal H3B 4M7 Quebec |
| FRIED FANK HARRIS SHRIVER & JACOBSON LLP | One New York Plaza New York, NY 10004 |
| GIBSON DUNN & CRUTCHER LLP | 333 South Grand Avenue Los Angeles, CA 90071 |
| GIDE LOYRETTE NOUEL LLP | 120 West 45th Street, 19th Floor New York, NY 10036 |
| GLASS & GLASS | 72 East Main Street, Suite 3 Babylon, NY 11702 |
| GONZALEZ CALVILLO, S.C. | Montes Urales #632 3er piso Lomas de Chapultepec CP 11000 México DF |
| GOODMANS LLP | 250 Yonge Street, Suite 2400 Toronto, ON M5B 2M6 Canada |
| GOODWIN PROCTOR LLP | Exchange Place, 53 State Street Boston, MA 02109 |
| GOWLINGS LAFLEUR HENDERSON LLP | 1 First Canadian Place 100 King Street West Toronto, ON M5X1G5 Canada |
| GREENSTEIN DELORME & LUCHS PC | 1620 L Street NW, Suite 900 Washington, DC 20036-5605 |
| HANSON BJORK & RUSSELL LLP | 405 6th Avenue, Suite 1300 Des Moines, IA 50309-2413 |
| HAWAII LAW GROUP LLP | 1001 Bishop Street, Suite 1360 Honolulu, HI 96813 |
| HOLLAND & HART LLP | 555 Seventh Street, Suite 3200 Denver, CO 80202 |
| HOLLAND & KNIGHT LLP | 195 Broadway, 24th Floor New York, NY 10007 |
| HOLME ROBERTS & OWEN LLP | 1700 Lincoln Street, Suite 4100 Denver, CO 80203 |
| HURCH BLACKWELL SANDERS LLP | 120 South Riverside Plaza, Suite 2200 Chicago, IL 60606 |
| JAUREGUI NAVARRETTE NADER Y ROJAS SC | Torre Arcos Paseo de los Tamarindos No. 400-B, Pisos 7, 8 y 9 Bosques de las Lomas 05120 México, D.F. México |
| JONES DAY | 222 East 41st Street New York, NY 10017-6702 |
| JORDAN PRICE WALL GRAY JONES & CARLTON P | 1951 Clark Avenue Raleigh, NC 27605 |
| JUN HE LAW OFFICE, SHANGHAI OFFICE | Shanghai Kerry Centre, 32nd Floor 1515 Nanjing Road West Shanghai 200040, P. R. China |
| K&L GATES | 599 Lexington Avenue New York, NY 10022 |
| KATTEN MUCHIN ROSENMAN | 2900 K Street NW, Suite 200 Washington, DC 20007-5118 |
| KELLEY DRYE & WARREN LLP | 101 Park Avenue |

