IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
*In re*                                        : Chapter 11
                                               :
CAP MARK FINANCIAL GROUP,                      : Case No. 09-13684 (CSS)
INC., *et al.*,                                :
                                               :
                                               : (Jointly Administered)
                                               :
        Debtors.                               : **Hearing Date (Requested): December __, 2009 at 4:00 p.m.**
                                               : **Objection Deadline (Requested): December __, 2009 at 10:00 a.m.**
---------------------------------------------------x

**EMERGENCY MOTION FOR A HEARING OF PROSPECTIVE BIDDER CAPITAL SERVICES GROUP FOR AN ORDER (A) EXTENDING THE BID DEADLINE FOR THE AUCTION OF ALL THE ISSUED AND OUTSTANDING ORDINARY SHARES DEBTORS HOLD IN PREMIER ASSET MANAGEMENT COMPANY, AND (B) TO THE EXTENT NECESSARY, RESCHEDULING THE AUCTION, SALE HEARING, AND OBJECTION DEADLINE CONCERNING THE PROPOSED PUBLIC SALE OF ALL THE ISSUED AND OUTSTANDING ORDINARY SHARES DEBTORS HOLD IN <u>PREMIER ASSET MANAGEMENT COMPANY</u>**

Movant and prospective bidder, Capital Services Group ("Capital Services"), hereby moves the Court for an emergency hearing, pursuant to section 105 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 9006, 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

1.      Concurrently herewith, Capital Services has filed its Motion for Emergency Relief (the "Motion").

2.      Capital Services, pursuant to its Motion, seeks entry of an Order: (i) extending the bid deadline of December 7, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Bid Deadline") for the auction of all issued and outstanding ordinary shares (the "Shares") Capmark Financial Group, Inc. ("CFGI") and certain of its subsidiaries and affiliates, including Capmark Finance Inc. ("CFI" or the "Seller"), as debtors in possession (collectively, the "Debtors") hold in Premier Asset Management Company ("Premier") (the "Auction") for two (2) weeks to December 21,

2009 at 4:00 p.m. (prevailing Eastern Time) (the "Revised Bid Deadline"), and (ii) to the extent necessary, rescheduling the Auction, Sale Hearing, and Objection Deadline concerning the sale of the Premier Shares.

3. Capital Services seeks an immediate hearing before this Court to resolve this matter prior to the Bid Deadline.

4. Counsel has contacted both the Debtor and the Committee who declined to extend the Bid Deadline without Court intervention, Capital informed both parties of their intent to file the request for an emergency hearing and its related Motion.

**WHEREFORE,** Capital respectfully requests the Court set an emergency hearing on the Motion on December 7, 2009 prior to 4:00 p.m. (prevailing Eastern Time), or as soon as the Court's calendar permits and granting such other relief as is just and proper.

Dated: December 4, 2009

Respectfully submitted,

By: /s/ Garvan F. McDaniel
**Bifferato Gentilotti LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600

- and -

**Sheppard Mullin Richter & Hampton LLP**
James J. McGuire  NY Bar No. JM 5390
Vincent Filardo, Jr.  NY Bar No. VF 4729
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Attorneys for Movant Capital Services Group