IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                              :   Chapter 11
**In re:**                                                    :
                                                              :
**CAPMARK FINANCIAL GROUP INC., *et al.*,**                   :   Case No. 09-13684 (CSS)
                                                              :
        **Debtors.**   :   Jointly Administered
                                                              :
                                                              :   Re: Docket No. 112
                                                              :
---------------------------------------------------------------x

### DECLARATION OF SONIA K. HAN OF JEFFERIES & COMPANY, INC. IN SUPPORT OF DEBTORS' MOTION REQUESTING ENTRY OF SALE ORDER APPROVING SALE OF MILITARY HOUSING BUSINESS ASSETS (INCLUDING ASSUMPTION AND ASSIGNMENT OF CONTRACTS) FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS

I, Sonia K. Han, declare as follows:

1. I submit this Declaration in support of the motion, dated October 30, 2009, filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, requesting, among other relief, the entry of an order approving the sale of certain military housing business assets (including assumption and assignment of contracts) free and clear of all liens, claims and interests (the "Motion"). Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2. I am over eighteen years of age. All facts in this Declaration are based on my personal knowledge, upon information supplied to me by persons who report to me at Jefferies Mortgage Finance, Inc. (the "Purchaser") and its affiliate, Jefferies & Company, Inc. ("Jefferies & Company"), and their parent entity Jefferies Group, Inc. ("Jefferies Group," and collectively with the Purchaser and Jefferies & Company, "Jefferies"), upon information supplied to me by

RLF1 3514541v.1

Jefferies' professionals and consultants, upon my review of relevant business records and documents, or upon my opinion based on my experience and knowledge of Jefferies' business operations, financial affairs and related issues. If called as a witness, I could and would competently testify to the facts set forth herein.

3. I am a Managing Director in the Legal Department of Jefferies & Company. I joined Jefferies & Company on August 21, 2006. Before joining Jefferies, I worked for approximately two years at Societe Generale as its Managing Director and Head of Legal for Equity Derivatives, and for approximately two years at Bank of America, N.A. as its Senior Vice President.

4. I hold a B.A. degree in History and East Asian Studies from Bryn Mawr College, and a J.D. degree in law from New York University.

5. My current duties for Jefferies include acting as general counsel for all of Jefferies' Equity and Fixed Income businesses, including those conducted by the Purchaser and other Jefferies Group subsidiaries. I have access to the Purchaser's and Jefferies' business and financial records, and have been extensively involved in Jefferies' negotiations with the Debtors regarding the proposed acquisition of the Acquired Assets, which substantially comprise the Debtors' Military Housing Business.

6. Jefferies began negotiations with Capmark Finance Inc. and Capmark Capital Inc. (together, the "Sellers") in September 2009 for the possible purchase of the Military Housing Business. The negotiations included the execution of a confidentiality agreement and the exchange of proposed term sheets, and concluded in the execution of the APA between the Purchaser and Sellers on October 16, 2009. The Purchaser and Jefferies negotiated the APA with the Sellers in good faith and at arm's length, and did not engage in any collusion with the

Sellers or any third party regarding the terms of the APA or enter into any agreements with the Sellers or any third party regarding the proposed sale other than the confidentiality agreement and the APA. The Purchaser and Jefferies recognized that the Sellers were free to deal with other parties interested in acquiring the Military Housing Business, and the Purchaser agreed to provisions in the APA which would enable the Sellers to accept a higher and better offer for the Acquired Assets, including without limitation in Sections 5.11 through 5.14 of the APA. The Purchaser and Jefferies further believe that the Purchase Price for the Acquired Assets is fair and reasonable.

7.    The Purchaser is not an insider of the Sellers, within the meaning set forth in section 101(31) of the Bankruptcy Code. As disclosed in the Motion, Leucadia National Corp. currently owns 28.16% of Jefferies Group, the parent entity of the Purchaser and Jefferies & Company. Leucadia National Corp. is an affiliate of one of the joint venture entities that owns Berkadia Commercial Mortgage LLC ("Berkadia"), which is in the process of purchasing the Debtors' commercial mortgage servicing and mortgage banking business, or "MSB Business," pursuant to a separate motion previously approved by the Court pursuant to its order dated November 24, 2009 [Docket No. 341]. Although the Sellers also approached Leucadia National Corp. about its potential interest in purchasing the Military Housing Business and Leucadia National Corp. referred the Sellers to Jefferies as a party that might have interest in the acquisition, neither Leucadia National Corp. nor Berkadia have been a part of the transactions under the APA. As further disclosed in the Motion, the Purchaser's affiliates also conduct arm's length trading activities with the Debtors and their nondebtor affiliates in the ordinary course of their businesses, which are not a part of the transactions under the APA.

8. As further disclosed in the Motion, there are certain pre-petition employment arrangements as referenced in Section 5.6 of the APA, pursuant to which Jefferies has met with certain employees of the Sellers and their Affiliates to consider employment with Jefferies to continue the Military Housing Business as part of the Purchaser's operations after the Closing. The Purchaser has not entered into any other agreements with management of the Sellers in connection with the sale of the Acquired Assets.

9. The Purchaser has the ability, organizational capacity and financial wherewithal to perform all of the terms and conditions of all Assigned Contracts that are included in the Acquired Assets from and after the Closing of the APA. The Purchaser currently has a management and support services agreement with Jefferies & Company that provides Purchaser with access to employees, payroll and other administrative services for its business operations, as well as a revolving credit line with Jefferies Group to finance its business operations. This will enable the Purchaser to perform all servicing, monetary and other obligations under the Assigned Contracts that will arise after the Closing. Jefferies is a global financial services firm, established in 1962, with over 25 offices in North America, Europe and Asia, over 2500 employees, and $1 billion in net revenues in 2008. The Purchaser conducts Jefferies' mortgage financing business and will conduct the Military Housing Business and perform the Assigned Contracts as part of this business.

10. All of the terms and conditions of the APA are integral to the Purchaser's agreement to purchase the Acquired Assets. Without limitation to the foregoing, the Purchaser will not consummate the transactions contemplated by the APA unless: (a) as provided in Section 2.2 of the APA, the Purchase Price is reduced by $250,000 for each first calendar day of the month that occurs after November 30, 2009 before the Closing, up to an aggregate of such

reductions of $500,000; and (b) the APA specifically provides, and the Court specifically orders, that the Purchaser will acquire the Acquired Assets free and clear of any and all Liens (as defined in the APA), including any and all liens, claims and encumbrances and any and all interests with the meaning of Section 363(f) of the Bankruptcy Code, other than Permitted Liens (as defined in the APA).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 10th day of December 2009 at New York, New York.


/s/ Sonia K. Han
SONIA K. HAN