# EXHIBIT A

NY2 2044720.7 780936 000016

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER BY DEWEY & LEBOEUF LLP ON BEHALF OF CAPMARK FINANCIAL GROUP INC., ET AL., FOR THE PERIOD OCTOBER 25, 2009 THROUGH NOVEMBER 30, 2009**

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **PARTNERS & COUNSEL:** | | | | |
| Suzanne St. Pierre | R – 1993 | $725.00 | 3.4 | $2,465.00 |
| Maria A. Dantas | C – 1987 | $725.00 | 60.8 | $44,080.00 |
| John G. Nicolich | L – 1981 | $775.00 | 2.0 | $1,550.00 |
| Andrew N. Davis | E – 1990 | $725.00 | 1.5 | $1,087.50 |
| Martin J. Bienenstock | BS&G – 1978 | $475.00; $950.00[1] | 113.9 | $104,167.50 |
| Judy G.Z. Liu | BS&G – 1981 | $463.00; $925.00 | 217.9 | $199,985.00 |
| Michael Kessler | BS&G – 1974 | $488.00; $975.00 | 267.7 | $253,061.25 |
| Philip Abelson | BS&G – 2000 | $338.00; $675.00 | 157.7 | $105,806.25 |
| Jeffrey A. Potash | C – 1994 | $350.00; $700.00 | 219.0 | $151,900.00 |
| John J. Altorelli | C – 1994 | $995.00 | 285.6 | $284,172.00 |
| Stanton Lovenworth | C – 1978 | $800.00 | 1.8 | $1,440.00 |
| Gordon Warnke | T – 1984 | $875.00 | 43.8 | $38,325.00 |
| Hershel Wein | T – 1986 | $850.00 | 2.3 | $1,955.00 |
| Richard Reinthaler | L – 1974 | $875.00 | 30.5 | $26,687.50 |
| Patrick de Carbuccia | C – 1999 | $700.00 | 278.9 | $195,230.00 |
| Alexander Fraser | C – 1988 | $700.00 | 343.1 | $240,170.00 |
| Mitchel C. Pahl | C,B&E – 1985 | $800.00 | 6.0 | $4,800.00 |
| Evan M. Koster | C – 1990 | $725.00 | 16.5 | $11,962.50 |
| Monica Coakley | T – 1994 | $750.00 | 114.9 | $86,175.00 |
| Devon M. Bodoh | T – 1998 | $700.00 | 52.0 | $36,400.00 |
| Christine A. Bergin | C – 1982 | $650.00 | 14.4 | $9,360.00 |
| Steven E. Levitsky | L – 1978 | $800.00 | 81.1 | $64,880.00 |
| Doron S. Goldstein | C – 1999 | $625.00 | 1.0 | $625.00 |
| **Totals for Partners & Counsel:** | | | **2,315.8** | **$1,866,284.50** |

BS&G – Business Solutions & Governance; L – Litigation; C – Corporate; R – Real Estate; T – Tax; E – Environmental; C,B&E – Compensation, Benefits & Employment

---

[1] For purposes of Non-Working Travel, the attorney's billing rate is charged at half of the normal rate, as reflected in the summary.

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER BY DEWEY & LEBOEUF LLP ON BEHALF OF CAPMARK FINANCIAL GROUP INC., ET AL., FOR THE PERIOD OCTOBER 25, 2009 THROUGH NOVEMBER 30, 2009 (CONT'D)**

