IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                        :
*In re*                                 :   Chapter 11 Case No.
                                        :
CAPMARK FINANCIAL GROUP INC., *et al.*, :
                                        :   09-13684 (CSS)
Debtors.[1]                             :
                                        :   (Jointly Administered)
-----------------------------------------------------------x

SUPPLEMENTAL AFFIDAVIT OF MICHAEL P. KESSLER PURSUANT TO
ORDER DIRECTING THAT CERTAIN ORDERS IN THE FIRST FILED
DEBTORS' CHAPTER 11 CASES BE MADE APPLICABLE TO NEW DEBTOR

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Michael P. Kessler, being duly sworn, deposes and says:

1. I am a member of the firm of Dewey & LeBoeuf LLP ("D&L"), a law firm with its principal office at 1301 Avenue of the Americas, New York, New York

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), and Capmark Investments LP (7999). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

10019.

2. I am admitted to practice and am a member in good standing of the bars of the State of New York and the District of Columbia. I have been granted admission *pro hac vice* to practice before this Court in connection with the Debtors' chapter 11 cases.

3. This affidavit (the "CILP Affidavit") supplements (i) the *Affidavit of Michael P. Kessler Pursuant to Bankruptcy Code Sections 327(a), 328(a), 329(a), and 504, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1, in Support of Debtors' Application for Authorization to Employ and Retain Dewey & LeBoeuf LLP as Attorneys for the Debtors Nunc Pro Tunc to the Commencement Date* (the "Retention Affidavit"), which was filed with this Court on November 11, 2009, as an exhibit to the *Application to Employ Dewey & LeBoeuf LLP as Attorneys for the Debtors* [Docket No. 212] (the "Employment Application"), (ii) the *Supplemental Affidavit of Michael P. Kessler Pursuant to Bankruptcy Code Sections 327(a), 328(a), 329(a), and 504, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1, in Support of Debtors' Application for Authorization to Employ and Retain Dewey & LeBoeuf LLP as Attorneys for the Debtors Nunc Pro Tunc to the Commencement Date* (the "First Supplemental Affidavit"), which was filed with this Court on December 9, 2009 [Docket No. 402], and (iii) the *Second Supplemental Affidavit of Michael P. Kessler Regarding Employment and Retention of Dewey & LeBoeuf LLP as Attorneys for the Debtors* (the "Second Supplemental Affidavit"), which was filed with this Court on January 14, 2010 [Docket No. 695], each of which is incorporated herein by reference. Capitalized terms not defined herein shall have the definitions provided in the Retention Affidavit, the Employment Application, the First Supplemental Affidavit, and the Second

Supplemental Affidavit.

4. On October 25, 2009 (the "Commencement Date"), each of the Debtors other than Capmark Investments LP (collectively, the "First Filed Debtors") commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On January 15, 2010, Capmark Investments LP ("CILP"), a wholly-owned subsidiary of Capmark Financial Group Inc., commenced a voluntary case under chapter 11 of the Bankruptcy Code.

5. On December 14, 2009, this Court entered an order authorizing the employment and retention of D&L as attorneys for the Debtors, *nunc pro tunc* to the Commencement Date [Docket No. 448].

6. On January 21, 2010, the Court entered an order directing that certain orders pertaining to the First Filed Debtors be made applicable to CILP on an interim basis [Docket No. 724]. Pursuant to this order, to be retained in CLIP's chapter 11 case, the professionals retained in the chapter 11 cases of the First Filed Debtors must file a supplemental disclosure relating to the professional's connections to potential parties in interest in CILP's chapter 11 case.

7. In addition to the relationships previously disclosed in the Retention Affidavit, the First Supplemental Affidavit, and the Second Supplemental Affidavit, based on the supplemental creditor matrix of CILP, filed January 15, 2010 [Docket No. 705], D&L has identified the following parties in interest as current or former clients or affiliates of clients of D&L to whom D&L has rendered services within the past two (2) years, in matters unrelated to the Debtors and these chapter 11 cases:

> Canon USA Inc. (current client)
>
> Deloitte & Touche LLP (current client)
>
> Ernst & Young LLP (current client)
>
> First American Title Insurance Company (former client)
>
> Thomson Financial (current client)

8. To the best of my knowledge and information, none of the entities listed above represent more than one percent (1%) of D&L's revenues over the past twelve (12) months.

9. D&L has not, and will not, represent any of the aforementioned entities, or any of their respective affiliates or subsidiaries, in relation to the Debtors or their chapter 11 cases. To the extent the Debtors find themselves in a position adverse to any of the parties with whom D&L has a relationship unrelated to these cases, D&L has advised the Debtors that they may need to retain separate counsel to pursue any adverse action against such parties.

10. Based on the above-referenced review, I have determined that, except as disclosed herein and as previously disclosed, D&L does not hold or represent an interest that is adverse to the Debtors' estates, and that D&L is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code. As a result, the extension of D&L's retention to CILP's chapter 11 case is warranted and appropriate.

Executed on this 4th day of February, 2010.

_____
Michael P. Kessler

Subscribed and Sworn to before me
this 4th day of February, 2010

_____
Notary Public, State of New York
No.
Qualified in New York County
Commission expires: August 31, 2010

MARIA HAVELKA
Notary Public, State of New York
No. 01HA4637976
Qualified in New York County
Commission Expires Aug. 31, 2010