IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
*In re:*                                            :    Chapter 11
:
CAPMARK FINANCIAL GROUP INC., *et al.*,   :    Case No. 09-13684 (CSS)
:
Debtors.[1]                                         :    Jointly Administered
:
:    Hearing Date: February 19, 2010 at 9:00 a.m.
:    Objection Deadline: February 12, 2010 at 4:00 p.m.
---------------------------------------------------------x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on February 4, 2010, Capmark Financial Group Inc. ("CFGI") and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), filed the **Motion, Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of Two Orders: (I) the Bidding Procedures Order,**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), and Capmark Investments LP (7999). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

RLF1 3528628v.1

**(A) Scheduling an Auction Sale; (B) Approving Bidding Procedures; (C) Approving Break-up Fee; (D) Scheduling the Sale Hearing; (E) Establishing Objection Deadline; and (F) Approving Form/Manner of Notice of Auction and Sale and Notice of Assumption and Assignment; and (II) the Sale Order, Approving Sale of the Transferred Interests (Including Assumption and Assignment of Contracts) Free and Clear of All Liens, Claims, and Interests** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors are seeking entry of (i) an order (the "Sale Hearing Order") (a) setting a sale hearing and (b) approving notices with regard to the proposed sale of the Debtor-Sellers' Transferred Interests (as defined in the Motion) that comprise equity and debt interests in certain special purpose entities representing substantially all of the Debtors' remaining investments in the Mexican market (the "Procedural Relief"); and (ii) an order approving the terms of the sale (the "Sale").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the **Procedural Relief** or entry of the **Sale Hearing Order** must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **February 12, 2010 at 4:00 p.m. (Eastern Standard Time). The deadline to file objections to the Sale itself has not yet been set. You will receive separate notice of this deadline when it is set by the Bankruptcy Court and will have a further opportunity to file an objection to the Sale.**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Procedural Relief requested in connection with the Motion (including entry of the Sale Hearing

Order) and any objections thereto will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 19, 2010 at 9:00 a.m. (Eastern Standard Time).**

Dated: February 4, 2010
Wilmington, Delaware

           */s/ Jason M. Madron*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701

-and-

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

*Attorneys for the Debtors and Debtors in Possession*

RLF1 3528628v.1