# Exhibit B

**(Performance Incentive Plan – Filed Under Seal)**