**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **CAPMARK FINANCIAL GROUP INC.,** *et al.,* | Case No. 09-13684 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that TESEFA, S.A. de C.V. ("Buyer"), Odisea Asset Management, LLC ("Odisea"), Zéndere Holdings S.A.P.I. de C.V. ("Zéndere") and Promecap S.A. de C.V. ("Promecap" and together with Odisea and Zendere "Guarantors") hereby enter their appearance by and through its counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such parties in interest hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in the above-captioned cases be given and served upon the undersigned representatives at the following addresses and telephone numbers:

> John P. DiTomo
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19801
> Tel. No. (302) 655-4410
> Fax No. (302) 655-4420
> jditomo@paulweiss.com

> -and-

Brian S. Hermann
Julie M. D'Ambruoso
Samuel E. Lovett
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. No. (212) 373-3000
Fax No. (212) 757-3990
bhermann@paulweiss.com
jdambruoso@paulweiss.com
slovett@paulweiss.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right of Buyer or Guarantors (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to rights, claims, actions, defenses, setoffs, or recoupments to which Promecap may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

|  |  |
|---|---|
|  | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|  | */s/ John P. DiTomo* <br> John P. DiTomo (#4850) <br> Brandywine Building <br> 1000 N. West St., Suite 1200 <br> Wilmington, DE 19801 <br> Tel. No. (302) 655-4410 <br> Fax No. (302) 655-4420 <br> jditomo@paulweiss.com <br> *Attorneys for TESEFA, S.A., de C.V., Odisea Asset Management, LLC, Zéndere Holdings S.A.P.I, de C.V., and Promecap S.A. de C.V.* |
| February 14, 2010 |  |

Doc#: US1:5900544v1