IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                :

*In re*                                :    Chapter 11

CAPMARK FINANCIAL GROUP INC., *et al.*,  :
                                :    Case No. 09-13684 (CSS)
        Debtors.[1]                 :
                                :    Jointly Administered
                                :
                                :    Re: Docket No. 787
------------------------------------------------------------x

## NOTICE OF FILING OF REVISED SALE AGREEMENT

PLEASE TAKE NOTICE that on February 4, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion, Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of Two Orders: (I) the Bidding Procedures Order, (a) Scheduling an Auction Sale; (b) Approving Bidding Procedures; (c)*

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), and Capmark Investments LP (7999). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

*Approving Break-Up Fee; (d) Scheduling the Sale Hearing; (e) Establishing Objection Deadline; and (f) Approving Form/Manner of Notice of Auction and Sale and Notice of Assumption and Assignment; and (II) the Sale Order, Approving Sale of the Transferred Interests (Including Assumption and Assignment of Contracts) Free and Clear of All Liens, Claims, and Interests* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Attached as Exhibit C to the Motion was that certain Purchase Agreement, dated as of February 1, 2010, between Capmark Financial Group, Inc., Capmark Finance Inc., Capmark México Holding, S. de R.L. de C.V., Odisea Asset Management, LLC, Zéndere Holding S.A.P.I. de C.V., Promecap S.A. de C.V., and TESEFA, S.A. de C.V. (the "Sale Agreement").

PLEASE TAKE FURTHER NOTICE that since the filing of the Motion, the Sale Agreement has been modified (the "Revised Sale Agreement"). A copy of the Revised Sale Agreement is attached hereto as Exhibit A. For the convenience of the Bankruptcy Court and all parties-in-interest, a blackline of the Revised Sale Agreement against the Sale Agreement originally filed with the Motion is attached hereto as Exhibit B.

Dated: February 17, 2010
Wilmington, Delaware

*[signature]*

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701

-and-

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

*Attorneys for the Debtors and Debtors in Possession*