IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
*In re:*                                            :    **Chapter 11**
                                                    :
**CAPMARK FINANCIAL GROUP INC.,** *et al.,*         :    Case No. 09-13684 (CSS)
                                                    :
                Debtors.[1]                         :    Jointly Administered
------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2010 AT 1:00 P.M. (EDT)[2]

**I.    CONTINUED MATTER/MATTER NOT GOING FORWARD:**

1.  Merrill Lynch Capital Services, Inc.'s Motion for Relief from the Automatic Stay, to the Extent Applicable, Pursuant to 11 U.S.C. § 362 [Docket No. 1039; filed 3/31/10]

    Objection/Response Deadline:    April 26, 2010 at 4:00 p.m. (Eastern Daylight Time), extended to April 27, 2010 at 4:00 p.m. (Eastern Daylight Time) for the Debtors and the Official Committee of Unsecured Creditors only.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), and Capmark Investments LP (7999). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

[2] The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the June 29, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Daylight Time) on Monday, June 28, 2010** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27,* 2009. All pleadings referenced herein are available online at http://chapter11.epiqsystems.com/capmark.

Objections/Responses Received:

A. Debtors' Objection to Motion of Merrill Lynch Capital Services, Inc. for Relief from the Automatic Stay [Docket No. 1155; filed 4/27/10]

B. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Merrill Lynch Capital Services, Inc.'s Motion for Relief from the Automatic Stay [Docket No. 1157; filed 4/27/10]

Related Documents:

i. Notice of Rescheduled Hearing On Merrill Lynch Capital Services, Inc.'s Motion for Relief from the Automatic Stay, to the Extent Applicable, Pursuant to 11 U.S.C. § 362 [Docket No. 1070; filed 4/7/10]

ii. Declaration of David Sebastian in Support of Debtors' Objection to Motion of Merrill Lynch Capital Services, Inc. for Relief from the Automatic Stay [Docket No. 1156; filed 4/27/10]

Status: The preliminary hearing with regard to the merits of this matter is adjourned to a date to be determined.

## II. UNCONTESTED MATTER WITH A CERTIFICATION OF NO OBJECTION:

2. Debtors' Second Supplemental Motion for Order Approving Modified Terms of Stipulation Authorizing Use of Cash Collateral [Docket No. 1302; filed 6/8/10]

Objection/Response Deadline: June 22, 2010 at 4:00 p.m. (Eastern Daylight Time)

Objections/Responses Received: None to date.

Related Documents:

i. Certification of No Objection Regarding "Debtors' Second Supplemental Motion for Order Approving Modified Terms of Stipulation Authorizing Use of Cash Collateral" [Docket No. 1302] [Docket No. 1349; filed 6/24/10]

ii. Proposed form of order

Status: On June 24, 2010, the Debtors filed a certification of no objection with respect to this matter. Consequently, a hearing on this matter is required only to the extent the Court has any questions or concerns.

## III. CONTESTED MATTERS GOING FORWARD:

3. Motion, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 9014, and 9019, and Local Rules 2002-1 and 6004-1, Requesting

2

RLF1 3583913v.1

Entry of Two Orders in Connection with Sale of Georgetown Park Partners, LLC Loan: (I) Order (A) Scheduling an Auction; (B) Approving Bidding Procedures; (C) Approving Break-Up Fee and Expense Reimbursement; (D) Scheduling Sale Hearing; (E) Establishing Sale Objection Deadline; and (F) Approving Auction and Sale Hearing Notice; and (II) Order Approving Sale of Georgetown Park Partners, LLC Loan Free and Clear of All Liens, Claims and Encumbrances and Approving Related Settlement [Docket No. 1216; filed 5/14/10]

Objection/Response Deadline: June 25, 2010 at 4:00 p.m. (Eastern Daylight Time)

Objections/Responses Received:

A. Trecap's Limited Objection to the Sale of the Georgetown Loan and Settlement [Docket No. 1352; filed 6/24/10]

Related Documents:

i. Order (A) Scheduling an Auction in Connection with the Sale of the Georgetown Park Partners, LLC Loan; (B) Approving Bidding Procedures; (C) Approving Break-up Fee and Expense Reimbursement; (D) Scheduling a Sale Hearing; (E) Establishing Objection Deadline; and (F) Approving Auction and Sale Hearing Notice [Docket No. 1276; filed 6/1/10]

ii. Notice of Auction and Sale Hearing for Sale of the Georgetown Park Partners, LLC Loan [Docket No. 1281; filed 6/2/10]

Status: The hearing on this matter is going forward.

4. Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Bankruptcy Rule 2004 Discovery [Docket No. 1316; filed 6/15/10]

Objection/Response Deadline: June 22, 2010 at 4:00 p.m. (Eastern Daylight Time); extended to June 24, 2010 at 11:59 p.m. (Eastern Daylight Time) for the Debtors.

Objections/Responses Received:

A. Statement of *Ad Hoc* Group of Holders of Capmark's Unsecured Bank Debt in Support of Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Bankruptcy Rule 2004 Discovery [Docket No. 1339; filed 6/22/10]

B. Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Bankruptcy Rule 2004 Discovery [Docket No. 1353; filed 6/24/10]

Related Documents:

i. Declaration if Karen B. Garza in Support of the Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Bankruptcy Rule 2004 Discovery [Docket No. 1354; filed 6/24/10]

ii. Declaration of Arielle Kane in Support of Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Bankruptcy Rule 2004 Discovery [Docket No. 1355; filed 6/24/10]

Status: The hearing on this matter is going forward.

Dated: June 25, 2010
Wilmington, Delaware

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for the Debtors and Debtors in Possession*