IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : **Chapter 11**
:
**CAPMARK FINANCIAL GROUP INC.,** *et al.,* : **Case No. 09-13684 (CSS)**
:
Debtors.[1] : **Jointly Administered**
:
: Re: Docket No. 2241
---------------------------------------------------------------x

**STIPULATION AND ORDER GRANTING LIMITED RELIEF FROM
THE AUTOMATIC STAY TO PERMIT DUANE MORRIS LLP TO
APPLY PRE-PETITION RETAINER TO PRE-PETITION DEBT**

Capmark Financial Group Inc. ("CFGI") and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), and Duane Morris LLP ("Duane Morris"), by and through their respective undersigned representatives, hereby stipulate (the "Stipulation") as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), Capmark Investments LP (7999) and Protech Holdings C, LLC (7929). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

RLF1 3752668v.1

WHEREAS, on October 25, 2009 (the "Commencement Date"), each of the Debtors other than Capmark Investments LP and Protech Holdings C, LLC (collectively, the "First Filed Debtors") commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, on January 15, 2010, Capmark Investments LP ("CILP"), a wholly-owned subsidiary of CFGI, commenced a voluntary case under chapter 11 of the Bankruptcy Code; and

WHEREAS, on July 29, 2010, Protech Holdings C, LLC ("Protech C"), a limited liability company indirectly held by Debtor Capmark Affordable Equity Holdings Inc., commenced a voluntary case under chapter 11 of the Bankruptcy Code; and

WHEREAS, the Debtors continue to operate their businesses and manage their properties as debtors in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code; and

WHEREAS, on October 27, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order authorizing the joint administration of the First Filed Debtors' chapter 11 cases pursuant to Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015-1; and

WHEREAS, on January 19, 2010, the Bankruptcy Court entered an order authorizing the joint administration of CILP's chapter 11 case with the jointly administered chapter 11 cases of the First Filed Debtors; and

WHEREAS, on February 19, 2010, the Bankruptcy Court entered an order authorizing the application to CILP of any and all generally applicable orders previously entered in the First Filed Debtors' cases; and

WHEREAS, on August 16, 2010, the Bankruptcy Court entered an order authorizing the application to Protech C of any and all generally applicable orders previously entered in these

chapter 11 cases, and an order authorizing the joint administration of Protech C's chapter 11 case with the chapter 11 cases of all other Debtors; and

WHEREAS, prior to the Commencement Date, Duane Morris represented one or more of the Debtors in connection with certain aspects of their businesses including representation of one or more of the Debtors as a lender in workout or pursuit of remedies in distressed or defaulted mortgage loans; and

WHEREAS, prior to the Commencement Date, the Debtors had paid to Duane Morris a retainer (the "Retainer") for legal services, and Duane Morris had performed legal services for the Debtors; and

WHEREAS, as of the Commencement Date, the balance of the Retainer with Duane Morris was $45,823.99; and

WHEREAS, as of the Commencement Date, the Debtors owed Duane Morris $12,704.50 in unpaid invoices for legal services performed prior to the Petition Date (the "Prepetition Indebtedness"); and

WHEREAS, the Debtors and Duane Morris have agreed, subject to Bankruptcy Court approval, that Duane Morris may apply the Retainer to the Prepetition Indebtedness and return the unused balance of the Retainer to the Debtors.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Debtors and Duane Morris as follows:

1. Subject to the approval of the Bankruptcy Court, the automatic stay imposed by section 362 of the Bankruptcy Code (the "Automatic Stay") is hereby modified solely to permit Duane Morris to apply the Retainer against the Prepetition Indebtedness.

2. Duane Morris shall return the balance remaining in the Retainer following its application against the Prepetition Indebtedness to the Debtors within ten (10) business days thereof.

3. Except as expressly provided in this Stipulation, the Automatic Stay shall remain in effect for all other purposes with respect to Duane Morris.

4. Upon payment of the Prepetition Indebtedness, all amounts owed by the Debtors to Duane Morris on account of any and all services rendered or fees incurred prior to the Commencement Date shall be deemed satisfied in full and Duane Morris shall not be entitled to seek further compensation from the Debtors on account of services rendered or fees incurred arising prior to the Commencement Date.

5. This Stipulation constitutes the entire agreement of the parties and supersedes all prior agreements and understandings, both written and oral, between the Debtors and Duane Morris with respect to the subject matter hereof and, except as otherwise expressly provided herein, is not intended to confer upon any other person any rights or remedies hereunder.

6. The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the respective parties and that the respective parties have full knowledge of and have consented to this Stipulation

STIPULATED AND AGREED:

CAPMARK FINANCE INC.

By: _____
        One of Its Attorneys

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Martin J. Bienenstock
Michael P. Kessler
Judy G.Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

DUANE MORRIS LLP

By: ___/s/ John R. Weiss_____
        One of Its Attorneys

John Robert Weiss
DUANE MORRIS LLP
190 South LaSalle Street
Suite 3700
Chicago, Illinois 60603
Telephone: (312) 499-6700
Facsimile: (312) 499-6701

SO ORDERED THIS 4th day
of January, 2011

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE