# SIGN - IN - SHEET

**CASE NAME:** Capmark Financial
**CASE NO:** 09-13684 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 3/14/11 AT 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tiffany Schlerf | Fox Rothschild | Morgan Stanley |
| Michael Kessler | Dewey + LeBoeuf | Debtor |
| Paul Bogdanski | " | Debtor |
| Jason M. Madron | Richards, Layton & Finger | Debtor |
| Victoria Counihan | Greenberg Traurig LLP | Pros Capital |
| Susan Pierce | Skadden Arps | PwC |
| Ernie Edmonson | Bayard P.A. | Creditors' Committee |
| Brian Resnick | Davis Polk & Wardwell | Morgan Stanley |
| Steven Klause | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Court Conference
Calendar Date: 03/14/2011
Calendar Time: 11:00 AM ET

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6
Amended Calendar 03/14/2011 07:21 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4090942 | Joshua Brody | 212-715-9314 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4093139 | Mike Canning | 212-715-1110 | Arnold & Porter, LLP | Interested Party, Arnold & Porter, LLP / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4091202 | Hilary Dengel | (212) 450-4354 | Davis Polk & Wardwell LLP | Creditor, Goldman Sachs Credit Partners L.P., et al / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4092704 | Jill Frizzley | 212-848-8174 | Shearman & Sterling | Creditor, Citigroup / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4093511 | Alan E. Gamza | 212-554-7878 | Moses & Singer | Creditor, Deutsche Bank America / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4094876 | Karen Garza | 212-340-8438 | Loughlin Meghji & Company | Debtor, Capmark Financial Group, Inc. / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4095687 | Sergey Kamensky | 212-314-1658 | Canyon Partners, LLC | Interested Party, Kamensky / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4084674 | Alexander Klipper | (646) 855-8252 | Bank Of America Securities | Creditor, Bank of America Securities / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4095710 | Tyson Lomazow | (212) 530-5367 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Milbank, Tweed, Hadley & McCloy, LLP / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4092481 | Debra Minoff | (212) 839-5768 | Sidley Austin | Creditor, Wells Fargo Bank / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4094886 | Mohsin Meghji | (212) 340-8420 | Loughlin Meghji & Company | Debtor, Capmark Financial Group / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4094931 | Seven Rivera | (212) 408-5529 | Chadbourne & Park, LLP | Interested Party, Citibank / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4092472 | Alex R. Rovira | 212-839-5989 | Sidley Austin | Creditor, Wells Fargo Bank / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4094939 | Meghan Towers | (212) 408-5494 | Chadbourne & Park, LLP | Interested Party, Citibank / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 4091994 | Madeleine C. Wanslee | (602) 257-7430 | Gust Rosenfeld PLC | Creditor, Phoenix Community Development & Investment Corp. / LIVE |