IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
*In re:*                                                       :    Chapter 11

CAPMARK FINANCIAL GROUP, INC., *et al.*,     :    Case No. 09-13684 (CSS)

        Debtors.                                     :    Jointly Administered
------------------------------------------------------------------x

**WITHDRAWAL OF OBJECTION OF SBER DEVELOPMENT SERVICES, LLC, SBER DEVELOPMENT HOLDINGS, LLC, ALCO 85 LLC, CARL W. STRUEVER AND OLD BULL AND NOELL MANAGER, TO DEBTORS' MOTION WITH RESPECT TO TRANSFER AND SALE OF NEW MARKETS TAX CREDIT ASSETS (RELATED TO DOCKET NO. 2512 and 2571)**

On March 9, 2011 SBER Development Services, LLC, SBER Development Holdings, LLC, ALCO 85 LLC, Carl W. Struever and Old Bull and Noell Manager, LLC, filed a Response and Objection to "Debtors' Motion, Pursuant to Sections 105(a), 363(b), and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, 9014 and 9019, and Local Rules 2002-1 and 6004-1, Requesting Order Authorizing: (I) Debtors' Transfer of Substantially All Non-Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to New Special Purpose Entities, Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Debtors' Sale of Substantially All Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to U.S. Bancorp Community Development Corporation and U.S. Bancorp Community Investment Corporation, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Settlement of Claims Arising From and Related to Debtors' New Markets Tax Credit Business (the "Motion") which appears as docket # 2571. SBER Development Services, LLC, SBER

Development Holdings, LLC, ALCO 85 LLC, Carl W. Struever and Old Bull and Noell Manager, LLC, hereby withdraw that Response and Objection.

Dated: March 15, 2011

MONZACK, MERSKY, MCLAUGHLIN AND BROWDER, P.A.

 /s/ Rachel B. Mersky
Rachel B. Mersky (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Tel: (302) 656-8162
Fax: (302) 656-2769
Email: rmersky@monlaw.com

And

Deborah Hunt Devan, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202
(410) 332-8550

*Attorneys for SBER Development Services, LLC, SBER Development Holdings, LLC, ALCO 85 LLC, Carl W. Struever and Old Bull and Noell Manager, LLC*