# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Capmark Financial Group Inc. |
| **Case Number:** | 09-13684-CSS     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MARCH 14, 2011 11:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## Matter:

Omnibus

**R / M #:**     0 / 0

## Appearances:

See sign-in sheet

## Proceedings:

Hearing Matters

Hearing held.

Judge signed orders.