IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| CAPMARK FINANCIAL GROUP INC., *et al.*, | : | Case No. 09-13684 (CSS) |
| | : | |
| Debtors.[1] | x | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 17, 2011 AT 11:00 A.M. (EDT)[2]

I. **CONTESTED MATTER GOING FORWARD:**

1. Debtors' Motion, Pursuant to Sections 105(a), 363(b) and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, 9014 and 9019, and Local Rules 2002-1 and 6004-1 Requesting Order Authorizing: (I) Debtors' Transfer of Substantially All Non-Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to New Special Purpose Entities, Free and Clear of All Liens, Claims, Encumbrances and

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), Capmark Investments LP (7999) and Protech Holdings C, LLC (7929). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

[2] The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the March 17, 2011 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Daylight Time) on Wednesday, March 16, 2011** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.* All pleadings referenced herein are available online at http://chapter11.epiqsystems.com/capmark.

RLF1 3904771v. 1

Interests; (II) Debtors' Sale of Substantially All Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to U.S. Bancorp Community Development Corporation and U.S. Bancorp Community Investment Corporation, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Settlement of Claims Arising from and Related to Debtors' New Market Tax Credit Business [Docket No. 2512; filed 2/22/11]

| | |
|---|---|
| Objection/Response Deadline: | March 9, 2011 at 4:00 p.m. (Eastern Standard Time); extended as to Airport Station Holding, LLC only to March 11, 2011 at 4:00 p.m. (Eastern Standard Time); extended as to SunTrust CDC, LLC, SunTrust Community Capital, LLC and SunTrust Community Development Corporation only to March 16, 2011 at 12:00 p.m. (noon) (Eastern Daylight Time) |

Objections/Responses Received:

A. Response in Opposition to Debtors' Motion with Respect to Transfer and Sale of New Market Tax Credit Assets [Docket No. 2571; filed 3/9/11]

B. Limited Objection by AEGON USA Realty Advisors, Inc. to Debtors' Motion, Pursuant to Sections 105(a), 363(b) and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, 9014 and 9019, and Local Rules 2002-1 and 6004-1 Requesting Order Authorizing: (I) Debtors' Transfer of Substantially All Non-Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to New Special Purpose Entities, Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Debtors' Sale of Substantially All Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to U.S. Bancorp Community Development Corporation and U.S. Bancorp Community Investment Corporation, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Settlement of Claims Arising from and Related to Debtors' New Market Tax Credit Business [Docket No. 2572; filed 3/9/11]

C. Limited Objection and Reservation of Rights of Phoenix Community Development and Investment Corporation to Debtors' Motion, Pursuant to Sections 105(a), 363(b) and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, 9014 and 9019, and Local Rules 2002-1 and 6004-1 Requesting Order Authorizing: (I) Debtors' Transfer of Substantially All Non-Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to New Special Purpose Entities, Free and Clear of All Liens, Claims,

Encumbrances and Interests; (II) Debtors' Sale of Substantially All Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to U.S. Bancorp Community Development Corporation and U.S. Bancorp Community Investment Corporation, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Settlement of Claims Arising from and Related to Debtors' New Market Tax Credit Business [Docket No. 2573; filed 3/9/11]

D. Limited Response of Airport Station Holding, LLC to Debtors' Motion, Pursuant to Sections 105(a), 363(b) and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, 9014 and 9019, and Local Rules 2002-1 and 6004-1 Requesting Order Authorizing: (I) Debtors' Transfer of Substantially All Non-Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to New Special Purpose Entities, Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Debtors' Sale of Substantially All Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to U.S. Bancorp Community Development Corporation and U.S. Bancorp Community Investment Corporation, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Settlement of Claims Arising from and Related to Debtors' New Market Tax Credit Business [Docket No. 2587; filed 3/11/11]

Related Documents:

i. Order Shortening Notice Period in Connection with "Debtors' Motion, Pursuant to Sections 105(a), 363(b) and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, 9014 and 9019, and Local Rules 2002-1 and 6004-1 Requesting Order Authorizing: (I) Debtors' Transfer of Substantially All Non-Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to New Special Purpose Entities, Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Debtors' Sale of Substantially All Loan Assets in the New Markets Tax Credit Business (Including Assumption and Assignment of Executory Contracts) to U.S. Bancorp Community Development Corporation and U.S. Bancorp Community Investment Corporation, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Settlement of Claims Arising from and Related to Debtors' New Market Tax Credit Business" [Docket No. 2515; filed 2/23/11]

ii. Withdrawal of Objection of SBER Development Services, LLC, SBER Development Holdings, LLC, ALCO 85 LLC, Carl W. Struever and Old Bull and Noell Manager, to Debtors' Motion

3

with Respect to Transfer and Sale of New Market Tax Credit Assets [Docket No. 2599; filed 3/15/11]

Status: As set forth on the record of the March 14, 2011 hearing, the Debtors have been working (and continue to work) with the responding parties in an effort to resolve their formal and informal objections with respect to this matter. In that regard, the Debtors believe that most, but not all, of the objections with respect to this matter have been resolved. The hearing on this matter will go forward.

Dated: March 15, 2011
Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for the Debtors
and Debtors in Possession*

4