IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                          :
*In re*                                   :   Chapter 11
                                          :
CAPMARK FINANCIAL GROUP INC., *et al.*,   :   Case No. 09-13684 (CSS)
                                          :
                    Debtors.[1]           :   Jointly Administered
                                          :
                                          :
------------------------------------------------------------x

## NOTICE OF AUCTION IN CONNECTION WITH THE SALE OF REAL ESTATE DEBT INVESTMENT ADVISORY GROUP BUSINESS

        1.     PLEASE TAKE NOTICE, pursuant to the order (the "Bidding Procedures Order") of the United States Bankruptcy Court for the District of Delaware (a) approving bidding procedures and (b) scheduling an auction (the "Auction"), as necessary, and sale hearing (the "Sale Hearing") in connection with the proposed sale (the "Sale") by Capmark Investments LP ("CILP") and Capmark Finance Inc. ("CFI", and together with CILP, the "Sellers") of certain assets relating to their business of managing a private real estate debt investment fund

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), Capmark Investments LP (7999) and Protech Holdings C, LLC (7929). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

(collectively, the "Sale Assets") [Docket No. 2702], the Sellers have received Qualifying Bids[2] by the Bid Deadline and, as a result, will hold an Auction for the Sale of the Sale Assets.

2. PLEASE TAKE FURTHER NOTICE the Auction shall commence on **April 29, 2011 at 11:00 a.m. (Eastern Daylight Time)**, at the offices of Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York 10019. Only parties that have submitted a Qualifying Bid by the Bid Deadline may participate at the Auction. Certain other parties may also attend the Auction, as more fully set forth in the Bidding Procedures Order.

3. PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider approval of the Sale of the Sale Assets to a Successful Bidder following the Auction will be held on **May 18, 2011 at 11:00 a.m. (Eastern Daylight Time)** before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Please refer to the Bidding Procedures Order for information regarding the deadline to file Objections to the Sale and further information regarding the Sale and Sale Hearing.

Dated: April 25, 2011
Wilmington, Delaware

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701

-and-

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

*Attorneys for the Debtors and Debtors in Possession*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.