IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | : Chapter 11 |
| CAPMARK FINANCIAL GROUP INC., *et al.*, | : Case No. 09-13684 (CSS) |
| Debtors.[1] | : Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 29, 2011 AT 1:00 P.M. (EDT)[2]

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT**

I. **CONTINUED MATTER:**

1. Motion, Pursuant to Sections 105(a), 363(b), and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of Two Orders in Connection with the Sale of Certain Equity

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments, LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC (6824), Paramount Managing Member 31, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, L.P. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), Capmark Investments LP (7999) and Protech Holdings C, LLC (7929). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044. The addresses for all of the Debtors are available at the following World Wide Web address: http://chapter11.epiqsystems.com/capmark.

[2] The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. All pleadings referenced herein are available online at http://chapter11.epiqsystems.com/capmark.

Interests in Real Estate Debt Investment Advisory Group Business (Including Assumption and Assignment of Contracts): (I) a Bidding Procedures Order (A) Scheduling an Auction, (B) Approving Bidding Procedures; (C) Approving a Termination Fee and Expense Reimbursement, (D) Scheduling a Sale Hearing, (E) Establishing an Objection Deadline, and (F) Approving the Form and Manner of the Notice of Auction and Sale Hearing and Notice of Assumption and Assignment; and (II) a Sale Order Approving the Sale Free and Clear of all Liens, Encumbrances, Claims and Interests [Docket No. 2627 - filed March 18, 2011] (the "Bidding Procedures and Sale Motion"[3])

PCCP Sale Objection Deadline: April 21, 2011 at 4:00 p.m. (Eastern Daylight Time)

PCCP Sale Objections/Responses Received: None

Post-Auction Sale Objection Deadline: May 11, 2011 at 4:00 p.m. (Eastern Daylight Time)

Post-Auction Sale Objections/Responses Received: None to date

Advisory Board Post-Auction Sale Objection Deadline: May 16, 2011 at 4:00 p.m. (Eastern Daylight Time)

Advisory Board Post-Auction Sale Objections/Responses Received: None to date

Related Documents:

　i.　Re-Notice of Motion and Hearing [Docket No. 2640 - filed March 22, 2011]

　ii.　Order (I) Scheduling an Auction Sale in Connection with the Sale of Certain Equity Interests in Real Estate Debt Investment Advisory Group Business (Including Assumption and Assignment of Contracts), (II) Approving Bidding Procedures, (III) Approving a Termination Fee and Expense Reimbursement, (IV) Scheduling a Sale Hearing, (V) Establishing an Objection Deadline, and (VI) Approving the Form and Manner of the Notice of Auction and Sale Hearing and Notice of Assumption and Assignment [Docket No. 2702 - filed April 5, 2011] (the "Bidding Procedures Order")

　iii.　Order Authorizing Debtors to File Certain Unredacted Schedules to Sale Agreement Under Seal [Docket No. 2703 - filed April 5, 2011]

---

[3] Capitalized terms used, but not otherwise defined herein, shall be ascribed the same meaning given to them in the Bidding Procedures and Sale Motion or Bidding Procedures Order, as applicable.

iv. Notice of Auction and Sale Hearing in Connection with the Sale of Real Estate Debt Investment Advisory Group Business [Docket No. 2705 - filed April 5, 2011]

v. Notice of Auction in Connection with the Sale of Real Estate Debt Investment Advisory Group Business [Docket No. 2839 - filed April 25, 2011]

Status: The Sellers received more than one Qualifying Bid for the Sale Assets by the Bid Deadline. Consequently, the Sellers will hold an Auction for the Sale Assets on April 29, 2011 commencing at 11:00 a.m. (Eastern Daylight Time), at the offices of Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York 10019 (see D.I. 2839). Pursuant to paragraph 5 of the Bidding Procedures Order, the Sale Hearing to consider approval of the Sale of the Sale Assets to a Successful Bidder following the Auction will be held on May 18, 2011 at 11:00 a.m. (Eastern Daylight Time).

Dated: April 26, 2011
Wilmington, Delaware

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Martin J. Bienenstock
Michael P. Kessler
Judy G. Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for the Debtors
and Debtors in Possession*

3