# SIGN - IN - SHEET

**CASE NAME:** Capmark
**CASE NO:** 09-13684 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7/6/11 AT 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tyson Lomazou | Milbank, Tweed, Hadley & McCloy | Ad Hoc Group of Holders of Unsecured Bank Debt |
| Gregory Donilon | Morris, Nichols, Arsht & Tunnell | " |
| Thomas Mayer | Kramer Levin | Creditors Committee |
| Joshua Friedman | " | " |
| Jamie Edmonson | Bayard | |
| Adam Shiff | Kramer | |
| Seth Niederman | Fox Rothschild | |
| Mike Busenkel | Womble Carlyle | |
| HILARY DENGEL | DAVIS POLK | ASM Capital III, L.P. US Banc of Community Development Mortgage Chase Bank First Ridge ?? |
| Martin Bienenstock | Dewey & LeBoeuf | GOLDMAN LENDERS |
| Judy Liu | " " | Debtor |
| Paul Bochnick | " " | Debtor |
| Jason M. Madron | Richards Layton & Finger | Debtor |