# EXHIBIT C

**Projected Financial Information**

**Capmark Financial Group Inc. Notes to Financial Projections**

The Financial Projections should be read in conjunction with the assumptions, qualifications, and explanations set forth herein and the "Description and History of Capmark's Businesses", "The Chapter 11 Plan" ,"Risk Factors and Other Factors to be Considered", and "Certain United States Federal Income Tax Consequences of the Plan," included in the Disclosure Statement.

The accompanying Financial Projections (the "Financial Projections") amend and update the projections included in the draft of the Disclosure Statement filed with the Bankruptcy Court on April 15, 2011 (the "Initial Projections"). The Financial Projections reflect the effects of activity in the period January 1, 2011 through March 31, 2011 as well as certain changes in projected results for periods after June 30, 2011 based on information received through March 31, 2011.

**Principal Assumptions for the Projections**

Capmark developed the Financial Projections based upon the Plan as described in the Disclosure Statement. Information relating to the principal assumptions used in preparing the Projections is set forth below. The Financial Projections include the consolidated accounts of CFGI and its subsidiaries, including those entities that did not file for bankruptcy protection. However, affiliates and related entities that would only be consolidated under the provisions of Accounting Standards Codification 810, Consolidations, have been excluded and the net value of assets in excess of liabilities of those entities that will enure to the benefit of Capmark have been included. The Financial Projections assume a Plan effective date of June 30, 2011. Actual operating results and values may and will vary from those projected. The Financial Projections assume that all Non-Capmark Bank assets are held at the parent level and not at their respective legal subsidiaries, therefore, no investment in subsidiaries or intercompany transactions are provided. No elimination entries are contemplated between the Non-Bank and Bank in consolidation.

Capmark, as permitted under U.S. GAAP, may make various accounting elections (such as election of the Fair Value Option ("FVO") under Accounting Standards Codification 825-10, *Financial Instruments*) at the Effective Date which could affect the manner in which changes in Capmark's assets and liabilities are reflected in the balance sheet and statement of operations. The Initial Projections generally followed the accounting methods that Capmark has historically used including the same elections and accounting classifications. The Financial Projections use the same approach as the Initial Projections, except for certain changes in the accounting for loans and certain deposits at Capmark Bank as noted below. However, no assurance is given that the historical or projected methods will be applied once the Plan becomes effective. The impact of the change in accounting elections and classification at Capmark Bank for loans and certain deposits are discussed below.

- Capmark and Capmark Bank had previously elected the FVO for all loans classified as held for sale ("HFS"). In the Financial Projections, all loans held by Capmark Bank, including loans that were previously classified as held for investment ("HFI"), are classified as HFS and accounted for at the lower of cost or fair value (e.g., without election of the FVO). Any initial fair value adjustments required in connection with Fresh Start Reporting (defined below) are reflected as adjustments to shareholder's equity rather than in the income statement.

    Decreases in the fair value of loans classified as HFS are recorded as losses in the period in which the decrease occurs. Increases in the fair value of HFS loan are recorded as gains in the period in which the loans are monetized through collection or disposition. Loan loss provisions and reserves are not applicable to HFS loans. Accordingly, the Financial Projections eliminate all of the $310.8 million of loan loss provisions and reserves included in the Initial Projections for Capmark Bank. The effect of eliminating loan loss provisions and reserves is offset in part by a reduction in projected interest income and gains on sale resulting from recovery of certain loss reserves. The change in accounting election by Capmark Bank did not have a material effect on its ending December 31, 2015 stockholder's equity presented in the Initial Projections.

    Capmark Bank's projected stockholder's equity at December 31, 2015 increased approximately $171 million compared to the Initial Projection. Approximately $45 million of the increase was attributable to the monetization of certain Capmark Bank loans in the quarter ended March 31, 2011 at higher than forecasted values and approximately $90 million was due to increases in forecasted recoveries for certain other loans expected to be monetized in the second quarter of 2011 or future periods based on pending transactional activity and improved market conditions. There is also a $37 million tax benefit associated with acceleration of net income into the pre-Effective Date period and an increase in limitation of post-Effective Date net operating losses available for use.

- Deposits for which matching interest rate swaps were in place at March 31, 2011 are projected to be accounted for at fair value through election of the FVO. Separately, the corresponding interest rate swaps would also be carried at fair value. There is no material impact to the Financial Projections for this election compared to historical practice or the Initial Projections.

- Deposits for which no matching interest rate swaps were in place at March 31, 2011 are projected to be accounted for at amortized cost. Initial fair value adjustments to the deposits' book values required in connection with fresh start reporting will be amortized to their maturity values as an offset to interest expense; no additional fair value adjustments are projected. There is no material impact to the Financial Projections for this treatment compared to historical practice or the Initial Projections.

