**<u>EXHIBIT D</u>**

**Recovery Analysis**

RLF1 4471105v. 1

**Exhibit D**
**Capmark Financial Group Inc. and Proponent Debtor Recovery Analysis**

**Important Information & Risk Factors and Other Factors to Be Considered**

This Exhibit D contains forward-looking statements as described in the Plan. The Recovery Analysis is subject to qualifications set forth in the Disclosure Statement, including, without limitation, the "Important Information" at the beginning of the Disclosure Statement and Section VII, "Risk Factors and Other Factors to be considered."

The information, data and output included in the Recovery Analysis are estimates derived from sources available to the Proponent Debtors at the time of the preparation of this analysis. Creditors should not rely on the Recovery Analysis as a representation or guarantee of future distributions of value of the Reorganized Debtors. The Recovery Analysis is only an estimate, and the assumptions and estimates underlying it are subject to significant business, economic, natural, competitive, industry, regulatory, market and financial conditions and uncertainties beyond the control of the Proponent Debtors. The Proponent Debtors caution that no representations can be made or are made as to the accuracy or completeness of the Recovery Analysis or to the Proponent Debtors' ability to achieve the underlying projected recoveries. Moreover, events and circumstances occurring subsequent to the date on which the Proponent Debtors prepared this analysis may be different from those assumed, or, alternatively, may have been unanticipated, and thus the occurrence of these events may affect financial results in a material adverse or material beneficial manner.

**General Assumptions**

The Recovery Analysis is based upon the terms of the Plan and is subject to the assumptions identified in the Plan and as described herein. The Recovery Analysis incorporates the accounts of the Proponent Debtors and their Affiliates.

The Recovery Analysis assumes, among other items: (i) the Effective Date of the Plan occurs on or about June 30, 2011; (ii) the projected fair value of assets as of June 30, 2011, as reflected in the Financial Projections (other than with respect to Japan); (iii) all Proponent Debtor Intercompany Claims and Affiliate Intercompany Claims are deemed valid in accordance with the Plan; (iv) no contingent, unliquidated or disputed claims other than those identified in the Claims Register (as defined below); (v) the accuracy of the estimated Allowed Claims; (vi) no claims are asserted by the FDIC under the Capital Maintenance Agreement, other than those already satisfied by compliance with the Bankruptcy Court order dated December 23, 2009 [Docket No. 529]; (vii) subordination of the Junior Unsecured Subordinated Debentures (viii) the consummation of the proposed US Bank transaction, as filed on February 22, 2011 [Docket No. 2512], by June 30, 2011, including the projected impact on NMTC net asset recoveries and operating expenses; (ix) compliance with the terms of the Merrill Lynch Settlement Agreement, as filed with the Bankruptcy Court on August 25, 2010 [Docket No.1598 ]; (x) the consummation of the Morgan Stanley Settlement Agreement, as filed with the Bankruptcy Court on February 18, 2011 [Docket No. 2501]; (xi) the execution of the Wentwood Agreement; (xii) other LIHTC settlements similar to the Merrill Lynch Settlement Agreement and the Morgan Stanley Settlement Agreement and (xiii) approval of the Crystal Ball Settlement Agreement.

**Exhibit D**
**Capmark Financial Group Inc. and Proponent Debtor Recovery Analysis**

**Estimated Net Assets**

*Non-Restricted Cash and Cash Equivalents*

The Recovery Analysis includes estimated cash and cash equivalents at the Effective Date at each Proponent Debtor and Affiliate based on unaudited March 31, 2011 non-restricted cash and cash equivalents (excluding Capmark Bank), as reflected in such Proponent Debtor's general ledger, plus the projected impact of the net cash flows from April 1, 2011 through June 30, 2011.

*Restricted Cash and Cash Equivalents and Misc. Assets*

The Recovery Analysis includes the projected value of restricted cash and cash equivalents and miscellaneous assets of the Proponent Debtors and their Affiliates (excluding Capmark Bank) to the extent it is anticipated that these assets will become unrestricted or can be collected by December 31, 2015. The resultant miscellaneous asset cash flows were then discounted at an annual rate of 6% to June 30, 2011.

*Estimated Fair Value of Directly Held Assets*

The Recovery Analysis assumes that the assets held at each Proponent Debtor and Affiliate provide value (in the form of net interest, principal repayment, fees and other net cash receipts) according to the projected fair values in the June 30, 2011 balance sheet.

*Capmark Bank*

CFGI was advised by Lazard Freres & Co. LLC ("Lazard") as to the value of Capmark Bank. In preparing its analyses, Lazard, among other things: (i) reviewed certain historical financial information of Capmark Bank for the recent years and interim periods; (ii) reviewed certain internal financial and operating data of Capmark Bank including financial projections prepared and provided by Capmark Bank's management relating to its business and its prospects; (iii) met with certain members of senior management of CFGI and Capmark Bank to discuss Capmark Bank's operations and future prospects; (iv) reviewed certain publicly available financial data and considered the financial information of certain public companies believed to be relevant for their analyses; (v) considered certain economic and industry information relevant to the operating business; and (vi) reviewed such other information and conducted such other studies, analyses, inquiries, and investigations as Lazard deemed appropriate.