3

| Professional | Address |
|---|---|
| | New York, NY 10178-0002 |
| KELLY HART & HALLMAN LLP | 201 Main Street, Suite 2500<br>Fort Worth, TX 76102 |
| KENMORE & COMPANY | P.O. Box 230444<br>Montgomery, AL 36123-0444 |
| KILPATRICK STOCKTON LLP | 607 14th Street NW, Suite 900<br>Washington, DC 20005-2018 |
| KIRKLAND & ELLIS | 300 North LaSalle<br>Chicago, IL 60654 |
| KIRKPATRICK & LOCKHART PRESTON GATES | 599 Lexington Avenue<br>New York, NY 10022-6030 |
| KLEHR HARRISON HARVEY BRANZBURG & ELLERS | 260 South Broad Street<br>Philadelphia, PA 19102-5003 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | 1177 Avenue of the Americas<br>New York, NY 10036 |
| KROOTH & ALTMAN LLP | 1850 M Street NW, Suite 400<br>Washington, DC 20036 |
| KUTAK ROCK LLP | One South Wacker Drive, Suite 2050<br>Chicago, IL 60606 |
| LAW OFFICES OF WILLIAM F ASKINAZI, ESQ., | OBA Bank Building<br>Suite 200, 20300 Seneca Meadows Parkway<br>Germantown, MD 20876 |
| LAW OFFICES OF JOSEPH M. DIORIO INC. | 144 Westminster Street, Suite 302<br>Providence, RI 02903 |
| LAW OFFICES OF ISMAEL H. HERRERO III, P.S.C. | 279 Ponce de Leon Ave., Doral Bank Plaza, 3rd Floor,<br>San Juan, Puerto Rico 00917 |
| LECG | 2000 Powell Street, Suite 600<br>Emeryville, CA 94608 |
| LEGAL EASE INC. | 139 Fulton Street<br>New York, NY 10038 |
| LEGAL ELEMENTS OF DALLAS | 600 North Pearl, Suite S-102                    Dallas,<br>TX 75201 |
| LEHMAN LEE & XU | 60 W. Randolph Street, Suite 200<br>Chicago, IL 60601 |
| LEVERAGE LAW GROUP LLC | 4415 Monroe Rd Ste 100<br>Charlotte, NC 28205 |
| LIONEL SAWYER & COLLINS | 1700 Bank of America Plaza<br>300 S. Fourth Street<br>Las Vegas, NV 89101 |
| LOCKE LORD BISSELL AND LIDDELL LLP | 2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201 |
| LOOMIS EWERT PARSLEY DAVIS & GOTTING PC | 124 W. Allegan St., Suite 700<br>Lansing, MI 48933 |
| LOYENS LOEFF | 18-20, rue Edward Steichen<br>Luxembourg L-2540 |
| LUCE FORWARD HAMILTON & SCRIPTS LLP | 2050 Main Street, Suite 600<br>Irvine, CA 92614 |
| MAPLES AND CALDER | PO Box 309, Ugland House<br>South Church Street, George Town<br>Grand Cayman KY1-1104 Cayman Islands |
| MAYER BROWN ROWE & MAW | 1675 Broadway<br>New York, NY 10019 |
| MCCARTER & ENGLISH LLP | 245 Park Avenue, 27th Floor<br>New York, NY 10167 |
| MCDERMOTT WILL & EMERY | 227 West Monroe Street<br>Chicago, IL 60606 |
| MCELROY DEUTSCH MULVANEY & CARPENTER, LLP | 88 Pine Street, 24th Floor<br>New York, NY 10005 |
| MCGLINCHEY STAFFORD PLLC | 2700 N Haskell Avenue<br>Dallas, TX 75204 |
| MCKENNA LONG & ALDRIDGE LLP | 303 Peachtree Street NE, Suite 5300<br>Atlanta, GA 30308 |
| MCMILLAN BINCH LLP | Brookfield Place, Suite 4400<br>181 Bay Street<br>Toronto, Ontario<br>Canada M5J 2T3 |

RLF1 3511203v.1<br>RLF1 3511249v.1

| Professional | Address |
|---|---|
| MCROBERTS ROBERTS & RAINER LLP | Tower 53, 27th Floor<br>159 W. 53rd Street<br>New York, NY 10019 |
| MILES & STOCKBRIDGE PC | 10 Light Street<br>Baltimore, MD 21202-1487 |
| MILLER & MARTIN PLLC | 1170 Peachtree Street NE, Suite 800<br>Atlanta, GA 30309 |
| MILLER CANFIELD PADDOCK AND STONE | 840 W. Long Lake Road, Suite 200<br>Troy, MI 48098 |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | Chrysler Center<br>666 Third Avenue<br>New York, NY 10017 |
| MODRALL SPERLING ROEHL HARRIS & SISK PA | 500 Fourth Street NW<br>P.O. Box 2168<br>Albuquerque, NM 87103 |
| MORRIS JAMES LLP | 500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 |
| MORGAN LEWIS & BOCKIUS LLP | 1701 Market Street<br>Philadelphia, PA 19103-2921 |
| MORRISON & FOERSTER LLP | 1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| MOSS & BARNETT | 4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4129 |
| MOSES & SINGER LLP | The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 |
| MSLaw & ASSOCIATES | 255 Huguenot Street, Suite 505<br>New Rochelle, NY 10801 |
| NAKA HUTTAR & OLDHOUSER LLP | 2 North Charles Street, Suite 820<br>Baltimore, MD 21201 |
| NATIONAL LEGAL-COLORADO | 600 17th Street<br>Denver, CO 80202 |
| NEXSEN PRUET ADAMS KLEEMEIER | 205 King Street, Suite 400<br>Charleston, South Carolina 29401 |
| NIXON PEABODY LLP | 437 Madison Avenue<br>New York, NY 10022 |
| NOVOGRADAC & COMPANY, LLP | 246 First Street, 5th Floor<br>San Francisco, CA 94105 |
| OHALLORAN KOSOFF GEITNER & COOK LLC | 650 Dundee Road, 4th Floor<br>Northbrook, IL 60062 |
| O'MELVENY & MYERS, LLP | 400 South Hope Street<br>Los Angeles, CA 90071 |
| OPPENHEIMER BLEND HARRISON & TATE INC. | 1818 Market Street, Suite 2430<br>Philadelphia, PA 19103 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | 666 Fifth Avenue<br>New York, NY 10103-0001 |
| OSLER, HOSKIN & HARCOURT LLP | 100 King Street West<br>1 First Canadian Place, Suite 1600<br>P.O. Box 50<br>Toronto, ON  M5X1B8<br>Canada |
| PAUL HASTINGS JANOFSKY & WALKER LLP | Park Avenue Tower<br>75 E. 55th Street, 1st Floor<br>New York, NY 10022 |
| PERKINS COIE LLP | 1899 Wynkoop Street, Suite 700<br>Denver, CO 80202-1043 |
| PIERCE ATWOOD LLP | 77 Winthrop Street<br>Augusta, GA 04330 |
| PIETRANTONI MENDEZ & ALVAREZ LLP | Popular Center, 19th Floor<br>209 Muñoz Rivera Avenue<br>San Juan, PR 00918 |
| PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP | The Thirty-Eighth Floor<br>One Oxford Centre<br>Pittsburgh, PA 15219 |