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **ASSOCIATES:** | | | | |
| Amy K. Anderson | T – 2008 | $475.00 | 21.0 | $9,975.00 |
| Kaleb Sanchez | C – 2002 | $625.00 | 15.6 | $9,750.00 |
| Tevia R.M. Jeffries | BS&G – 2009 | $425.00 | 5.2 | $2,210.00 |
| Adam O'Brian | C – 2009 | $425.00 | 124.3 | $52,827.50 |
| Prachi Shah | C – 2009 | $425.00 | 6.9 | $2,932.50 |
| Brian T. Isaacson | R – 2003 | $515.00 | 1.5 | $772.50 |
| Andrew Lebwohl | BS&G – 2008 | $475.00 | 11.3 | $5,367.50 |
| Tala Jallad | L – 2008 | $425.00 | 43.0 | $18,275.00 |
| Aaron Levy | E – 2006 | $515.00 | 2.5 | $1,287.50 |
| William MacDonald | C – 1999 | $625.00 | 19.1 | $11,937.50 |
| Phyllis Lee | BS&G – Not Yet Admitted | $385.00 | 145.5 | $56,017.50 |
| Lee Cassey | BS&G – 2009 | $258.00; $515.00 | 238.6 | $121,153.75 |
| Ehud Barak | BS&G – Not Yet Admitted | $385.00 | 88.0 | $33,880.00 |
| Sean M. Harrigan | C – 2008 | $475.00 | 188.4 | $89,490.00 |
| Brendan R. Donahue | C – 2006 | $550.00 | 284.2 | $156,310.00 |
| Alexander J. Saffi | T – 2006 | $515.00 | 279.2 | $143,788.00 |
| Kathryn Keen | BS&G – 2009 | $213.00; $425.00 | 222.7 | $93,627.50 |
| Lucericia T. Messiah | C,B&E – 2005 | $575.00 | 27.0 | $15,525.00 |
| Joshua D. Levin-Epstein | BS&G – 2009 | $258.00; $515.00 | 122.5 | $62,057.50 |
| Paul J. Brodnicki | BS&G – 2004 | $313.00; $625.00 | 316.9 | $195,562.50 |
| Arielle Kane | BS&G – 2003 | $625.00 | 60.9 | $38,062.50 |
| **Totals for Associates:** | | | **2,224.3** | **$1,120,809.25** |

BS&G – Business Solutions & Governance; L – Litigation; C – Corporate; R – Real Estate; T – Tax; E – Environmental; C,B&E – Compensation, Benefits & Employment

22

NY2 2044720.7 780936 000016

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER BY DEWEY & LEBOEUF LLP ON BEHALF OF CAPMARK FINANCIAL GROUP INC., ET AL., FOR THE PERIOD OCTOBER 25, 2009 THROUGH NOVEMBER 30, 2009 (CONT'D)**

| NAME OF PROFESSIONAL | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **PARAPROFESSIONALS:** | | | | |
| Heather Aaronson | BS&G- Paralegal | $265.00 | 50.0 | $13,250.00 |
| Laura Saal | BS&G- Paralegal | $225.00 | 7.1 | $1,597.50 |
| Daniel Belke | C- Paralegal | $175.00 | 149.9 | $26,232.50 |
| Bayard Dodge | C- Paralegal | $175.00 | 1.8 | $315.00 |
| Andrea Duggan | R- Paralegal | $175.00 | 2.5 | $437.50 |
| Julie Sonkin | BS&G- Paralegal | $175.00 | 110.0 | $19,250.00 |
| Graziana M. Lazzaro | C- Paralegal | $200.00 | 1.0 | $200.00 |
| Cecilia Marsh | L- Paralegal | $180.00 | 5.6 | $1,008.00 |
| John Csuka | C – Law Clerk/Trainee | $285.00 | 11.3 | $3,220.50 |
| George Sikes | Managing Clerk | $175.00 | 1.0 | $175.00 |
| Randall Morrison | Managing Clerk | $175.00 | 2.0 | $350.00 |
| Susan Foster | Library Staff | $150.00 | 1.0 | $150.00 |
| Sally Munson | Library Staff | $150.00 | 2.6 | $390.00 |
| Christopher D. Lowden | Library Staff | $160.00 | 3.0 | $480.00 |
| Rosemarie Lauletta | Library Staff | $125.00 | 0.5 | $62.50 |
| Joel M. Weisberger | Library Staff | $160.00 | 0.8 | $128.00 |
| **Totals for Paraprofessionals** | | | **350.1** | **$67,246.50** |

BS&G – Business Solutions & Governance; L – Litigation; C – Corporate; R – Real Estate;

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| **TOTALS:** | | | |
| Partners and Counsel | $805.89 | 2,315.8 | $1,866,284.50 |
| Associates | $503.89 | 2,224.3 | $1,120,809.25 |
| Paraprofessionals | | 350.1 | $67,246.50 |
| **Totals Fees Incurred** | | **4,890.2** | **$3,054,340.25** |
| **Blended Attorney Rate** | $657.94 | | |

NY2 2044720.7 780936 000016