*Plan Terms and Consummation*
The Financial Projections assume (i) the confirmation and consummation of the Plan according to its terms and (ii) no material contingent or unliquidated litigation or indemnity claims other than those specified in the Plan. There can be no assurance that the FDIC will not seek to assert greater supervision and control over Capmark Bank before or after the Effective Date. Additional bankruptcy expenses will be incurred until the actual Effective Date of the Plan. The values of the Company's assets and liabilities fluctuate depending on market conditions. These and other factors could significantly impact the Reorganized Debtor's results of operations and cash flow and the regulatory capital of Capmark Bank.

*General Economic Conditions*
The Financial Projections were prepared assuming business, economic, competitive, industry, regulatory, market and financial conditions which do not differ significantly over the projection period from the current prevailing conditions. The Projections assume that the general stability in economic activity, particularly as it relates to commercial real estate, will continue to affect Capmark's near term financial performance.

*General Operating Assumptions*
In accordance with its post-confirmation business plan, each of the business units will be operated with the intention of maximizing the value of assets. Capmark Bank will also be operated to comply with regulatory requirements for safety and soundness and maintain prudent levels of capital and liquidity. The business units generally do not contemplate any new business activities relating to new customers, but it is possible that the Reorganized Debtors and their subsidiaries, including Capmark Bank, will engage in new business activities within their areas of expertise. Refer to Subsection B, "Reorganized Debtors' Business" within "Description and History of Capmark's Businesses" in the Disclosure Statement for further discussion of the post-confirmation business plans.

The values realized on asset sales by Capmark's business units will be influenced by market conditions and other factors (e.g., interest rates). To the extent market conditions become more or less favorable, actual asset and liability balances along with results of operations could vary considerably from forecasted amounts.

*Net Interest Income:* The projections assume, given a successful Plan, that Capmark will reduce its outstanding debt and subsequently generate increasing levels of positive net interest income during the Projection Period. Interest income is only reflected for loans which are on accrual status. The Financial Projections for the Non-Bank operations include the positive impact of non-cash accretion of the fair value adjustments from Fresh Start Reporting (defined below) for loans held for investment, where there is a difference between the estimate of fair value at June 30, 2011, and the amount of cash recognized upon the resolution of the asset in a future period.

*Interest Expense:* The projections reflect the proposed post-emergence Reorganized CFGI Debt Securities along with interest on bank deposit liabilities and secured borrowings within Capmark Bank. The Financial Projections include the positive impact

of non-cash accretion of the fair value adjustments from Fresh Start Reporting (defined below) for deposits for which no matching interest rate swaps were in place at March 31, 2011, Asia unsecured facility, other borrowings and derivatives where there is a difference between the estimate of fair value at June 30, 2011 and the amount of cash recognized upon the paydown in a future period.

*Non-Bank Provision for Loan Losses:* Credit quality of assets is projected to remain stable reflecting the assumed macroeconomic conditions. Reserves for loan losses are eliminated as of June 30, 2011 since the related assets are adjusted to fair value in compliance with Fresh Start Reporting (defined below). Provisions and loss reserves may need to be established after emergence.

*Net Gain (Losses):* The Financial Projections include the positive impact of non-cash accretion of the fair value adjustments from Fresh Start Reporting (defined below) for loans held for sale, investments and real estate assets, where there is a difference between the estimate of fair value at June 30, 2011 and the amount of cash recognized upon the resolution of the asset in a future period. The projections assume the asset resolves on the last day of the period.

*Operating Expenses:* Capmark has completed multiple rounds of headcount reductions and the Financial Projections incorporate continued rationalization of operating expenses consistent with the size and complexity of its business over time. Operating expenses include compensation and benefits, incentive compensation and severance (excluding any retention costs), professional fees and other non-interest expenses. To the extent the timing or amount of sales of certain businesses or assets which are not part of the post-emergence business plan change, there could be a resulting impact on staffing levels and related expenses.

*Income Tax Provision (Benefit):* The Financial Projections incorporate U.S. Federal, foreign, state and local taxes, as applicable. It is assumed that Capmark's tax attributes will be reduced to the extent of debt forgiveness income.

*Reorganization and Fresh Start Adjustments in the Proforma Consolidated Balance Sheet as of June 30, 2011*

Reorganization adjustments have been estimated and reflect the discharge of debt under the Plan and adoption of fresh start reporting in accordance with Accounting Standards Codification 852-10, *Reorganizations* ("ASC 852-10"). Fresh start reporting requires an allocation of the reorganization value of reorganized Capmark to its assets and liabilities in proportion to their relative fair value, in conformity with ASC 805, *Business Combinations*. The reorganization value used in preparing the Proforma Consolidated Balance Sheet of Reorganized CFGI was $3,139 million, comprised of approximately $1,250 million of notes payable and $1,889 million of common stock, which includes the value ascribed to Capmark Bank. The reorganization value is subject to change to reflect any adjustment in the Projections on which the valuation is based. The allocation of the reorganization value to individual assets and liabilities is subject to change based on the

facts present at the actual effective date and could result in material difference to the allocated values estimated in these Financial Projections.