Lazard assumed and relied on the accuracy and completeness of all: (i) financial and other information furnished to it by or on behalf of CFGI and Capmark Bank, including without limitation, information provided by CFGI regarding its bank regulators; and (ii) publicly available information. In addition, Lazard assumed and relied upon the reasonableness and accuracy of management's projections. Management prepared, and instructed Lazard to use, the projections on the basis of a business plan that contemplates no new loan origination or deposit gathering activities, and management's plan for servicing, collection and asset sale activities

**Exhibit D**
**Capmark Financial Group Inc. and Proponent Debtor Recovery Analysis**

regarding Capmark Bank's current loan portfolio (i.e., a "run-off" business plan). Further, management's projections are based on a number of significant assumptions, including but not limited to: the successful reorganization of the Proponent Debtors, an assumed effective date of June 30, 2011, Capmark Bank's ability to achieve the operating and financial results set forth in the projections, the absence of further adverse actions from its bank regulators, and the assumption that business, economic and financial market conditions remain consistent with current conditions. In conducting its analyses, Lazard did not perform any independent valuation or appraisal of the assets or liabilities of Capmark Bank and no independent valuations or appraisals were provided to Lazard. Lazard is not an expert in the evaluation of loan portfolios for the purposes of assessing the adequacy of allowances for losses with respect thereto, and Lazard did not make an independent evaluation of the adequacy of such allowances by Capmark Bank. In addition, Lazard did not review individual credit files nor did Lazard make any physical inspection of the properties or assets of Capmark Bank.

In preparing its valuation analysis of Capmark Bank, Lazard performed a variety of analyses and considered a variety of factors. Lazard placed different weights on each of these analyses and made judgments as to the relative significance of each analysis in determining the value of Capmark Bank. Lazard did not consider any one analysis or factor to the exclusion of any other analysis or factor. Lazard's valuation must be considered as a whole and selecting just one methodology or portions of the analyses, without considering the analyses as a whole, could create a misleading or incomplete conclusion as to Capmark Bank's value. Due to the unique operating and financial characteristics of Capmark Bank, including that the Bank is currently operating under regulatory Cease and Desist Orders issued by the FDIC and the UDFI and management's views regarding Capmark Bank's future business prospects, Lazard did not perform an analysis on the basis of Capmark Bank engaging in activities other than managing its existing assets and liabilities in a manner consistent with management's financial projections and was therefore unable to perform certain analyses it would customarily perform. As such, Lazard primarily relied upon a discounted cash flow ("DCF") analysis based on Capmark Bank's financial projections.

Capmark Bank's valuation range applying (a) a DCF methodology to Capmark Bank's projections, (b) a discount rate range of 10-13% and (c) assuming a terminal value exit in 2014 of 1x book value is estimated to be $1.32 billion - $1.45 billion with a midpoint of the valuation range of $1.39 billion.

In addition to the DCF valuation described above, based on discussions with and guidance from CFGI management, Lazard further analyzed the value of Capmark Bank if bank regulators were to permit excess capital to be distributed as dividends once Capmark Bank's cash balance exceeds 100% of Capmark Bank's liabilities, forecasted by Capmark Bank management to first occur at the end of the second quarter of 2013 ("Adjusted DCF"). Under Capmark Bank's regulatory supervision arrangements, there is presently no ability to distribute dividends to the shareholders of the Bank. Notwithstanding the current regulatory arrangement, the Adjusted DCF methodology illustrates an estimated valuation range if Capmark Bank were to be permitted to release capital prior to complete monetization of Capmark Bank's existing asset portfolio.

**Exhibit D**
**Capmark Financial Group Inc. and Proponent Debtor Recovery Analysis**

Lazard cannot assess whether or not Capmark Bank's regulators will permit excess capital to be distributed as dividends as described in the Adjusted DCF.   Lazard makes no comment as to the reasonableness of assumptions related thereto underlying the Adjusted DCF and the DCF.

Capmark Bank's valuation range applying (a) the Adjusted DCF methodology to Capmark Bank's projections, (b) a discount rate range of 10-13% and (c) dividends (of capital in excess of 100% of Capmark Bank's liabilities is $1.40 billion - $1.51 billion with a midpoint of the valuation range of $1.45 billion.

For purposes of the Recovery Analysis, Capmark is utilizing a Capmark Bank valuation of $1.42 billion which represents the average of the DCF and Adjusted DCF valuation range midpoints.

*Estimated Operating Expenses*

Operating expenses were projected at the consolidated Reorganized Capmark level as reflected in the Financial Projections.  These operating expenses were then allocated to several Proponent Debtors as described below for the Recovery Analysis.

Projected operating expenses were netted against the projected asset recoveries.  It was assumed that Proponent Debtor operating expenses continue to be borne by CFI, CCI, CILP and CAEI in amounts consistent with historical experience.  Operating expenses were allocated for each period to each of CFI, CCI, CILP and CAEI based on their pro-rata share of projected payroll expense.  The projected payroll expense was adjusted to account for the projected transactions related to the Wentwood Agreement and the NMTC Transfer and Settlement Transactions. The resultant cash flows were then discounted at an annual rate of 6% to June 30, 2011.

*Administrative Expenses*

Administrative Expenses include estimates for projected unpaid professional fees, outstanding professional fee holdbacks (20% of professional fees for most restructuring professionals), potential success fees and unpaid expenses (or "Professional Compensation and Reimbursement Claims") and assumes these are paid at the Effective Date. Actual compensation amounts will be approved by the court and may differ from those assumed in this analysis.

The Recovery Analysis also includes estimated potential closing fees and expenses related to Reorganized CFGI Debt Securities and an additional sum to account for unanticipated cash outflows at closing.  This estimate is for illustrative purposes only. Debt-related closing fees and expenses, if any, may be different than what is assumed here and these differences may be material.

**Exhibit D**
**Capmark Financial Group Inc. and Proponent Debtor Recovery Analysis**

*Other Liabilities*

The Proponent Debtors reviewed Affiliate liabilities and the liabilities Proponent Debtors owed to third parties that arose after the Commencement Date to estimate economic obligations that may require post Effective Date cash outflows.  These liabilities will not be impacted by the Plan and are assumed to be repaid in full over time.  Those liabilities that have been netted from the nominal asset recoveries, included in projected operating expenses or for which there is no anticipated cash flow were excluded from the Recovery Analysis.