RLF1 3511203v.1<br>RLF1 3511249v.1

| Professional | Address |
|---|---|
| PRICEWATERHOUSECOOPERS LLP | Two Commerce Square<br>2001 Market Street Suite 1700<br>Philadelphia, PA 19103 |
| QUARLES & BRADY STREICH LANG LLP | One Renaissance Square<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 |
| RENO & CAVANAUGH PLLC | 455 Massachusetts Avenue NW, Suite 400<br>Washington, DC 20001-2621 |
| REZNICK, GROUP P.C. | 500 East Pratt Street<br>Suite 200<br>Baltimore, MD 21202-3100 |
| ROBISON BELAUSTEGUI SHARP & LOW | 71 Washington Street<br>Reno, NV 89503 |
| ROMULO MABANTA BUENAVENTURA SAYOC & | 30th Floor, Citibank Tower<br>Citibank Plaza, 8741 Paseo De Roxas<br>City of Makati, Philippines |
| SALANS HERTZFELD & HEILBRONN | 5 boulevard Malesherbes<br>75008 Paris<br>France |
| SEALE & ROSS | 200 North Cate Street<br>Post Office Drawer                Hammond,<br>LA 70404 |
| SELF MAPLES & COPELAND, P.C. | 1601 2nd Avenue East<br>Oneonta, AL 35121 |
| SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC | 2617 Huntingdon Pike<br>Huntingdon Valley, PA 19006 |
| SHUTTS & BOWEN LLP | National City Center<br>200 East Broward Blvd, Suite 2100<br>Ft. Lauderdale, FL 33301 |
| SIBETH | An der Hauptwache 7<br>Frankfurt a.M. D-60313<br>Germany |
| SILLS CUMMIS EPSTEIN & GROSS | The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102 |
| SIMPSON THACHER | 45 Lexington Avenue<br>New York, NY 10017 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | Four Times Square<br>New York, NY 10036 |
| SONNENSCHEIN NATH & ROSENTHAL | 1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| SPRADLING KENNEDY & MCPHAIL, LLP | The Tower, 1601 NW Expressway<br>Suite 1750<br>Oklahoma City, OK 73118 |
| SQUIRE SANDERS & DEMPSEY LLP | 1095 Avenue of the Americas, 31st Floor<br>New York, NY 10036-6797 |
| STERNS & WEINROTH | One State Street Square Office Bldg.<br>50 West State Street, Suite 1400<br>Trenton, NJ 08607 |
| STEWART MCKELVEY | Suite 600, Frederick Square<br>77 Westmorland Street<br>P.O. Box 730<br>Fredericton, NB E3B5B4<br>Canada |
| STINSON MORRISON HECKLER LLP | 168 N. Meramec, Suite 400<br>St. Louis, MO 63105 |
| STITES & HARBISON | 2800 SunTrust Plaza<br>303 Peachtree Street NE<br>Atlanta, GA 30308 |
| STRADLEY RONON STEVENS & YOUNG LLP | 2600 One Commerce Square<br>Philadelphia, PA 19103 |
| SULLIVAN & CROMWELL | 125 Broad Street<br>New York, NY 10004-2498 |
| SUSSMAN SHANK LLP | 1000 SW Broadway, Suite 1400<br>Portland, OR 97205 |
| SUTHERLAND | 999 Peachtree Street, NE |