Fresh start accounting adjustments in the Proforma Balance Sheet result primarily from the following:

- Adjustment of the net book value of assets to fair value. The fair values were generally developed utilizing a discounted cash flow analysis at March 31, 2011 unless a quoted market price or recent appraised value was available as of March 31, 2011. The fair value estimates as of March 31, 2011 were generally brought forward to June 30, 2011 by reflecting any projected monetizations of assets in the period from April 1, 2011 to June 30, 2011. No additional adjustments were made to these projections of fair value at June 30, 2011 for changes in market conditions.
- Adjustment of the net book value of remaining liabilities (primarily Asia unsecured facility) to fair value. These fair values were generally developed utilizing a discounted cash flow analysis.
- The elimination of the accumulated deficit and accumulated other comprehensive income.

Reorganization adjustments in the Proforma Balance Sheet:
- The reorganization value used in preparing the proforma balance sheet of Reorganized CFGI was $3,139 million, comprised of $1,250 million of debt and $1,889 million of common stock. Previously issued debt, common stock and trust preferred securities are cancelled. The reorganization value is subject to change to reflect any adjustments in the Financial Projections on which the valuation is based.
- As of June 30, 2011 (assuming the Effective Date occurs on June 30, 2011), the Reorganized Debtors and their subsidiaries (excluding Capmark Bank) are projected to have $348.7 million of cash and cash equivalents after giving effect to all payments contemplated to be made on or about the Effective Date. Effective Date payments include (i) $900 million to be distributed in respect of General Unsecured Claims, (ii) $85 million to be paid under the Crystal Ball Settlement and (iii) approximately $35 million in respect of Administrative Expense Claims, Professional, Compensation and Reimbursement Claims, Priority Tax Claims, Non-Tax Priority Claims and Convenience Class claims. The $348.7 million will be used by the Reorganized Debtors for working capital and general corporate purposes, including the funding of a reserve covering two months' of interest payments on the CFGI Debt Securities. A portion of the $348.7 million constitutes cash that is considered restricted for various reasons from use for general corporate purposes.
- Assumes all intercompany pre- and post-petition claims are resolved as described in the Plan.
- Includes an adjustment in stockholders' equity for the fair value of the net assets in excess of the reorganization value. Whereas the fair value of net assets reflects the sum of estimated fair value for individual assets and liabilities, the

reorganization value takes into consideration cash activity that is not directly related to these assets and liabilities; for example, operating expenses. This cash activity is included in the reorganization value and was estimated using a discounted cash flow analysis. Actual expenses will be recognized in the statement of operations as incurred.

*Consideration of certain departures from generally accepted accounting principles ("GAAP")*

The following are key assumptions that would also need to be considered in the application of U.S. GAAP in the preparation of financial statements. The accompanying Financial Projections are impacted by these assumptions:

- The impact of ASC 810, *Consolidations*, has not been reflected for variable interest entities that are affiliated with Capmark. The amount of assets and liabilities in the accompanying balance sheets would be higher although any results of operations and retained earnings would be reported as noncontrolling interest.
- The disposition of assets are assumed to fully meet the criteria in ASC 360 -- *Property, Plant, and Equipment – Real Estate Sales,* ASC 976 — *Real Estate—Retail Land – Revenue Recognition* and ASC 860-10 — *Transfers and Servicing.* To the extent projected sales of the Company's assets do not meet the above criteria, the Company's balance sheet would continue to reflect the assets with corresponding liabilities to the assets' buyer(s).
- The fair value estimations reflected in the Financial Projections may not reflect the "highest and best use" concept as discussed in ASC 820, *Fair Value Measurements and Disclosures.*

*Loans Held for Investment, Loans Held for Sale and Construction Loans:* Loans consist of domestic and international, fixed and floating rate loans that are secured primarily by commercial and multifamily real estate properties. Construction loans include loans for multifamily projects and commercial buildings.

*Real Estate Investments:* Real estate owned ("REO") is comprised of real estate assets acquired through foreclosure or other workout processes; includes loans that have been deemed to be in-substance foreclosures for accounting purposes. For loans that convert to REO after June 30, 2011, any projected gain or loss expected for that asset is captured prior to the loan converting to REO. No estimate is provided for future impairments after the asset has been classified as REO. Real estate held for investment is comprised of real estate assets that were directly acquired by the Company.

*Equity Investments:* Equity investments are comprised of non-marketable equity positions in certain real estate projects and non-marketable equity investments in real estate investment funds and Federal Home Loan Bank ("FHLB") membership stock held by Capmark Bank. The equity positions are in the form of limited partnership and limited liability company investments.

*Future Funding Obligations:*  Asset values are adjusted to reflect the fulfillment of future funding obligations when the cash outflows are contemplated in the monetization projections.  Future funding projections include fulfillment of projected fundings for loans, real estate held for investment and equity investments.

*Debt Repayments:*  The Financial Projections assume Non-Bank cash flows from asset dispositions are used to paydown first lien debt, second lien debt and the Asia unsecured facility consistent with the terms for the respective debt obligations and sources of cash flow. Cash flows within Capmark Bank are used to pay down deposits and FHLB advances.