The estimated remaining other liabilities at June 30, 2011 were assumed to be reinstated at each Proponent Debtor or Affiliate at the Effective Date. These estimates were based on information available as of the date of this analysis.

*Post Petition Taxes*

The data used in the Financial Projections includes certain federal and state income taxes, state capital stock and franchise taxes, and state net worth taxes that are projected to be incurred. These amounts are included either as part of the operating expenses or shown separately on the income tax provision line within the Financial Projections.

**Estimated Allowed Claims**

In estimating the Allowed amount of Claims against each Proponent Debtor, the Proponent Debtors reviewed the register of claims (the "Claims Register"), as prepared, maintained, and provided by Epiq, which includes over 1,500 Claims filed against the Debtors in these chapter 11 cases.  In undertaking the estimation analysis, the Proponent Debtors and their advisors reviewed and reconciled Claims, and are continuing to review and reconcile Claims, comparing them with their books and records to determine the validity and proper amount of the Claims.

As a result of this ongoing process, the estimated allowed Claims are based upon information available to the Proponent Debtors as of the date of the applicable analysis.  The estimate of Allowed Claims is based upon individual Claim reviews and the experience of the Proponent Debtors' and their professionals.

The Proponent Debtors also reviewed Claims to make assessments of their validity and to estimate a potential Allowed Claim amount for the Claims.  The estimated Allowed Claims consist of (i) any Claim scheduled by the Proponent Debtors, which was not identified as contingent, unliquidated or disputed; (ii) any Claim the Proponent Debtors have agreed to Allow (e.g., Claims for which stipulations have been filed); (iii) any Claim as to which the Proponent Debtors do not currently intend to object; (iv) any Claim with a stated amount as to which the Proponent Debtors may object, however, the Proponent Debtors have estimated a reduced amount to reflect the Proponent Debtors' current belief as to the estimated amount; (v) any Claim that is identified as contingent, unliquidated and/or disputed, however, such Claim has been modified to reflect the Proponent Debtors' current belief as to the estimated Claim amount;

**Exhibit D**
**Capmark Financial Group Inc. and Proponent Debtor Recovery Analysis**

and (vi) in certain instances, an amount which may lessen the impact of any determination which is not consistent with the Proponent Debtors' estimates.

Given that the Claims analysis is ongoing and litigation results may vary, the estimated amount of Allowed Claims used to calculate the estimated recoveries may be different than the ultimate values collected and the aggregate amount of Claims Allowed. Therefore, the actual Distributions under the Plan may be higher or lower than the estimated recoveries set forth below. These estimates are not and should not be interpreted as an admission of fact, liability, stipulation, or waiver of any sort or in any way limit, impair, or alter the rights of any Proponent Debtor. The final Allowed Claims are subject to confirmation and approval by the Bankruptcy Court. In addition, there are several contingent and unliquidated Claims that could ultimately result in non-contingent or liquidated amounts for which the Proponent Debtors currently assign no liability. As a result, the ultimate total Claims at each Proponent Debtor entity may differ from those assumed in the Recovery Analysis.

Notwithstanding the foregoing, the Proponent Debtors believe the ranges of possible estimated Claims (and, as a result, recoveries) against CFGI and each of the Guarantor Debtors will be minimal because almost the entirety of the Claims asserted against those entities are Claims by holders of the Unsecured Loans (which include the Senior Unsecured Credit Facility, Unsecured Bridge Loan and the Japanese Unsecured Guaranty) and Unsecured Notes. The amounts of these Claims are uncontested by the Proponent Debtors, and the balance of any General Unsecured Claims within such Classes are so minimal that their allowance or disallowance will have little effect on recoveries. For example, in CFGI Class 3A (General Unsecured Claims), $6,956.4 million of the $7,022.5 million of General Unsecured Claims are Claims asserted by holders of the Unsecured Loans and Unsecured Notes. The Proponent Debtors do not contest any of these Claims. The balance of General Unsecured Claims, $66 million, represents less than 1% of the amount of total General Unsecured Claims asserted against CFGI. As a result, the allowance or disallowance of those and other Claims will have a minimal effect on recoveries.

**Debtor Intercompany Claims and Affiliate Intercompany Claims**

Debtor Intercompany Claims and Affiliate Intercompany Claims were estimated in accordance with their proposed treatment in the Plan. Refer to Section VI of the Disclosure Statement.

Debtor Intercompany Claims and Affiliate Intercompany Claims were assumed to be pari passu with General Unsecured Claims at the respective Debtor. However, prior to the Effective Date of the Plan, it is expected that any Affiliate holding an Affiliate Intercompany Claim will transfer the Affiliate Intercompany Claim to a second Debtor either in full or partial satisfaction of an amount owed by the Affiliate to the second Debtor or as part of a dividend distribution or a return of capital distribution by the Affiliate to the second Debtor, such that the Affiliate Intercompany Claim becomes a Debtor Intercompany Claim. The transfer of the Affiliate Intercompany Claim from the Affiliate to the second Debtor will be consummated at a value equal to the expected recovery percentage that a General Unsecured Claim of that first Debtor

**Exhibit D**
**Capmark Financial Group Inc. and Proponent Debtor Recovery Analysis**

will receive.  The Recovery Analysis takes into account these transfers such that no Affiliate Intercompany Claims will exist as of the Effective Date.  Any Proponent Debtor intercompany balance that arose after the Commencement Date and Affiliate intercompany balances that arose after the Commencement Date in compliance with the Final Cash Collateral Order as of December 22, 2009 [Docket No. 512], the Capital Maintenance Order as of December 23, 2009 [Docket No. 529], or the Secured Settlement Order as of November 3, 2010 [Docket No. 2018] were treated as Administrative Expense Claims.