| Professional | Address |
|---|---|
| | Atlanta, GA 30309 |
| THOMPSON COBURN FAGEL HABER | 55 East Monroe Street, 37th Floor<br>Chicago, IL 60603 |
| THOMPSON COE | 700 North Pearl Street<br>25th Floor, Plaza of Americas<br>Dallas, TX 75201 |
| TORYS | 79 Wellington Street West, Suite 3000<br>Box 270, TD Centre<br>Toronto, ON  M5K1N2<br>Canada |
| TROUTMAN SANDERS LLP | 1001 Haxall Point<br>Richmond, VA 23219 |
| VAN COTT BAGLEY CORNWALL & MCCARTHY | 36 South State Street, Suite 1900<br>Salt Lake City, UT 84111 |
| VEDDER PRICE KAUFMAN & KAMHOLZ PC | 222 North LaSalle Street                    Chicago,<br>IL 60601 |
| VENABLE BAETJER & HOWARD LLP | Rockefeller Center<br>1270 Avenue of the Americas, 25th Floor          New<br>York, NY 10020 |
| VIRGINIA  M DUFFY | 1828 Old York Road                         Abington,<br>PA 19001 |
| VORYS SATER SEYMOUR AND PEASE LLP | 1828 L Street, 11th Floor<br>Washington, DC 20036-5109 |
| WALKERS SPV | Walker House, 87 Mary Street<br>George Town, Grand Cayman KY1-9001<br>Cayman Islands |
| WALTERS & HAVERFIELD LLP | 1301 E. 9th Street<br>Cleveland, OH 44114 |
| WECHSLER & COHEN, LLP | 17 State Street<br>New York, NY 10004 |
| WHITE AND WILLIAMS LLP | 1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia, PA 19103 |
| WICKENS HERZER PANZA COOK & BATISTA | 35765 Chester Road<br>Avon, OH 44011 |
| WILLIAM F MICHAUD | 400 Tamal Plaza<br>Corte Madera, CA 94925 |
| WILLIAM M CHAFFIN P.C. | 152 Delta Avenue<br>Clarksdale, MS 38614-4212 |
| WINSTON & STRAWN | 35 W. Wacker Drive<br>Chicago, IL 60601 |
| ZEICHNER ELLMAN & KRAUSE LLP | 575 Lexington Avenue<br>New York, NY 10022 |

RLF1 3511203v.1<br>RLF1 3511249v.1

## Exhibit 2

**Ordinary Course Professional Affidavit**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                 :

*In re:*                            :     **Chapter 11**

**CAPMARK FINANCIAL GROUP INC.,** *et al.*,  :     **Case No. 09-13684 (CSS)**

        **Debtors.**            :     **Jointly Administered**
                                 :

-----------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF _____,**
     **ON BEHALF OF _____**

STATE OF _____         )
                           ) ss:
COUNTY OF _____      )

_____, being duly sworn, upon his/her oath, deposes and says:

      1.     I am a **[position]** of **[Name of Firm or Company]**, located at **[Street, City, State zip code]** (the "Firm").

      2.     Capmark Financial Group Inc., and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"),[3] have requested that

---

[3] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P.

the Firm provide **[specific description of services]** to the Debtors, and the Firm has consented to provide such services.

      3.      If the Firm is a law firm, I state that the Firm **[CHOOSE ONE: did/did not]** represent the Debtors prior to their bankruptcy filings.

      4.      The Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates. Furthermore, if the Firm is either (i) not a law firm or (ii) a law firm that did not represent the Debtors prior to their bankruptcy filings, the Firm is a "disinterested person" under 11 U.S.C. § 10 1(14), such that the Firm:

      (a.)      is not a creditor, an equity security holder, or an insider of any of the Debtors;

      (b.)      is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of any of the Debtors; and

      (c.)      does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to , connection with, or interest in, the Debtors, or for any other reason.