**Forward Looking Information**
The Financial Projections contain forward-looking assessments of asset values, potential recoveries from such assets, the potential for migration of loans to non-performing classification, the potential timing of that migration, and estimates of corresponding losses and eventual recoveries.  These assessments were not prepared in accordance with US GAAP.  Moreover, these are estimates which incorporate material assumptions including, but not limited to, real estate market conditions, occupancy rates, rental rates, cap rates, asset values, availability and terms of financing for commercial properties and other assumptions as to other factors that are outside of management's control.

**Capmark Financial Group Inc.**
**Financial Projections**

**Summary of Reorganization and Fresh Start Accounting**
**June 30, 2011**
**(in 000's)**

|  | Predecessor Book Value | Plan of Reorganization Adjustments ||| Fresh-Start Balance Sheet |
|---|---|---|---|---|---|
|  |  | Settlement of Liabilities | Retire Existing Equity Interest | Allocate Fair Value |  |
| **Assets** |  |  |  |  |  |
| Cash, restricted cash and cash equivalents | $ 1,362,678 | $ (1,020,261) | $ - | $ 6,285 | $ 348,702 |
| Accounts and other receivables | 61,386 | - | - | (10,527) | 50,859 |
| Investment Securities | 19,800 | - | - | (11,082) | 8,718 |
| Loans held for sale | 365,472 | - | - | 22,427 | 387,899 |
| Loans held for investment, net | 410,761 | - | - | (40,720) | 370,041 |
| Real estate investments |  |  |  |  |  |
|   Real estate held for sale | 20,318 | - | - | (614) | 19,704 |
|   Real estate held for investment | 242,044 | - | - | (44,282) | 197,762 |
|   Real estate acquired through foreclosure | 376,460 | - | - | (35,418) | 341,042 |
| Equity investments | 303,515 | - | - | (10,022) | 293,493 |
| Investment in Capmark Bank | 1,740,376 | - | - | (60,107) | 1,680,269 |
| Other assets | 32,620 | - | - | (10,565) | 22,055 |
| ***Total Assets*** | $ 4,935,430 | $ (1,020,261) | $ - | $ (194,625) | $ 3,720,544 |
| **Liabilities** |  |  |  |  |  |
| Accounts payable and other liabilities | $ 90,839 | $ (35,261) | $ - | $ - | $ 55,578 |
| Debt | 6,758,071 | (6,681,259) | - | - | 76,812 |
| First Lien Debt (Note A) | - | 750,000 | - | - | 750,000 |
| Second Lien Debt (Note B) | - | 500,000 | - | - | 500,000 |
| ***Total Liabilities*** | 6,848,910 | (5,466,520) | - | - | 1,382,390 |
| **Equity** |  |  |  |  |  |
| Mezzanine equity | 71,502 | - | (71,502) | - | - |
| Common stock at par | 413 | 100 | (413) | - | 100 |
| APIC | 3,775,219 | 1,888,513 | 243,340 | (4,018,557) | 1,888,514 |
| Fair value in excess of restructure value | - | - | - | 449,540 | 449,540 |
| Retained earnings(deficit) | (5,932,039) | 2,557,646 | - | 3,374,393 | - |
| Accumulated other comprehensive income | 171,425 | - | (171,425) | - | - |
| ***Total Equity*** | (1,913,480) | 4,446,259 | - | (194,625) | 2,338,154 |
| ***Total Liabilities and Equity*** | $ 4,935,430 | $ (1,020,261) | $ - | $ (194,625) | $ 3,720,544 |

See Notes to Financial Projections.