**Recovery Estimates**

The Recovery Model synthesizes the numerous assumptions and projections discussed herein and throughout the Plan in order to estimate the ultimate recovery value of each Class against each Proponent Debtor. In order to estimate the recovery value to each Class, the Recovery Model first estimates the total value of all assets available to be distributed to Creditors. The "Total Distributable Value" includes cash and equivalents, the estimated fair value of assets held by the Proponent Debtor, the estimated Deemed Value of the Proponent Debtor's Intercompany Claims and the estimated value of the Proponent Debtor's equity interests in subsidiaries ("Equity Interests in Subsidiaries"), and a deduction for projected operating expenses.

The Deemed Value of Debtor Intercompany Claims and Equity Interests in Subsidiaries at each Proponent Debtor depends on the recoveries at other individual Debtors and Affiliates. The Recovery Model resolves this issue through a complex iterative process, which ultimately converges on a set of values that satisfies the parameters detailed in the Plan. The inclusion of the estimated Deemed Value of Debtor Intercompany Claims and equity in estimated creditor recoveries can be seen at CFI, as an example, as the Total Distributable Value to creditors at CFI includes approximately $1.4 billion of estimated recovery on an Intercompany Receivable after the Commencement Date from CFGI as well as approximately $10 million of equity recovery from various CFI subsidiaries.

After the Total Distributable Value is estimated, the Recovery Model then makes deductions for Administrative Expense Claims, including closing costs and other liabilities, Intercompany Payables that arose after the Commencement Date and Priority Tax Claims, in order to arrive at a "Net Distributable Value" available to each Class.

Finally, the Recovery Model estimates recoveries to each Class by assuming Non-Tax Priority Claims, Secured Claims and Convenience Claims recover first, and then assuming any excess value is split, pari passu, between General Unsecured Creditors, Jr. Unsecured Subordinated Debenture Claims, where applicable, and Intercompany Claims. In the event there is any excess value after the payment of the above Classes in full, the remaining value flows to Subordinated Claims and then Equity Interests.[1]

---

[1] Due to the iterative process necessary to calculate estimated equity recoveries and recoveries on Intercompany Receivables, the Recovery Model actually repeats the outlined calculation steps numerous times.

**Exhibit D**
**Capmark Financial Group Inc. and Proponent Debtor Recovery Analysis**

**Distribution Estimates**

After the Recovery Model has provided an estimate of recovery values for each class against each individual Proponent Debtor, the Recovery Model then translates those recovery estimates into estimated distributions consistent with the Plan. In the case of General Unsecured Creditors, on the Effective Date of the Plan each Claim will receive their proportionate enterprise share of the (i) Cash Distribution, (ii) Reorganized CFGI Debt Securities, and (iii) shares of Reorganized CFGI Common Stock.

In order to estimate the proportionate enterprise share of each General Unsecured Creditor, the estimated recovery of each individual General Unsecured Creditor and Junior Unsecured Subordinated Debenture Creditor is divided by the total estimated recovery value of all General Unsecured Creditors and Junior Unsecured Subordinated Debenture Claims (the resulting percentage being the "Proportionate Enterprise Share"). The Proportionate Enterprise Share for each General Unsecured Creditor and Junior Unsecured Subordinated Debenture Creditor[2] is then multiplied by the total value of Cash Distribution,[3] Reorganized CFGI Debt Securities and shares of Reorganized CFGI Common Stock to be distributed, respectively.

Though the impact of Debtor Intercompany Claims is included in the recovery estimates for all classes, no distributions are assumed to be made on account of Debtor Intercompany Claims (a "Deemed Recovery").

---

[2] As described in the Plan, due to contractual provisions in the indenture governing the Junior Unsecured Subordinated Debentures, the Junior Unsecured Subordinated Debenture Creditors will not receive a recovery under the plan and all amounts allocated to them will be redistributed to the CFGI General Unsecured Creditors.

[3] For purposes of estimating the Cash Distribution, it was assumed that non-restricted cash in excess of (i) closing fees, (ii) working capital and holdbacks, (iii) Administrative Expense Claims, (iv) Priority Tax Claims, (v) Non-tax Priority Claims, and (vi) Convenience Claims is distributed to General Unsecured Creditors and Junior Unsecured Subordinated Debenture Claims upon the Effective Date.

**Plan Recovery Summary - Capmark Financial Group Inc.**
($ in millions)

| | Estimated Assets Plan | Est. Allowed Claim | Plan Estimated Recovery Amount | % | Estimated Distributions Cash | Secured Claim | Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | $138.5 | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | 1,421.0 | | | | | | | |
| Post-Petition Intercompany Receivables | -- | | | | | | | |
| Pre-Petition Intercompany Receivables | 1,317.7 | | | | | | | |
| Equity Interests in Subsidiaries[b] | 154.8 | | | | | | | |
| Less: Estimated Operating Expenses | -- | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **$3,032.0** | | | | | | | |
| | | | | | | | | |
| Class 1   Non-Tax Priority Claims | | 0.1 | -- | -- | -- | -- | -- | -- |
| Class 2   Secured Claims | | 0.1 | 0.1 | 100.0% | -- | 0.1 | -- | -- |
| Class 3A   General Unsecured Claims[c] | | 7,022.5 | 1,470.2 | 20.9% | 332.1 | -- | 461.3 | 676.8 |
| Class 3B   Jr. Unsec. Subordinated Debenture Claims[d] | | 266.4 | 55.8 | 20.9% | 12.6 | -- | 17.5 | 25.7 |
| Class 3C   Jr. Unsec. Subordinated Debenture Guaranty Claims | | -- | -- | -- | -- | -- | -- | -- |
| Class 4   Convenience Claims | | 1.0 | 1.0 | 100.0% | 1.0 | -- | -- | -- |
| Class 5A   Debtor Intercompany Claims | | 217.8 | 45.6 | 20.9% | -- | -- | -- | -- |
| Class 5B   Affiliate Intercompany Claims | | -- | -- | -- | -- | -- | -- | -- |
| Class 6   Equity Interests | | -- | -- | -- | -- | -- | -- | -- |
| **TOTALS** | | **$7,507.7** | **$1,572.6** | | **$345.7** | **$0.1** | **$478.8** | **$702.4** |