---

(7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), and Capmark Affordable Equity Inc. (2381). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address:  http://chapter11.epiqsystems.com/capmark.

RLF1 ~~3511176~~3511203v.1
RLF1 3511249v.1

5.     As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in these chapter 11 cases.

6.     In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

**[Disclose Connections Here]**

7.     Neither I nor **[any principal, partner, director, officer, etc.]** of or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.     Neither I nor **[any principal, partner, director, officer, etc.]** of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed. Furthermore, if the Firm is either (i) not a law firm or (ii) a law firm that did not represent the Debtors prior to their bankruptcy filings, I state that neither I nor **[any principal, partner, director, officer, etc.]** of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors.

3

9.     The Debtors owe the Firm $ [_____] for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. If the Firm is either (i) not a law firm or (ii) a law firm that did not represent the Debtors prior to their bankruptcy filings, my signature below acknowledges that the Firm understands that any and all pre-petition claims that it has against the Debtors will be deemed waived if the Firm's employment is authorized.

10.     As of October 25, 2009, which was the date on which the Debtors commenced these chapter 11 cases, the Firm **[was/was not]** party to an engagement or services agreement with the Debtors. **[A copy of such agreement is attached as <u>Exhibit 1</u> to this Affidavit]**.

11.     If the Firm is not a law firm, the following is a list of all payments which the Firm received from the Debtors during the year prior to the Debtors' bankruptcy filings:

> **[The Debtors recommend (and the U.S. Trustee will likely request) that the OCP organize payments in the following columns: invoice date, invoice amount, date(s) of service covered by invoice, payment date and payment amount. Retainers and draws on retainers should be specifically noted as such]**

12.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this affidavit was executed on _____ 200__, at _____, _____.

_____
Affiant Name:

SWORN TO AND SUBSCRIBED before
me this ____ day of _____, 200__.

_____
Notary Public

RLF1 35111763511203v.1
RLF1 3511249v.1

<u>**Exhibit 3**</u>

**Retention Questionnaire**

RLF1 3511176~~3511203~~v.1
RLF1 3511249v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

*In re:*

**CAPMARK FINANCIAL GROUP INC.,** *et al.,*

**Debtors.**

**Chapter 11**

**Case No. 09-13684 (CSS)**

**Jointly Administered**

---

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Capmark Financial Group Inc. ("CFGI"), and certain of its subsidiaries and affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").[4]

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Dewey & LeBoeuf LLP
> 1301 Avenue of the Americas
> New York, New York, 10019
> Attn: Michael P. Kessler, Esq.

---

[4] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), and Capmark Affordable Equity Inc. (2381). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.   Name and address of company:

     _____

     _____

     _____

2.   Date of retention: _____

3.   Type of services to be provided (accounting, legal, etc.):

     _____

     _____

4.   Brief description of services to be provided:

     _____

     _____

     _____

5.   Arrangements for compensation (hourly, contingent, etc.):

     _____

     (a)   Average hourly rate (if applicable): _____

     (b)   Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

     _____

6.   Prepetition claims against any of the Debtors held by the company:

     Amount of claim: $ _____

     Date claim arose: _____

     Nature of claim: _____

RLF1 3511176 3511203 v.1
RLF1 3511249v.1

If the prepetition claim has been paid, please list the date the claim was paid and what amount was paid:

_____

7. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the company:

Name: _____

Status: _____

Amount of claim: $ _____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

If the prepetition claim has been paid, please list the date the claim was paid and what amount was paid:

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed:

_____

_____

_____

_____

3

9.    Name and title of individual completing this form:

_____

Date: _____, 200 ___

RLF1 ~~3511176~~3511203v.1
RLF1 3511249v.1

Document comparison done by DeltaView on Wednesday, December 02, 2009 1:33:24 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://IM-DMS1/RLF1/3511176/1 |
| Document 2 | interwovenSite://IM-DMS1/RLF1/3511203/1 |
| Rendering set | standard |

| Legend: |
|---|
| Insertion |
| ~~Deletion~~ |
| ~~Moved from~~ |
| Moved to |
| Style change |
| Format change |
| ~~Moved deletion~~ |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 19 |
| Deletions | 19 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 38 |