Capmark Financial Group Inc.
Financial Projections

**Consolidated Income Statement**
**(in 000's)**

| | 2H 2011 | | | 2012 | | | 2013 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Bank | Non Bank | Consolidated | Bank | Non Bank | Consolidated | Bank | Non Bank | Consolidated |
| **Net Interest Income** | | | | | | | | | |
| Interest income……………………………………….. | 81,871 | 27,719 | 109,590 | 145,622 | 32,595 | 178,217 | 117,110 | 17,111 | 134,221 |
| Interest expense……………………………………… | 13,895 | 43,233 | 57,127 | 26,105 | 47,961 | 74,067 | 20,654 | 4,562 | 25,215 |
| Net interest income…………………………………. | 67,976 | (15,514) | 52,463 | 119,517 | (15,366) | 104,151 | 96,456 | 12,549 | 109,006 |
| Provision for loan losses…………………………………. | - | 1,103 | 1,103 | - | 452 | 452 | - | 249 | 249 |
| Net interest income after provision for loan losses……… | 67,976 | (16,616) | 51,360 | 119,517 | (15,818) | 103,699 | 96,456 | 12,301 | 108,757 |
| **Noninterest Income** | | | | | | | | | |
| Net gains (losses): | | | | | | | | | |
| Net gains (losses) on HFS loans………………………… | 15,716 | 9,429 | 25,144 | 62,657 | 15,523 | 78,180 | 24,180 | 7,397 | 31,577 |
| Net gains (losses) on HFI loans………………………… | - | 1,357 | 1,357 | - | 1,229 | 1,229 | - | 1,229 | 1,229 |
| Net gains (losses) on investments and real estate……… | - | 31,129 | 31,129 | - | 20,675 | 20,675 | - | 3,158 | 3,158 |
| Other gains (losses), net………………………………… | 6,240 | (7,360) | (1,120) | 6,036 | 3,518 | 9,554 | (1,823) | 1,665 | (158) |
| Asset management fees…………………………………. | - | 650 | 650 | - | - | - | - | - | - |
| Equity in income (loss) of joint ventures and partnerships……… | - | 12,503 | 12,503 | - | 8,379 | 8,379 | - | 8,609 | 8,609 |
| Net real estate investment and other income……………… | - | 3,310 | 3,310 | - | 7,892 | 7,892 | - | 2,426 | 2,426 |
| Total noninterest income…………………………………. | 21,956 | 51,018 | 72,974 | 68,692 | 57,217 | 125,909 | 22,357 | 24,483 | 46,841 |
| Net revenue……………………………………………… | 89,932 | 34,402 | 124,334 | 188,209 | 41,399 | 229,608 | 118,814 | 36,784 | 155,598 |
| **Noninterest Expense** | | | | | | | | | |
| Compensation and benefits………………………………… | 15,058 | 14,454 | 29,512 | 27,601 | 24,193 | 51,794 | 22,766 | 24,102 | 46,869 |
| Professional fees and other expenses……………………… | 16,158 | 33,295 | 49,453 | 23,309 | 35,595 | 58,904 | 16,115 | 23,185 | 39,301 |
| Total noninterest expense……………………………… | 31,216 | 47,749 | 78,965 | 50,910 | 59,788 | 110,698 | 38,882 | 47,287 | 86,169 |
| **Income (loss) before income tax provision (benefit)…………** | 58,716 | (13,347) | 45,369 | 137,299 | (18,389) | 118,910 | 79,932 | (10,503) | 69,428 |
| Income tax provision (benefit)……………………………… | 4,728 | (820) | 3,908 | 7,979 | (4,497) | 3,482 | - | 2,400 | 2,400 |
| **Net (Loss) Income**………………………………………… | 53,988 | (12,527) | 41,461 | 129,320 | (13,892) | 115,428 | 79,932 | (12,903) | 67,028 |

See Notes to Financial Projections.

Capmark Financial Group Inc.
Financial Projections

**Consolidated Income Statement**
**(in 000's)**

|  | 2014 | | | 2015 | | |
|---|---|---|---|---|---|---|
|  | Bank | Non Bank | Consolidated | Bank | Non Bank | Consolidated |
| **Net Interest Income** | | | | | | |
| Interest income……………………………………………….. | 92,169 | 6,611 | 98,779 | 82,519 | 3,458 | 85,976 |
| Interest expense……………………………………………… | 5,487 | 0 | 5,487 | - | (0) | (0) |
| Net interest income……………………………………………. | 86,682 | 6,611 | 93,293 | 82,519 | 3,458 | 85,976 |
| Provision for loan losses……………………………………….. | - | 72 | 72 | - | 30 | 30 |
| Net interest income after provision for loan losses…………… | 86,682 | 6,538 | 93,221 | 82,519 | 3,428 | 85,946 |
| **Noninterest Income** | | | | | | |
| Net gains (losses): | | | | | | |
| Net gains (losses) on HFS loans…………………………….. | 33,639 | 5,921 | 39,560 | 8,155 | 1,883 | 10,038 |
| Net gains (losses) on HFI loans……………………………… | - | 1,229 | 1,229 | - | - | - |
| Net gains (losses) on investments and real estate…………… | - | 914 | 914 | - | 148 | 148 |
| Other gains (losses), net……………………………………… | (610) | 1,665 | 1,055 | - | 1,665 | 1,665 |
| Asset management fees……………………………………... | - | - | - | - | - | - |
| Equity in income (loss) of joint ventures and partnerships……… | - | 8,173 | 8,173 | - | 1,834 | 1,834 |
| Net real estate investment and other income…………………… | - | 55 | 55 | - | (11) | (11) |
| Total noninterest income……………………………………… | 33,029 | 17,957 | 50,986 | 8,155 | 5,518 | 13,673 |
| Net revenue…………………………………………………… | 119,712 | 24,495 | 144,207 | 90,673 | 8,946 | 99,620 |
| **Noninterest Expense** | | | | | | |
| Compensation and benefits…………………………………… | 11,857 | 28,090 | 39,947 | 9,353 | 4,897 | 14,250 |
| Professional fees and other expenses………………………… | 11,356 | 13,079 | 24,435 | 10,240 | 10,523 | 20,763 |
| Total noninterest expense…………………………………… | 23,213 | 41,169 | 64,382 | 19,593 | 15,420 | 35,012 |
| **Income (loss) before income tax provision (benefit)………** | 96,498 | (16,674) | 79,825 | 71,081 | (6,473) | 64,607 |
| Income tax provision (benefit)……………………………………. | 14,644 | (10,721) | 3,923 | 5,916 | (2,647) | 3,269 |
| **Net (Loss) Income**…………………………………………… | 81,854 | (5,952) | 75,902 | 65,165 | (3,826) | 61,339 |

See Notes to Financial Projections.