| Administrative Expenses | |
|---|---|
| Administrative Expenses | ($0.0) |
| Other Liabilities | (20.2) |
| Priority Tax Claims | (0.1) |
| Post-Petition Intercompany Payables | (1,439.1) |
| **NET DISTRIBUTABLE ASSETS** | **$1,572.6** |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--." Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.
(b) Does not include the value of Capmark Bank, which is included in the estimated Fair Value of Directly Held Assets.
(c) Certain holders of CFGI Class 3A claims will receive Distributions to which holders of claims in CFGI Class 3B would otherwise be entitled but for contractual subordination provisions in the indenture governing the Junior Unsecured Subordinated Debentures. Such redistribution of CFGI Class 3B claims is not reflected in this table.
(d) Pursuant to the Plan, Distributions that would otherwise be payable to each holder of an Allowed CFGI Class 3B claim shall instead be distributed by the Disbursing Agent to the holders of Claims in CFGI Class 3A arising under the Unsecured Loans and Unsecured Notes, and to such other holders of CFGI Class 3A General Unsecured Claims as are contractually entitled to priority in payment under the indenture governing the Junior Unsecured Subordinated Debentures, until such holders have been paid in full.

**Plan Recovery Summary – Capmark Finance Inc.**
($ in millions)

| Class | | Estimated Assets Plan | Plan Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Estimated Distributions Cash | Estimated Distributions Secured Claim | Estimated Distributions Reorg. CFGI Debt Securities | Estimated Distributions Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | | $757.5 | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | | 1,038.5 | | | | | | | |
| Post-Petition Intercompany Receivables | | 1,307.4 | | | | | | | |
| Pre-Petition Intercompany Receivables | | 286.1 | | | | | | | |
| Equity Interests in Subsidiaries | | 10.4 | | | | | | | |
| Less: Estimated Operating Expenses | | (133.9) | | | | | | | |
| Less: Estimated Taxes | | -- | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | | **$3,356.0** | | | | | | | |
| Class 1 | Non-Tax Priority Claims | | $0.0 | $0.0 | 100.0% | $0.0 | -- | -- | -- |
| Class 2 | Secured Claims | | 0.2 | 0.2 | 100.0% | -- | 0.2 | -- | -- |
| Class 3 | General Unsecured Claims | | 7,000.0 | 1,810.4 | 25.9% | 409.0 | -- | 568.1 | 833.4 |
| Class 4 | Convenience Claims | | 1.3 | 1.3 | 100.0% | 1.3 | -- | -- | -- |
| Class 5A | Debtor Intercompany Claims | | 5,021.5 | 1,298.7 | 25.9% | -- | -- | -- | -- |
| Class 5B | Affiliate Intercompany Claims | | -- | -- | -- | -- | -- | -- | -- |
| Class 6 | Equity Interests | | -- | -- | -- | -- | -- | -- | -- |
| _Administrative Expenses:_ | | | | | | | | | |
| Administrative Expenses | | ($0.2) | | | | | | | |
| Other Liabilities | | (19.7) | | | | | | | |
| Priority Tax Claims | | (3.4) | | | | | | | |
| Post-Petition Intercompany Payables | | (222.1) | | | | | | | |
| | **TOTALS** | | **$12,023.0** | **$3,110.6** | | **$410.3** | **$0.2** | **$568.1** | **$833.4** |
| **NET DISTRIBUTABLE ASSETS** | | **$3,110.6** | | | | | | | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

**Plan Recovery Summary – Capmark Capital Inc.**
($ in millions)

| | | Estimated Assets Plan | Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Cash | Secured Claim | Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Estimated Distributions | |
| Cash & Cash Equivalents | | $62.2 | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | | 41.2 | | | | | | | |
| Post-Petition Intercompany Receivables | | 67.1 | | | | | | | |
| Pre-Petition Intercompany Receivables | | 87.8 | | | | | | | |
| Equity Interests in Subsidiaries | | 25.9 | | | | | | | |
| Less: Estimated Operating Expenses | | (2.6) | | | | | | | |
| Less: Estimated Taxes | | -- | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | | **$281.6** | | | | | | | |
| | Class 1 | | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| | Class 2 | | Secured Claims | -- | -- | -- | -- | -- | -- | -- |
| | Class 3 | | General Unsecured Claims | 6,965.4 | 236.6 | 3.4% | 53.4 | -- | 74.2 | 108.9 |
| | Class 4 | | Convenience Claims | 0.1 | 0.1 | 100.0% | 0.1 | -- | -- | -- |
| | Class 5A | | Debtor Intercompany Claims | 872.6 | 29.6 | 3.4% | -- | -- | -- | -- |
| | Class 5B | | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- |
| | Class 6 | | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| **TOTALS** | | | **$7,838.1** | **$266.3** | | **$53.5** | **--** | **$74.2** | **$108.9** |
| Administrative Expenses: | | | | | | | | | |
| Administrative Expenses | | -- | | | | | | | |
| Other Liabilities | | (0.7) | | | | | | | |
| Priority Tax Claims | | (0.0) | | | | | | | |
| Post-Petition Intercompany Payables | | (14.6) | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | | **$266.5** | | | | | | | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