Capmark Financial Group Inc.
Financial Projections

**Consolidated Balance Sheet**
**(in 000's)**

| | 2Q 2011 | | | 4Q 2011 | | | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Bank | Non Bank | Consolidated | Bank | Non Bank | Consolidated | Bank | Non Bank | Consolidated |
| Cash and cash equivalents……………………… | 1,708,801 | 330,508 | 2,039,309 | 1,817,106 | 283,200 | 2,100,306 | 1,561,631 | 226,902 | 1,788,532 |
| Restricted cash……………………………………… | 452,036 | 18,193 | 470,229 | 302,036 | 17,775 | 319,811 | 202,036 | 16,581 | 218,617 |
| Cash and cash equivalents…………………… | 2,160,837 | 348,702 | 2,509,538 | 2,119,142 | 300,976 | 2,420,118 | 1,763,667 | 243,483 | 2,007,150 |
| Investment securities…………………………… | 217,120 | 8,718 | 225,837 | 366,995 | 9,156 | 376,151 | 159,925 | 6,221 | 166,146 |
| Loans held for sale……………………………… | 3,896,937 | 387,899 | 4,284,835 | 3,278,644 | 315,289 | 3,593,933 | 2,041,430 | 165,885 | 2,207,315 |
| Loans held for investment, net……………… | - | 370,041 | 370,041 | 0 | 275,301 | 275,301 | 0 | 231,736 | 231,736 |
| Real estate acquired through foreclosure………… | 225,351 | 341,042 | 566,393 | 155,104 | 244,192 | 399,296 | 114,658 | 74,284 | 188,942 |
| Real estate held for investment……………… | - | 197,761 | 197,761 | - | 130,086 | 130,086 | - | 15,793 | 15,793 |
| Real estate held for investment……………… | - | 19,704 | 19,704 | - | - | - | - | - | - |
| Equity investment………………………………… | - | 293,493 | 293,493 | - | 217,545 | 217,545 | - | 128,861 | 128,861 |
| Total inventory……………………………………… | 4,122,288 | 1,609,941 | 5,732,229 | 3,433,748 | 1,182,413 | 4,616,161 | 2,156,088 | 616,560 | 2,772,648 |
| Other assets…………………………………… | 211,249 | 72,914 | 284,163 | 165,364 | 44,139 | 209,502 | 125,077 | 36,444 | 161,521 |
| **Total Assets……………………………………** | 6,711,494 | 2,040,274 | 8,751,768 | 6,085,249 | 1,536,683 | 7,621,932 | 4,204,757 | 902,709 | 5,107,465 |
| **Liabilities and Equity** | | | | | | | | | |
| Liabilities: | | | | | | | | | |
| Accounts payable and other liabilities……………… | 95,262 | 55,578 | 150,840 | 73,530 | 51,248 | 124,778 | 43,655 | 42,589 | 86,244 |
| Deposits………………………………………… | 4,389,542 | - | 4,389,542 | 3,883,614 | - | 3,883,614 | 2,078,204 | - | 2,078,204 |
| Other borrowings……………………………… | 546,420 | - | 546,420 | 393,847 | - | 393,847 | 219,321 | - | 219,321 |
| First lien debt (A Note)………………………… | - | 750,000 | 750,000 | - | 288,031 | 288,031 | - | 0 | 0 |
| Second lien debt (B Note)…………………… | - | 500,000 | 500,000 | - | 500,000 | 500,000 | - | 209,186 | 209,186 |
| Asia unsecured debt facility………………… | - | 76,812 | 76,812 | - | 32,577 | 32,577 | - | 0 | 0 |
| | 5,031,224 | 1,382,390 | 6,413,614 | 4,350,992 | 871,857 | 5,222,848 | 2,341,180 | 251,774 | 2,592,954 |
| Equity: | | | | | | | | | |
| Fair value in excess of reorganization value……… | - | 449,540 | 449,540 | - | 449,540 | 449,540 | - | 449,540 | 449,540 |
| Common stock and APIC……………………… | 1,680,269 | 208,344 | 1,888,614 | 1,680,269 | 228,634 | 1,908,904 | 1,680,269 | 228,634 | 1,908,904 |
| Retained earnings……………………………… | - | - | - | 53,988 | (13,347) | 40,641 | 183,308 | (27,239) | 156,068 |
| **Total Equity…………………………………** | 1,680,269 | 657,884 | 2,338,153 | 1,734,257 | 664,827 | 2,399,084 | 1,863,577 | 650,935 | 2,514,512 |
| **Total Liabilities and Equity………………** | 6,711,494 | 2,040,274 | 8,751,768 | 6,085,249 | 1,536,683 | 7,621,932 | 4,204,757 | 902,709 | 5,107,465 |

See Notes to Financial Projections.