**Plan Recovery Summary – Commercial Equity Investments, Inc.**

($ in millions)

| | Estimated Assets Plan |
|---|---|
| Cash & Cash Equivalents | -- |
| Estimated Fair Value of Directly Held Assets[a] | 19.8 |
| Post-Petition Intercompany Receivables | 21.3 |
| Pre-Petition Intercompany Receivables | 78.5 |
| Equity Interests in Subsidiaries | 0.4 |
| Less: Estimated Operating Expenses | -- |
| Less: Estimated Taxes | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$120.1** |
| Administrative Expenses | |
| Administrative Expenses | -- |
| Other Liabilities | -- |
| Priority Tax Claims | (0.0) |
| Post-Petition Intercompany Payables | (0.1) |
| **NET DISTRIBUTABLE ASSETS** | **$120.0** |

| Class | Class Description | Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Cash | Secured Claim | Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|
| Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| Class 2 | Secured Claims | 0.0 | 0.0 | 100.0% | -- | 0.0 | -- | -- |
| Class 3 | General Unsecured Claims | 6,956.4 | 115.9 | 1.7% | 26.2 | -- | 36.4 | 53.3 |
| Class 4 | Convenience Claims | 0.0 | 0.0 | 100.0% | 0.0 | -- | -- | -- |
| Class 5A | Debtor Intercompany Claims | 246.6 | 4.1 | 1.7% | -- | -- | -- | -- |
| Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| | **TOTALS** | **$7,203.0** | **$120.0** | | **$26.2** | **$0.0** | **$36.4** | **$53.3** |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

## Plan Recovery Summary - Mortgage Investments, LLC
($ in millions)

| | Estimated Assets / Plan | Class | | Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Estimated Distributions Cash | Estimated Distributions Secured Claim | Estimated Distributions Reorg. CFGI Debt Securities | Estimated Distributions Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | -- | | | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | -- | | | | | | | | | |
| Post-Petition Intercompany Receivables | -- | | | | | | | | | |
| Pre-Petition Intercompany Receivables | -- | | | | | | | | | |
| Equity Interests in Subsidiaries | 5.7 | | | | | | | | | |
| Less: Estimated Operating Expenses | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | | | |
| | | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 3 | General Unsecured Claims | 6,956.4 | 5.7 | 0.1% | 1.3 | -- | 1.8 | 2.6 |
| | | Class 4 | Convenience Claims | -- | -- | -- | -- | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$5.7** | | | | | | | | | |
| | | Class 5A | Debtor Intercompany Claims | 6.6 | 0.0 | 0.1% | -- | -- | -- | -- |
| | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| _Administrative Expenses_ | | | | | | | | | | |
| Administrative Expenses | -- | | | | | | | | | |
| Other Liabilities | -- | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| Priority Tax Claims | -- | | | | | | | | | |
| Post-Petition Intercompany Payables | (0.0) | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$5.7** | **TOTALS** | | **$6,963.0** | **$5.7** | | **$1.3** | **--** | **$1.8** | **$2.6** |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

**Plan Recovery Summary - Net Lease Acquisition LLC**
($ in millions)

| | Estimated Assets Plan | | Class | Plan Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Estimated Distributions Cash | Estimated Distributions Secured Claim | Estimated Distributions Reorg. CFGI Debt Securities | Estimated Distributions Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | -- | | | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | -- | | | | | | | | | |
| Post-Petition Intercompany Receivables | -- | | | | | | | | | |
| Pre-Petition Intercompany Receivables | 0.9 | | | | | | | | | |
| Equity Interests in Subsidiaries | -- | | | | | | | | | |
| Less: Estimated Operating Expenses | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | | | |
| TOTAL DISTRIBUTABLE ASSETS | **$0.9** | | | | | | | | | |
| | | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 3 | General Unsecured Claims | 6,956.4 | 0.9 | 0.0% | 0.2 | -- | 0.3 | 0.4 |
| | | Class 4 | Convenience Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 5A | Debtor Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | | | **TOTALS** | **$6,956.4** | **$0.9** | | **$0.2** | **--** | **$0.3** | **$0.4** |
| Administrative Expenses | -- | | | | | | | | | |
| Other Liabilities | -- | | | | | | | | | |
| Priority Tax Claims | -- | | | | | | | | | |
| Post-Petition Intercompany Payables | (0.0) | | | | | | | | | |
| NET DISTRIBUTABLE ASSETS | **$0.9** | | | | | | | | | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0p".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

## Plan Recovery Summary - SJM Cap, LLC

($ in millions)

| | Estimated Assets Plan | Class | | Plan Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Estimated Distributions Cash | Estimated Distributions Secured Claim | Estimated Distributions Reorg. CFGI Debt Securities | Estimated Distributions Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | $8.1 | | | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | -- | | | | | | | | | |
| Post-Petition Intercompany Receivables | 114.6 | | | | | | | | | |
| Pre-Petition Intercompany Receivables | 0.0 | | | | | | | | | |
| Equity Interests in Subsidiaries | 80.8 | | | | | | | | | |
| Less: Estimated Operating Expenses | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **$203.5** | | | | | | | | | |
| | | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 3 | General Unsecured Claims | 6,956.4 | 144.1 | 2.1% | 32.5 | -- | 45.2 | 66.3 |
| | | Class 4 | Convenience Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 5A | Debtor Intercompany Claims | 91.1 | 1.9 | 2.1% | -- | -- | -- | -- |
| | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| | | **TOTALS** | | **$7,047.5** | **$145.9** | | **$32.5** | **--** | **$45.2** | **$66.3** |
| _Administrative Expenses_ | | | | | | | | | | |
| Administrative Expenses | -- | | | | | | | | | |
| Other Liabilities | -- | | | | | | | | | |
| Priority Tax Claims | (0.0) | | | | | | | | | |
| Post-Petition Intercompany Payables | (57.6) | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$145.9** | | | | | | | | | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