Capmark Financial Group Inc.
Financial Projections

**Consolidated Balance Sheet**
**(in 000's)**

| | 2013 Bank | 2013 Non Bank | 2013 Consolidated | 2014 Bank | 2014 Non Bank | 2014 Consolidated | 2015 Bank | 2015 Non Bank | 2015 Consolidated |
|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents………………………… | 1,636,552 | 461,851 | 2,098,404 | 1,834,599 | 566,672 | 2,401,271 | 2,022,637 | 631,854 | 2,654,491 |
| Restricted cash…………………………………… | - | 16,581 | 16,581 | - | 16,581 | 16,581 | - | 16,581 | 16,581 |
| Cash and cash equivalents…………………… | 1,636,552 | 478,433 | 2,114,985 | 1,834,599 | 583,253 | 2,417,852 | 2,022,637 | 648,435 | 2,671,072 |
| Investment securities………………………… | 261,736 | 4,740 | 266,476 | 10,726 | 1,100 | 11,826 | 9,266 | - | 9,266 |
| Loans held for sale……………………………… | 849,659 | 47,143 | 896,801 | 132,810 | 45,723 | 178,533 | 6,758 | (0) | 6,758 |
| Loans held for investment, net……………… | 0 | 74,270 | 74,270 | 0 | 3,132 | 3,132 | - | 0 | 0 |
| Real estate acquired through foreclosure………… | 37,419 | 1,246 | 38,666 | - | 0 | 0 | - | 0 | 0 |
| Real estate held for investment……………… | - | - | - | - | - | - | - | - | - |
| Real estate held for investment……………… | - | - | - | - | - | - | - | - | - |
| Equity investment……………………………… | - | 56,966 | 56,966 | - | 26,245 | 26,245 | - | 11,369 | 11,369 |
| Total inventory………………………………… | 887,078 | 179,625 | 1,066,703 | 132,810 | 75,100 | 207,910 | 6,758 | 11,369 | 18,127 |
| Other assets………………………………….. | 81,633 | 16,785 | 98,418 | 62,198 | 14,177 | 76,376 | 60,382 | 10,000 | 70,382 |
| **Total Assets………………………………………** | 2,866,999 | 679,583 | 3,546,582 | 2,040,333 | 673,630 | 2,713,964 | 2,099,043 | 669,804 | 2,768,847 |
| **Liabilities and Equity** | | | | | | | | | |
| Liabilities: | | | | | | | | | |
| Accounts payable and other liabilities……………… | 25,728 | 41,552 | 67,279 | 14,970 | 41,552 | 56,522 | 8,515 | 41,552 | 50,067 |
| Deposits…………………………………………… | 897,762 | - | 897,762 | - | - | - | - | - | - |
| Other borrowings……………………………….. | - | - | - | - | - | - | - | - | - |
| First lien debt (A Note)………………………… | - | (0) | (0) | - | (0) | (0) | - | (0) | (0) |
| Second lien debt (B Note)…………………………… | - | (0) | (0) | - | 0 | 0 | - | 0 | 0 |
| Asia unsecured debt facility…………………………… | - | 0 | 0 | - | - | - | - | - | - |
| | 923,490 | 41,552 | 965,042 | 14,970 | 41,552 | 56,522 | 8,515 | 41,552 | 50,067 |
| Equity: | | | | | | | | | |
| Fair value in excess of reorganization value……… | - | 449,540 | 449,540 | - | 449,540 | 449,540 | - | 449,540 | 449,540 |
| Common stock and APIC………………………… | 1,680,269 | 228,634 | 1,908,904 | 1,680,269 | 228,634 | 1,908,904 | 1,680,269 | 228,634 | 1,908,904 |
| Retained earnings…………………………………… | 263,239 | (40,143) | 223,097 | 345,093 | (46,095) | 298,998 | 410,258 | (49,921) | 360,337 |
| **Total Equity……………………………………** | 1,943,509 | 638,031 | 2,581,540 | 2,025,363 | 632,079 | 2,657,441 | 2,090,528 | 628,252 | 2,718,780 |
| **Total Liabilities and Equity…………………………** | 2,866,999 | 679,583 | 3,546,582 | 2,040,333 | 673,630 | 2,713,964 | 2,099,043 | 669,804 | 2,768,847 |

See Notes to Financial Projections.