**Plan Recovery Summary – Capmark Affordable Equity Holdings, Inc.**

($ in millions)

| | Estimated Assets Plan | Class | | Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Estimated Distributions Cash | Secured Claim | Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | -- | | | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | 35.0 | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| Post-Petition Intercompany Receivables | 3.1 | Class 2 | Secured Claims | 14.5 | 14.5 | 100.0% | -- | 14.5 | -- | -- |
| Pre-Petition Intercompany Receivables | -- | Class 3 | General Unsecured Claims | 6,972.4 | 24.2 | 0.3% | 5.5 | -- | 7.6 | 11.1 |
| Equity Interests in Subsidiaries | 2.6 | Class 4 | Convenience Claims | 0.0 | 0.0 | 100.0% | 0.0 | -- | -- | -- |
| Less: Estimated Operating Expenses | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **$40.8** | Class 5A | Debtor Intercompany Claims | 89.0 | 0.3 | 0.3% | -- | -- | -- | -- |
| | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | | | | | | | | | | |
| Administrative Expenses | -- | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| Other Liabilities | -- | | | | | | | | | |
| Priority Tax Claims | (0.0) | | | | | | | | | |
| Post-Petition Intercompany Payables | (1.8) | | | | | | | | | |
| | | | **TOTALS** | **$7,075.9** | **$39.0** | | **$5.5** | **$14.5** | **$7.6** | **$11.1** |
| **NET DISTRIBUTABLE ASSETS** | **$39.0** | | | | | | | | | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".

(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

Plan Recovery Summary – Capmark REO Holding LLC
($ in millions)

| Estimated Assets Plan | | Class | | Plan | | | Estimated Distributions | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Est. Allowed Claim | Estimated Recovery Amount | % | Cash | Secured Claim | Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
| Cash & Cash Equivalents | $16.9 | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | -- | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- | -- |
| Post-Petition Intercompany Receivables | 20.5 | Class 3 | General Unsecured Claims | 6,956.4 | 44.3 | 0.6% | 10.0 | -- | 13.9 | 20.4 |
| Pre-Petition Intercompany Receivables | 1.5 | | | | | | | | | |
| Equity Interests in Subsidiaries | 5.5 | Class 4 | Convenience Claims | -- | -- | -- | -- | -- | -- | -- |
| Less: Estimated Operating Expenses | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | | | |
| TOTAL DISTRIBUTABLE ASSETS | $44.4 | Class 5A | Debtor Intercompany Claims | 5.5 | 0.0 | 0.6% | -- | -- | -- | -- |
| | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | -- | | | | | | | | | |
| Other Liabilities | -- | | | | | | | | | |
| Priority Tax Claims | -- | | | | | | | | | |
| Post-Petition Intercompany Payables | -- | | | | | | | | | |
| NET DISTRIBUTABLE ASSETS | $44.4 | TOTALS | | $6,961.9 | $44.4 | | $10.0 | -- | $13.9 | $20.4 |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

**Plan Recovery Summary – Capmark Investments LP**
($ in millions)

| | | Estimated Assets Plan | Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Cash | Secured Claim | Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (Estimated Distributions) | | |
| Cash & Cash Equivalents | | $22.9 | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | | 0.7 | | | | | | | |
| Post-Petition Intercompany Receivables | | 30.1 | | | | | | | |
| Pre-Petition Intercompany Receivables | | 12.0 | | | | | | | |
| Equity Interests in Subsidiaries | | 0.3 | | | | | | | |
| Less: Estimated Operating Expenses | | (1.9) | | | | | | | |
| Less: Estimated Taxes | | -- | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | | **$64.0** | | | | | | | |
| | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| | Class 2 | Secured Claims | 0.0 | 0.0 | 100.0% | -- | 0.0 | -- | -- |
| | Class 3 | General Unsecured Claims | 6,957.0 | 61.6 | 0.9% | 13.9 | -- | 19.3 | 28.4 |
| | Class 4 | Convenience Claims | 0.0 | 0.0 | 100.0% | 0.0 | -- | -- | -- |
| | Class 5A | Debtor Intercompany Claims | 0.7 | 0.0 | 0.9% | -- | -- | -- | -- |
| | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| | **TOTALS** | | **$6,957.8** | **$61.6** | | **$13.9** | **$0.0** | **$19.3** | **$28.4** |
| _Administrative Expenses:_ | | | | | | | | | |
| Administrative Expenses | | -- | | | | | | | |
| Other Liabilities | | (0.0) | | | | | | | |
| Priority Tax Claims | | (1.4) | | | | | | | |
| Post-Petition Intercompany Payables | | (1.0) | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | | **$61.6** | | | | | | | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