Capmark Financial Group Inc.
Financial Projections

**Consolidated Cash Flows**
(in 000's)

| | 2H 2011 | | | 2012 | | | 2013 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Bank | Non Bank | Consolidated | Bank | Non Bank | Consolidated | Bank | Non Bank | Consolidated |
| Net Income (Loss)………………………………………………… | 53,988 | (13,347) | 40,641 | 129,320 | (13,892) | 115,428 | 79,932 | (12,903) | 67,028 |
| Provision for loan losses………………………………………… | - | 1,103 | 1,103 | - | 452 | 452 | - | 249 | 249 |
| Gains (losses), net………………………………………………… | (19,538) | (51,298) | (70,836) | (64,857) | (59,809) | (124,666) | (19,522) | (24,658) | (44,180) |
| Changes in other liabilities……………………………………… | - | (4,330) | (4,330) | - | (8,660) | (8,660) | - | (1,037) | (1,037) |
| Non-cash interest income………………………………………… | (54,365) | - | (54,365) | (75,884) | - | (75,884) | (43,480) | - | (43,480) |
| Net asset proceeds……………………………………………… | 728,409 | 508,393 | 1,236,802 | 1,350,728 | 634,458 | 1,985,187 | 1,318,707 | 499,421 | 1,818,129 |
| Interest embedded in asset proceeds………………………… | - | (25,860) | (25,860) | - | (30,003) | (30,003) | - | (16,937) | (16,937) |
| Deposits and other bank debt issuance……………………… | 100,000 | - | 100,000 | 200,000 | - | 200,000 | 200,000 | - | 200,000 |
| Net increase (decrease) in cash and cash equivalents…… | 808,494 | 414,661 | 1,223,155 | 1,539,307 | 522,546 | 2,061,853 | 1,535,637 | 444,135 | 1,979,772 |
| Beginning Cash………………………………………………… | 2,075,920 | 330,508 | 2,406,429 | 2,284,101 | 283,200 | 2,567,301 | 1,923,592 | 226,902 | 2,150,493 |
| Change in Cash………………………………………………… | 808,494 | 414,661 | 1,223,155 | 1,539,307 | 522,546 | 2,061,853 | 1,535,637 | 444,135 | 1,979,772 |
| Cash flow available for debt repayment……………………… | 2,884,414 | 745,169 | 3,629,583 | 3,823,408 | 805,747 | 4,629,155 | 3,459,228 | 671,037 | 4,130,265 |
| Cash sweep to paydown debt………………………………… | - | (461,969) | (461,969) | - | (578,845) | (578,845) | - | (209,186) | (209,186) |
| Deposit and other bank debt maturities……………………… | (700,313) | - | (700,313) | (2,101,852) | - | (2,101,852) | (1,560,940) | - | (1,560,940) |
| Ending cash……………………………………………………… | 2,184,101 | 283,200 | 2,467,301 | 1,721,556 | 226,902 | 1,948,457 | 1,898,288 | 461,851 | 2,360,140 |
| Pledged cash and securities - Bank only…………………… | 302,036 | - | 302,036 | 202,036 | - | 202,036 | - | - | - |
| Ending cash, pledged cash and securities………………… | 2,486,137 | 283,200 | 2,769,337 | 1,923,592 | 226,902 | 2,150,493 | 1,898,288 | 461,851 | 2,360,140 |

See Notes to Financial Projections.

13 of 14

Capmark Financial Group Inc.
Financial Projections

**Consolidated Cash Flows**
**(in 000's)**

|  | 2014 | | | 2015 | | |
|---|---|---|---|---|---|---|
|  | Bank | Non Bank | Consolidated | Bank | Non Bank | Consolidated |
| Net Income (Loss)………………………………………… | 81,854 | (5,952) | 75,902 | 65,165 | (3,826) | 61,339 |
| Provision for loan losses…………………………………… | - | 72 | 72 | - | 30 | 30 |
| Gains (losses), net………………………………………… | (31,194) | (17,957) | (49,151) | (8,155) | (5,518) | (13,673) |
| Changes in other liabilities……………………………… | - | - | - | - | - | - |
| Non-cash interest income………………………………… | (6,875) | - | (6,875) | - | - | - |
| Net asset proceeds………………………………………… | 796,584 | 135,268 | 931,852 | 129,568 | 77,955 | 207,523 |
| Interest embedded in asset proceeds…………………… | - | (6,611) | (6,611) | - | (3,458) | (3,458) |
| Deposits and other bank debt issuance………………… | - | - | - | - | - | - |
| Net increase (decrease) in cash and cash equivalents…… | 840,368 | 104,821 | 945,189 | 186,578 | 65,182 | 251,760 |
| Beginning Cash…………………………………………… | 1,898,288 | 461,851 | 2,360,140 | 1,845,324 | 566,672 | 2,411,996 |
| Change in Cash…………………………………………… | 840,368 | 104,821 | 945,189 | 186,578 | 65,182 | 251,760 |
| Cash flow available for debt repayment……………… | 2,738,656 | 566,672 | 3,305,328 | 2,031,903 | 631,854 | 2,663,757 |
| Cash sweep to paydown debt…………………………… | - | - | - | - | - | - |
| Deposit and other bank debt maturities……………… | (893,332) | - | (893,332) | - | - | - |
| Ending cash………………………………………………… | 1,845,324 | 566,672 | 2,411,996 | 2,031,903 | 631,854 | 2,663,757 |
| Pledged cash and securities - Bank only……………… | - | - | - | - | - | - |
| Ending cash, pledged cash and securities…………… | 1,845,324 | 566,672 | 2,411,996 | 2,031,903 | 631,854 | 2,663,757 |

See Notes to Financial Projections.