Plan Recovery Summary - Summit Crest Ventures, LLC
($ in millions)

| | | | Plan | | Estimated Distributions | | | |
| | Estimated Assets Plan | Est. Allowed Claim | Estimated Recovery Amount | % | Cash | Secured Claim | Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
| Class | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | $0.1 | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | -- | | | | | | | |
| Post-Petition Intercompany Receivables | -- | | | | | | | |
| Pre-Petition Intercompany Receivables | 0.0 | | | | | | | |
| Equity Interests in Subsidiaries | 10.9 | | | | | | | |
| Less: Estimated Operating Expenses | -- | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **$11.0** | | | | | | | |
| Class 1  Non-Tax Priority Claims | | -- | -- | -- | -- | -- | -- | -- |
| Class 2  Secured Claims | | -- | -- | -- | -- | -- | -- | -- |
| Class 3  General Unsecured Claims | | 6,956.4 | 9.6 | 0.1% | 2.2 | -- | 3.0 | 4.4 |
| Class 4  Convenience Claims | | 0.0 | 0.0 | 100.0% | 0.0 | -- | -- | -- |
| Class 5A  Debtor Intercompany Claims | | 17.1 | 0.0 | 0.1% | -- | -- | -- | -- |
| Class 5B  Affiliate Intercompany Claims | | -- | -- | -- | -- | -- | -- | -- |
| Class 6  Equity Interests | | -- | -- | -- | -- | -- | -- | -- |
| **TOTALS** | | **$6,973.6** | **$9.6** | | **$2.2** | **--** | **$3.0** | **$4.4** |
| Administrative Expenses | | | | | | | | |
| Administrative Expenses | -- | | | | | | | |
| Other Liabilities | (1.4) | | | | | | | |
| Priority Tax Claims | -- | | | | | | | |
| Post-Petition Intercompany Payables | (0.0) | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$9.6** | | | | | | | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

**Plan Recovery Summary – Capmark Affordable Properties Inc.**

($ in millions)

| | | Estimated Assets Plan | Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Cash | Secured Claim | Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | | -- | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | | 29.4 | | | | | | | |
| Post-Petition Intercompany Receivables | | 11.7 | | | | | | | |
| Pre-Petition Intercompany Receivables | | -- | | | | | | | |
| Non-Tax Priority Claims | Class 1 | | -- | -- | -- | -- | -- | -- | -- |
| Secured Claims | Class 2 | | 27.0 | 27.0 | 100.0% | -- | 27.0 | -- | -- |
| General Unsecured Claims | Class 3 | | 43.2 | 4.7 | 10.9% | 1.1 | -- | 1.5 | 2.2 |
| Convenience Claims | Class 4 | | 0.0 | 0.0 | 100.0% | 0.0 | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | | **$41.0** | | | | | | | |
| Debtor Intercompany Claims | Class 5A | | 39.8 | 4.3 | 10.9% | -- | -- | -- | -- |
| Affiliate Intercompany Claims | Class 5B | | | -- | -- | -- | -- | -- | -- |
| Equity Interests | Class 6 | | -- | -- | -- | -- | -- | -- | -- |
| _Administrative Expenses_ | | | | | | | | | |
| Administrative Expenses | | -- | | | | | | | |
| Other Liabilities | | -- | | | | | | | |
| Priority Tax Claims | | (0.0) | | | | | | | |
| Post-Petition Intercompany Payables | | (5.0) | | | | | | | |
| **TOTALS** | | | **$110.1** | **$36.1** | | **$1.1** | **$27.0** | **$1.5** | **$2.2** |
| **NET DISTRIBUTABLE ASSETS** | | **$36.1** | | | | | | | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0.0".

(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

**Plan Recovery Summary – Capmark Affordable Equity Inc.**

($ in millions)

| | Estimated Assets Plan | | Class | Plan Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Estimated Distributions Cash | Estimated Distributions Secured Claim | Estimated Distributions Reorg. CFGI Debt Securities | Estimated Distributions Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | $50.0 | | | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | 41.7 | | | | | | | | | |
| Post-Petition Intercompany Receivables | 7.9 | | | | | | | | | |
| Pre-Petition Intercompany Receivables | 93.0 | | | | | | | | | |
| Equity Interests in Subsidiaries | 0.3 | | | | | | | | | |
| Less: Estimated Operating Expenses | (10.4) | | | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | | | |
| | | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 3 | General Unsecured Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 4 | Convenience Claims | 0.2 | 0.2 | 100.0% | 0.2 | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$182.5** | | | | | | | | | |
| | | Class 5A | Debtor Intercompany Claims | 862.3 | 93.6 | 10.9% | -- | -- | -- | -- |
| | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- | -- |
| _Administrative Expenses_ | | | | | | | | | | |
| Administrative Expenses | -- | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| Other Liabilities | (1.1) | | | | | | | | | |
| Priority Tax Claims | (0.0) | | | | | | | | | |
| Post-Petition Intercompany Payables | (87.6) | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$93.7** | | **TOTALS** | **$862.5** | **$93.7** | | **$0.2** | **--** | **--** | **--** |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0.0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

**Plan Recovery Summary - Protech Holdings C, LLC**
($ in millions)

| | Estimated Assets Plan | Class | | Est. Allowed Claim | Plan Estimated Recovery Amount | Plan Estimated Recovery % | Cash | Secured Claim | Estimated Distributions Reorg. CFGI Debt Securities | Reorg. CFGI Common Stock Implied Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | -- | | | | | | | | | |
| Estimated Fair Value of Directly Held Assets[a] | -- | | | | | | | | | |
| Post-Petition Intercompany Receivables | -- | | | | | | | | | |
| Pre-Petition Intercompany Receivables | -- | | | | | | | | | |
| Equity Interests in Subsidiaries | -- | | | | | | | | | |
| Less: Estimated Operating Expenses | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | | | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | -- | | | | | | | | | |
| Administrative Expenses | | | | | | | | | | |
| Administrative Expenses | -- | | | | | | | | | |
| Other Liabilities | -- | | | | | | | | | |
| Priority Tax Claims | -- | | | | | | | | | |
| Post-Petition Intercompany Payables | -- | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | -- | | | | | | | | | |
| | | Class 1 | General Unsecured Claims | -- | -- | -- | -- | -- | -- | -- |
| | | Class 2 | Equity Interests | -- | -- | -- | -- | -- | -- | -- |
| | | **TOTALS** | | -- | -- | | -- | | -- | -- |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.