**EXHIBIT E**

**Liquidation Analysis**

**Exhibit E**
**Capmark Financial Group Inc. and Proponent Debtor Liquidation Analysis**

**Important Information & Risk Factors and Other Factors to Be Considered**

This Liquidation Analysis contains forward-looking statements as described in the Plan. The Best Interest Test Summary ("BIT Summary") contained herein is subject to qualifications set forth in the Disclosure Statement, including, without limitation, the "Important Information" at the beginning of the Disclosure Statement, Section VII, "Risk Factors and Other Factors to be considered," and Section VIII, "Confirmation of the Plan." Except as identified herein, the Liquidation Analysis and BIT Summary are also subject to the notes in Exhibit D – Recovery Analysis.

**General Assumptions**

In connection with the Liquidation Analysis, the Proponent Debtors' business plans and financial projections for the period from June 30, 2011, to December 31, 2015, were reviewed. The asset level fair values as of June 30, 2011, used in the Financial Projections were adjusted to estimate a chapter 7 liquidation value. The revised asset values were then used for the estimated recovery in liquidation for purposes of the Liquidation Analysis. A summary of the business plans and financial projections are summarized in the Financial Projections attached as Exhibit C to the Disclosure Statement.

The Liquidation Analysis utilized the same assumptions as detailed in items (iii) through (xiii) of the "General Assumptions" section of the notes to the Recovery Analysis. In addition, the Liquidation Analysis assumed that each Proponent Debtor's and Affiliate's non-restricted cash and cash equivalents as of June 30, 2011, is the same as in the Recovery Analysis.

*Adjusted Recovery Value for the Expedited Liquidation*

The Proponent Debtors' management reviewed the projected June 30, 2011, fair values and nominal recoveries as presented in the Financial Projections. The projected values for each asset were adjusted, when appropriate, to the estimated recovery that a chapter 7 trustee might achieve through the asset's disposition during the expedited liquidation period. For most assets that were assumed to be collected by June 30, 2012, in the Financial Projections, the Proponent Debtors' assumed no change in timing; however, the projected recovery was adjusted in certain instances for a potential "fire sale" stigma, among other factors. For assets that were assumed to be collected after June 30, 2012, in the Financial Projections, the Proponent Debtors' estimated an accelerated collection by June 30, 2012, and adjusted the net collections accordingly (including to zero in certain instances). For the majority of assets, it was assumed that the Proponent Debtors were not able to collect interest, fees and other income and amortization payments that had been assumed to be collected after June 30, 2012 in the Financial Projections. For certain assets that were assumed to be collected after June 30, 2012 in the Financial Projections, no recovery was assumed due to an illiquid market for the asset, a long dated maturity or other factors. The projected recovery amounts in the Liquidation Analysis were discounted back to June 30, 2011, for comparison to the Recovery Analysis.

In most instances, assets were reviewed individually and the projected net recovery and timing of collections were adjusted, when appropriate. The estimated net recoveries on the

**Exhibit E**
**Capmark Financial Group Inc. and Proponent Debtor Liquidation Analysis**

remaining assets were adjusted for by type or class of asset. The Liquidation Analysis assumptions for individual assets were generally informed by factors such as type of asset (for example whether a debt instrument or an equity interest, the priority of the asset in the capital structure, etc.) and the underlying asset's characteristics (such as credit rating, occupancy rate, property type, etc.) and risk factors.

### Potential Impact of the Expedited Liquidation

The assumed expedited sale of the Proponent Debtors and their Affiliates' commercial real estate and other assets would likely have an adverse impact on net recoveries. Discounts to certain assets may be required to account for the following potential factors, among others: (i) market illiquidity, (ii) unavailability of third party financing for borrowers and potential investors, (iii) supply and demand imbalances due to a larger number of Proponent Debtors and their Affiliates' assets being simultaneously in the marketplace, (iv) bulk sales and related discounts, (v) insufficient time to improve occupancy and performance of REO assets and non-performing assets, (vi) insufficient time to extend performing loans, (vii) the stigma of an expedited sale and potential "fire sale" perception, (viii) the inability to offer potential buyers normal representations or warranties, and (ix) inability to retain key employees for the duration of the liquidation.

### Non-Restricted Cash and Cash Equivalents

The Liquidation Analysis assumes the value of projected non-restricted cash and cash equivalents as of June 30, 2011, at each Proponent Debtor and their Affiliates (excluding Capmark Bank) as provided for in the Recovery Analysis. The Liquidation Analysis assumes that there is no impact to the net recoveries on the Proponent Debtors and their Affiliates' assets collected prior to July 1, 2011.

### Restricted Cash and Cash Equivalents and Misc. Assets

The Liquidation Analysis includes the projected value of restricted cash and cash equivalents and miscellaneous assets of the Proponent Debtors and their Affiliates (excluding Capmark Bank) to the extent it is anticipated that these assets will become unrestricted or can be collected by June 30, 2012. The resultant miscellaneous cash flows were then discounted at an annual rate of 6% to June 30, 2011.

### Additional Asset Level Professional Fees

The Proponent Debtors also included estimated additional professional fees and expenses, when applicable, in the individual net asset recoveries in the Liquidation Analysis. The estimated incremental professional fees and expenses were assumed to be incurred to facilitate the expedited liquidation of the Proponent Debtors and their Affiliates' assets. These potential additional fees and expenses included estimated broker, appraisal, local counsel and other professional fees and expenses.

**Exhibit E**
**Capmark Financial Group Inc. and Proponent Debtor Liquidation Analysis**

*Case Conversion Date*

The Liquidation Analysis assumes all Proponent Debtors' cases convert to a chapter 7 bankruptcy proceeding or are dismissed on July 1, 2011.

*Appointment of a Chapter 7 Trustee*

The Liquidation Analysis assumes a chapter 7 trustee will be appointed to liquidate and direct the wind down of the Proponent Debtors' estates and the Proponent Debtors and their Affiliates assets. The chapter 7 trustee is expected to retain third party professionals as well as rely upon certain of the Proponent Debtors and their Affiliates' employees.

*Duration of Chapter 7 Cases*

The chapter 7 liquidation is assumed to occur throughout an expedited twelve month period from July 1, 2011, through June 30, 2012. The final distribution of value to Creditors is assumed to occur on June 30, 2012. For those assets which cannot be sold within this time frame, no recovery value was assumed or the projected recovery was discounted back to June 30, 2011.

**Segment and/or Portfolio Specific Assumptions**

*North American Loans and Real Estate Owned*

The Proponent Debtors assumed a 15% internal rate of return on asset level nominal cash flows, which compares to an 8% internal rate of return in the Recovery Analysis. For modeling simplification it was assumed that the collection of these assets occurred uniformly through the twelve month liquidation period.

*Investments and Funds*

Each fund or separate account in a limited partnership and projected cash flow from each such asset in the Financial Projections was evaluated. The Proponent Debtors' management assumed discounts to fair value based on the type of assets, the liquidity of the market for the asset, the maturity date of the investment fund and other relevant factors. Net recoveries that were projected to occur after June 30, 2012 in the Recovery Analysis were accelerated into the twelve month liquidation period.

*Europe Loans, Subordinated Notes, Acquired Non-Performing Loans and Other Assets*

The Proponent Debtors assumed discounts to the nominal projections reflected in the Financial Projections for each of the loans secured by European collateral, all subordinated notes, non-performing loans, and other assets in Europe. This discount was based on the type of assets (with higher discounts applied to subordinate notes versus first lien loans, etc.), the maturity date, and other relevant factors. Nominal cash flows that were projected to occur after June 30, 2012 in the Financial Projections were accelerated into the twelve month liquidation period. The resultant cash flows were then discounted at an annual rate of 7% to June 30, 2011.

**Exhibit E**
**Capmark Financial Group Inc. and Proponent Debtor Liquidation Analysis**

*Japan Loans, Equity and Acquired Non-Performing Loans*

Each major real estate asset in Japan was evaluated and categorized based on the assumed risk. A 10%, 12% or 15% discount rate was applied to the asset level net recovery based on the assumed category of risk. Net recoveries that were projected to occur after June 30, 2012, in the Recovery Analysis were accelerated into the twelve month liquidation period.

*North American Affordable Equity*

Each asset was evaluated individually and net proceeds were estimated after adjustments for transaction costs and discounts due to an accelerated sales time frame. Net recoveries that were projected to occur after June 30, 2012, in the Recovery Analysis were accelerated into the twelve month liquidation period.

*Capmark Bank*

Capmark Bank is not a Debtor and therefore would neither directly be subject to nor under the control of a chapter 7 trustee. Under the circumstance that the Proponent Debtors would convert their proceedings from chapter 11 to chapter 7 and consequently be subject to the appointment of a chapter 7 trustee, it is not determinable if the treatment of Capmark Bank and consequently the value of Capmark Bank would differ from the proposed treatment of Capmark Bank under the Plan. It is likely that if the Debtors were to convert from plans of reorganization to plans of liquidation, the ultimate resolution of Capmark Bank would be governed by its regulators, the FDIC and the UDFI. As such, it is not possible to determine a revised value of Capmark Bank under a liquidation scenario and it is therefore assumed that the value of Capmark Bank is either equal to or lesser than the value of Capmark Bank under the Plan.

*Operating Expenses and Trustee Fees Incurred During the Liquidation Period*

The Proponent Debtors assumed no change in the operating expenses as presented in the Financial Projections for the period July 1, 2011 through June 30, 2012. No operating expenses were assumed after the twelve month liquidation period.

In addition, the Liquidation Analysis assumes chapter 7 restructuring professional fees of $2 million per month for twelve months to June 30, 2012, severance and vacation pay costs for all employees based on March 31, 2011 headcount and payroll, and $5 million of additional executory contract rejection costs.

The chapter 7 trustee fee was assumed to be paid as a percentage of projected Proponent Debtors and their Affiliates' net asset proceeds. It was assumed that the chapter 7 trustee fee was 2.5% of net asset proceeds collected from July 1, 2011 through September 30, 2011, was 2.25% of net asset proceeds collected from October 1, 2011 through December 31, 2011, was 2.0% of net asset proceeds collected from January 1, 2012 through March 31, 2012, and was 1.75% of net asset proceeds collected from April 1, 2012 through June 30, 2012.

All of these projected operating expenses were netted against the projected asset recoveries at each Proponent Debtor and their Affiliates. It was assumed that Proponent Debtor

**Exhibit E**
**Capmark Financial Group Inc. and Proponent Debtor Liquidation Analysis**

operating expenses continue to be borne by CFI, CCI, CILP and CAEI in amounts consistent with historical experience.  Operating expenses were allocated for each period to each of CFI, CCI, CILP and CAEI based on their pro-rata share of projected payroll expense. The resultant cash flows were then discounted at an annual rate of 6% to June 30, 2011.

*Other Liabilities*

The Liquidation Analysis utilized the same "other liabilities" that were used in the Recovery Analysis.

*Post Petition Taxes*

The Proponent Debtors assumed the same taxes that were used in the Recovery Analysis.

*Closing Items*

The Proponent Debtors assumed the same closing items that were used in the Recovery Analysis.

*Claims*

The Proponent Debtors assumed the same Claims, including Intercompany Claims, and Claim treatment that were used in the Recovery Analysis, except for Convenience Claims which were categorized in the General Unsecured Claims class.  For modeling simplification, it was assumed that there was no change in Administrative Expense Claims in the Liquidation Analysis as those assumed in the Recovery Analysis.

**Best Interest Test Summary - Capmark Financial Group Inc.**

($ in millions)

| | Estimated Assets | | | | | Plan | | | | Liquidation | |
| | Plan | Liquidation | | Class | Est. Allowed Claim | Estimated Recovery | | | Est. Allowed Claim | Estimated Recovery | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Amount | % | | | Amount | % |
| Cash & Cash Equivalents | $138.5 | $138.5 | Class 1 | Non-Tax Priority Claims | -- | -- | -- | | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | 1,421.0 | 1,420.7 | | | | | | | | | |
| Post-Petition Intercompany Receivables | -- | -- | Class 2 | Secured Claims | 0.1 | 0.1 | 100.0% | | 0.1 | 0.1 | 100.0% |
| Pre-Petition Intercompany Receivables | 1,317.7 | 1,246.7 | | | | | | | | | |
| Equity Interests in Subsidiaries[b] | 154.8 | 135.8 | Class 3A | General Unsecured Claims[c][d] | 7,022.5 | 1,470.2 | 20.9% | | 7,023.5 | 1,386.5 | 19.7% |
| Less: Estimated Operating Expenses | -- | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 3B | Jr. Unsec. Subordinated Debenture Claims[d] | 266.4 | 55.8 | 20.9% | | 266.4 | 52.6 | 19.7% |
| **TOTAL DISTRIBUTABLE ASSETS** | **$3,032.0** | **$2,941.7** | Class 3C | Jr. Unsec. Subordinated Debenture Guaranty Claims | -- | -- | -- | | -- | -- | -- |
| _Administrative Expenses_ | | | Class 4 | Convenience Claims[e] | 1.0 | 1.0 | 100.0% | | -- | -- | -- |
| Administrative Expenses | ($0.0) | ($0.0) | | | | | | | | | |
| Other Liabilities | (20.2) | (20.2) | Class 5A | Debtor Intercompany Claims | 217.8 | 45.6 | 20.9% | | 217.8 | 43.0 | 19.7% |
| Priority Tax Claims | (0.1) | (0.1) | | | | | | | | | |
| Post-Petition Intercompany Payables | (1,439.1) | (1,439.1) | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | | -- | -- | -- |
| | | | Class 6 | Equity Interests | -- | -- | -- | | -- | -- | -- |
| **NET DISTRIBUTABLE ASSETS** | **$1,572.6** | **$1,482.2** | **TOTALS** | | **$7,507.7** | **$1,572.6** | | | **$7,507.8** | **$1,482.2** | |

Note: All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".

(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

(b) Does not include the value of Capmark Bank, which is included in the estimated Fair Value of Directly Held Assets.

(c) Certain holders of CFGI Class 3A claims will receive Distributions to which holders of claims in CFGI Class 3B would otherwise be entitled but for contractual subordination provisions in the indenture governing the Junior Unsecured Subordinated Debentures. Such redistribution of CFGI Class 3B claims is not reflected in this table.

(d) Pursuant to the Plan, Distributions that would otherwise be payable to each holder of an Allowed CFGI Class 3B claim shall instead be distributed by the Disbursing Agent to the holders of Claims in CFGI Class 3A arising under the Unsecured Loans and Unsecured Notes, and to such other holders of CFGI Class 3A General Unsecured Claims as are contractually entitled to priority in payment under the indenture governing the Junior Unsecured Subordinated Debentures, until such holders have been paid in full.

(e) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Capmark Finance Inc.**

($ in millions)

| | Estimated Assets | | | Class | Plan | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | Est. Allowed Claim | Amount | % | Est. Allowed Claim | Amount | % |
| | | | | | | Estimated Recovery | | | Estimated Recovery | |
| Cash & Cash Equivalents | $757.5 | $757.5 | Class 1 | Non-Tax Priority Claims | $0.0 | $0.0 | 100.0% | $0.0 | $0.0 | 100.0% |
| Estimated Fair Value of Directly Held Assets[a] | 1,038.5 | 948.3 | | | | | | | | |
| Post-Petition Intercompany Receivables | 1,397.4 | 1,397.4 | Class 2 | Secured Claims | 0.2 | 0.2 | 100.0% | 0.2 | 0.2 | 100.0% |
| Pre-Petition Intercompany Receivables | 286.1 | 210.1 | | | | | | | | |
| Equity Interests in Subsidiaries | 10.4 | 8.5 | Class 3 | General Unsecured Claims[b] | 7,000.0 | 1,810.4 | 25.9% | 7,001.3 | 1,734.1 | 24.8% |
| Less: Estimated Operating Expenses | (133.9) | (98.3) | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 4 | Convenience Claims[b] | 1.3 | 1.3 | 100.0% | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$3,356.0** | **$3,223.5** | Class 5A | Debtor Intercompany Claims | 5,021.5 | 1,298.7 | 25.9% | 5,021.5 | 1,243.8 | 24.8% |
| <u>Administrative Expenses</u> | | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | ($0.2) | ($0.2) | | | | | | | | |
| Other Liabilities | (19.7) | (19.7) | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- |
| Priority Tax Claims | (3.4) | (3.4) | | | | | | | | |
| Post-Petition Intercompany Payables | (222.1) | (222.1) | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$3,110.6** | **$2,978.1** | **TOTALS** | | **$12,023.0** | **$3,110.6** | | **$12,023.0** | **$2,978.1** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.
(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Capmark Capital Inc.**

($ in millions)

| | Estimated Assets | | | Class | Plan | | | | Liquidation | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Plan | Liquidation | | | Est. Allowed Claim | Estimated Recovery | | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | Amount | % | | | Amount | % |
| Cash & Cash Equivalents | $62.2 | $62.2 | | Class 1   Non-Tax Priority Claims | -- | -- | -- | | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | 41.2 | 36.4 | | Class 2   Secured Claims | -- | -- | -- | | -- | -- | -- |
| Post-Petition Intercompany Receivables | 67.1 | 67.1 | | | | | | | | | |
| Pre-Petition Intercompany Receivables | 87.8 | 62.6 | | Class 3   General Unsecured Claims[b] | 6,965.4 | 236.6 | 3.4% | | 6,965.6 | 190.6 | 2.7% |
| Equity Interests in Subsidiaries | 25.9 | 4.1 | | | | | | | | | |
| Less: Estimated Operating Expenses | (2.6) | (2.6) | | Class 4   Convenience Claims[b] | 0.1 | 0.1 | 100.0% | | -- | -- | -- |
| Less: Estimated Taxes | -- | -- | | | | | | | | | |
| | | | | Class 5A   Debtor Intercompany Claims | 872.6 | 29.6 | 3.4% | | 872.6 | 23.9 | 2.7% |
| **TOTAL DISTRIBUTABLE ASSETS** | **$281.6** | **$229.7** | | | | | | | | | |
| | | | | Class 5B   Affiliate Intercompany Claims | -- | -- | -- | | -- | -- | -- |
| Administrative Expenses | | | | | | | | | | | |
| Administrative Expenses | -- | -- | | Class 6   Equity Interests | -- | -- | -- | | -- | -- | -- |
| Other Liabilities | (0.7) | (0.7) | | | | | | | | | |
| Priority Tax Claims | (0.0) | (0.0) | | | | | | | | | |
| Post-Petition Intercompany Payables | (14.6) | (14.6) | | | | | | | | | |
| | | | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$266.3** | **$214.4** | | **TOTALS** | **$7,838.1** | **$266.3** | | | **$7,838.1** | **$214.4** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.
(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Commercial Equity Investments, Inc.**

($ in millions)

| | Estimated Assets | | | Class | | Plan | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | -- | -- | Class 1 | Non-Tax Priority Claims | | -- | -- | -- | | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | 19.8 | 4.0 | | | | | | | | | |
| Post-Petition Intercompany Receivables | 21.3 | 21.3 | Class 2 | Secured Claims | | 0.0 | 0.0 | 100.0% | | 0.0 | 0.0 | 100.0% |
| Pre-Petition Intercompany Receivables | 78.5 | 53.4 | | | | | | | | | |
| Equity Interests in Subsidiaries | 0.4 | 0.4 | Class 3 | General Unsecured Claims[b] | | 6,956.4 | 115.9 | 1.7% | | 6,956.4 | 76.3 | 1.1% |
| Less: Estimated Operating Expenses | -- | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 4 | Convenience Claims[b] | | 0.0 | 0.0 | 100.0% | | -- | -- | -- |
| | | | | | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **$120.1** | **$79.1** | Class 5A | Debtor Intercompany Claims | | 246.6 | 4.1 | 1.7% | | 246.6 | 2.7 | 1.1% |
| | | | | | | | | | | | |
| Administrative Expenses | | | Class 5B | Affiliate Intercompany Claims | | -- | -- | -- | | -- | -- | -- |
| Administrative Expenses | -- | -- | | | | | | | | | |
| Other Liabilities | -- | -- | Class 6 | Equity Interests | | -- | -- | -- | | -- | -- | -- |
| Priority Tax Claims | (0.0) | (0.0) | | | | | | | | | |
| Post-Petition Intercompany Payables | (0.1) | (0.1) | | | | | | | | | |
| | | | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$120.0** | **$79.0** | | **TOTALS** | | **$7,203.0** | **$120.0** | | | **$7,203.0** | **$79.0** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".

(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Mortgage Investments, LLC**

($ in millions)

| | Estimated Assets | | | Class | Plan | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | -- | -- | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | -- | -- | | | | | | | | |
| Post-Petition Intercompany Receivables | -- | -- | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- |
| Pre-Petition Intercompany Receivables | 5.7 | 5.4 | | | | | | | | |
| Equity Interests in Subsidiaries | -- | -- | Class 3 | General Unsecured Claims[b] | 6,956.4 | 5.7 | 0.1% | 6,956.4 | 5.4 | 0.1% |
| Less: Estimated Operating Expenses | -- | -- | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 4 | Convenience Claims[b] | -- | -- | -- | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$5.7** | **$5.4** | Class 5A | Debtor Intercompany Claims | 6.6 | 0.0 | 0.1% | 6.6 | 0.0 | 0.1% |
| Administrative Expenses | | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | -- | -- | | | | | | | | |
| Other Liabilities | -- | -- | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- |
| Priority Tax Claims | -- | -- | | | | | | | | |
| Post-Petition Intercompany Payables | (0.0) | (0.0) | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$5.7** | **$5.4** | **TOTALS** | | **$6,963.0** | **$5.7** | | **$6,963.0** | **$5.4** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.
(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Net Lease Acquisition LLC**

($ in millions)

| | Estimated Assets | | | Class | Plan | | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | Est. Allowed Claim | Estimated Recovery | | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | Amount | % | | | Amount | % |
| Cash & Cash Equivalents | -- | -- | Class 1 | Non-Tax Priority Claims | -- | -- | -- | | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | -- | -- | Class 2 | Secured Claims | -- | -- | -- | | -- | -- | -- |
| Post-Petition Intercompany Receivables | -- | -- | | | | | | | | | |
| Pre-Petition Intercompany Receivables | 0.9 | 0.8 | Class 3 | General Unsecured Claims[b] | 6,956.4 | 0.9 | 0.0% | | 6,956.4 | 0.8 | 0.0% |
| Equity Interests in Subsidiaries | -- | -- | | | | | | | | | |
| Less: Estimated Operating Expenses | -- | -- | Class 4 | Convenience Claims[b] | -- | -- | -- | | -- | -- | -- |
| Less: Estimated Taxes | -- | -- | | | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **$0.9** | **$0.8** | Class 5A | Debtor Intercompany Claims | -- | -- | -- | | -- | -- | -- |
| | | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | | -- | -- | -- |
| Administrative Expenses | | | | | | | | | | | |
| Administrative Expenses | -- | -- | Class 6 | Equity Interests | -- | -- | -- | | -- | -- | -- |
| Other Liabilities | -- | -- | | | | | | | | | |
| Priority Tax Claims | -- | -- | | | | | | | | | |
| Post-Petition Intercompany Payables | (0.0) | (0.0) | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$0.9** | **$0.8** | **TOTALS** | | **$6,956.4** | **$0.9** | | | **$6,956.4** | **$0.8** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.
(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - SJM Cap, LLC**

($ in millions)

| | Estimated Assets | | | Class | Plan | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | $8.1 | $8.1 | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | -- | -- | | | | | | | | |
| Post-Petition Intercompany Receivables | 114.6 | 114.6 | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- |
| Pre-Petition Intercompany Receivables | 0.0 | 0.0 | | | | | | | | |
| Equity Interests in Subsidiaries | 80.8 | 80.6 | Class 3 | General Unsecured Claims[b] | 6,956.4 | 144.1 | 2.1% | 6,956.4 | 143.9 | 2.1% |
| Less: Estimated Operating Expenses | -- | -- | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 4 | Convenience Claims[b] | -- | -- | -- | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$203.5** | **$203.4** | Class 5A | Debtor Intercompany Claims | 91.1 | 1.9 | 2.1% | 91.1 | 1.9 | 2.1% |
| _Administrative Expenses_ | | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | -- | -- | | | | | | | | |
| Other Liabilities | -- | -- | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- |
| Priority Tax Claims | (0.0) | (0.0) | | | | | | | | |
| Post-Petition Intercompany Payables | (57.6) | (57.6) | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$145.9** | **$145.8** | **TOTALS** | | **$7,047.5** | **$145.9** | | **$7,047.5** | **$145.8** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".

(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Capmark Affordable Equity Holdings, Inc.**

($ in millions)

| | Estimated Assets | | | Class | | Plan | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | -- | -- | Class 1 | Non-Tax Priority Claims | | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | 35.0 | 28.2 | | | | | | | | | |
| Post-Petition Intercompany Receivables | 3.1 | 3.1 | Class 2 | Secured Claims | | 14.5 | 14.5 | 100.0% | 14.5 | 14.5 | 100.0% |
| Pre-Petition Intercompany Receivables | -- | -- | | | | | | | | | |
| Equity Interests in Subsidiaries | 2.6 | 2.6 | Class 3 | General Unsecured Claims[b] | | 6,972.4 | 24.2 | 0.3% | 6,972.4 | 17.5 | 0.3% |
| Less: Estimated Operating Expenses | -- | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 4 | Convenience Claims[b] | | 0.0 | 0.0 | 100.0% | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$40.8** | **$34.0** | Class 5A | Debtor Intercompany Claims | | 89.0 | 0.3 | 0.3% | 89.0 | 0.2 | 0.3% |
| _Administrative Expenses_ | | | Class 5B | Affiliate Intercompany Claims | | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | -- | -- | | | | | | | | | |
| Other Liabilities | -- | -- | Class 6 | Equity Interests | | -- | -- | -- | -- | -- | -- |
| Priority Tax Claims | (0.0) | (0.0) | | | | | | | | | |
| Post-Petition Intercompany Payables | (1.8) | (1.8) | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$39.0** | **$32.2** | | **TOTALS** | | **$7,075.9** | **$39.0** | | **$7,075.9** | **$32.2** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".

(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Capmark REO Holding LLC**

($ in millions)

| | Estimated Assets | | | Class | Plan | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | $16.9 | $16.9 | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | -- | -- | | | | | | | | |
| Post-Petition Intercompany Receivables | 20.5 | 20.5 | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- |
| Pre-Petition Intercompany Receivables | 1.5 | 1.4 | | | | | | | | |
| Equity Interests in Subsidiaries | 5.5 | 5.5 | Class 3 | General Unsecured Claims[b] | 6,956.4 | 44.3 | 0.6% | 6,956.4 | 44.3 | 0.6% |
| Less: Estimated Operating Expenses | -- | -- | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 4 | Convenience Claims[b] | -- | -- | -- | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$44.4** | **$44.3** | Class 5A | Debtor Intercompany Claims | 5.5 | 0.0 | 0.6% | 5.5 | 0.0 | 0.6% |
| Administrative Expenses | | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | -- | -- | | | | | | | | |
| Other Liabilities | -- | -- | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- |
| Priority Tax Claims | -- | -- | | | | | | | | |
| Post-Petition Intercompany Payables | -- | -- | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$44.4** | **$44.3** | **TOTALS** | | **$6,961.9** | **$44.4** | | **$6,961.9** | **$44.3** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.
(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Capmark Investments LP**

($ in millions)

| | Estimated Assets | | Class | | Plan | | | Liquidation | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Plan | Liquidation | | | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | $22.9 | $22.9 | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | 0.7 | 0.6 | | | | | | | | |
| Post-Petition Intercompany Receivables | 30.1 | 30.1 | Class 2 | Secured Claims | 0.0 | 0.0 | 100.0% | 0.0 | 0.0 | 100.0% |
| Pre-Petition Intercompany Receivables | 12.0 | 10.6 | | | | | | | | |
| Equity Interests in Subsidiaries | 0.3 | 0.3 | Class 3 | General Unsecured Claims[b] | 6,957.0 | 61.6 | 0.9% | 6,957.0 | 60.6 | 0.9% |
| Less: Estimated Operating Expenses | (1.9) | (1.4) | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 4 | Convenience Claims[b] | 0.0 | 0.0 | 100.0% | -- | -- | -- |
| | | | | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **$64.0** | **$63.0** | Class 5A | Debtor Intercompany Claims | 0.7 | 0.0 | 0.9% | 0.7 | 0.0 | 0.9% |
| | | | | | | | | | | |
| Administrative Expenses | | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | -- | -- | | | | | | | | |
| Other Liabilities | (0.0) | (0.0) | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- |
| Priority Tax Claims | (1.4) | (1.4) | | | | | | | | |
| Post-Petition Intercompany Payables | (1.0) | (1.0) | | | | | | | | |
| | | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$61.6** | **$60.6** | **TOTALS** | | **$6,957.8** | **$61.6** | | **$6,957.8** | **$60.6** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".

(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Summit Crest Ventures, LLC**

($ in millions)

| | Estimated Assets | | | Class | Plan | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | $0.1 | $0.1 | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | -- | -- | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- |
| Post-Petition Intercompany Receivables | -- | -- | | | | | | | | |
| Pre-Petition Intercompany Receivables | 0.0 | 0.0 | | | | | | | | |
| Equity Interests in Subsidiaries | 10.9 | 10.4 | Class 3 | General Unsecured Claims[b] | 6,956.4 | 9.6 | 0.1% | 6,956.5 | 9.1 | 0.1% |
| Less: Estimated Operating Expenses | -- | -- | | | | | | | | |
| Less: Estimated Taxes | -- | -- | Class 4 | Convenience Claims[b] | 0.0 | 0.0 | 100.0% | -- | -- | -- |
| **TOTAL DISTRIBUTABLE ASSETS** | **$11.0** | **$10.6** | Class 5A | Debtor Intercompany Claims | 17.1 | 0.0 | 0.1% | 17.1 | 0.0 | 0.1% |
| _Administrative Expenses_ | | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | -- | -- | | | | | | | | |
| Other Liabilities | (1.4) | (1.4) | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- |
| Priority Tax Claims | -- | -- | | | | | | | | |
| Post-Petition Intercompany Payables | (0.0) | (0.0) | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$9.6** | **$9.2** | **TOTALS** | | **$6,973.6** | **$9.6** | | **$6,973.6** | **$9.2** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.
(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Capmark Affordable Properties Inc.**

($ in millions)

| | Estimated Assets | | | Class | | Plan | | | Liquidation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | Liquidation | | | | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | -- | -- | Class 1 | Non-Tax Priority Claims | | -- | -- | -- | | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | 29.4 | 23.3 | Class 2 | Secured Claims | | 27.0 | 27.0 | 100.0% | | 27.0 | 27.0 | 100.0% |
| Post-Petition Intercompany Receivables | 11.7 | 11.7 | | | | | | | | | |
| Pre-Petition Intercompany Receivables | -- | -- | Class 3 | General Unsecured Claims[b] | | 43.2 | 4.7 | 10.9% | | 43.3 | 1.5 | 3.6% |
| Equity Interests in Subsidiaries | -- | -- | | | | | | | | | |
| Less: Estimated Operating Expenses | -- | -- | Class 4 | Convenience Claims[b] | | 0.0 | 0.0 | 100.0% | | -- | -- | -- |
| Less: Estimated Taxes | -- | -- | | | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **$41.0** | **$34.9** | Class 5A | Debtor Intercompany Claims | | 39.8 | 4.3 | 10.9% | | 39.8 | 1.4 | 3.6% |
| Administrative Expenses | | | Class 5B | Affiliate Intercompany Claims | | -- | -- | -- | | -- | -- | -- |
| Administrative Expenses | -- | -- | | | | | | | | | |
| Other Liabilities | -- | -- | Class 6 | Equity Interests | | -- | -- | -- | | -- | -- | -- |
| Priority Tax Claims | (0.0) | (0.0) | | | | | | | | | |
| Post-Petition Intercompany Payables | (5.0) | (5.0) | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$36.1** | **$30.0** | **TOTALS** | | | **$110.1** | **$36.1** | | | **$110.1** | **$30.0** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.
(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Capmark Affordable Equity Inc.**

($ in millions)

| | Estimated Assets | | | | Plan | | | Liquidation | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Plan | Liquidation | | Class | Est. Allowed Claim | Estimated Recovery | | Est. Allowed Claim | Estimated Recovery | |
| | | | | | | Amount | % | | Amount | % |
| Cash & Cash Equivalents | $50.0 | $50.0 | Class 1 | Non-Tax Priority Claims | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | 41.7 | 20.0 | Class 2 | Secured Claims | -- | -- | -- | -- | -- | -- |
| Post-Petition Intercompany Receivables | 7.9 | 7.9 | | | | | | | | |
| Pre-Petition Intercompany Receivables | 93.0 | 85.9 | Class 3 | General Unsecured Claims[b] | -- | -- | -- | 0.3 | 0.0 | 7.7% |
| Equity Interests in Subsidiaries | 0.3 | 0.0 | | | | | | | | |
| Less: Estimated Operating Expenses | (10.4) | (8.4) | Class 4 | Convenience Claims[b] | 0.2 | 0.2 | 100.0% | -- | -- | -- |
| Less: Estimated Taxes | -- | -- | | | | | | | | |
| | | | Class 5A | Debtor Intercompany Claims | 862.3 | 93.6 | 10.9% | 862.3 | 66.7 | 7.7% |
| **TOTAL DISTRIBUTABLE ASSETS** | **$182.5** | **$155.5** | | | | | | | | |
| | | | Class 5B | Affiliate Intercompany Claims | -- | -- | -- | -- | -- | -- |
| Administrative Expenses | | | | | | | | | | |
| Administrative Expenses | -- | -- | Class 6 | Equity Interests | -- | -- | -- | -- | -- | -- |
| Other Liabilities | (1.1) | (1.1) | | | | | | | | |
| Priority Tax Claims | (0.0) | (0.0) | | | | | | | | |
| Post-Petition Intercompany Payables | (87.6) | (87.6) | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **$93.7** | **$66.8** | **TOTALS** | | **$862.5** | **$93.7** | | **$862.6** | **$66.8** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".

(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.

(b) In the hypothetical chapter 7 it is assumed that the Convenience Class is eliminated and claims that would have been in the Convenience Class under the Plan are allocated to the General Unsecured Claims at each Debtor.

**Best Interest Test Summary - Protech Holdings C, LLC**

($ in millions)

| | Estimated Assets | | | Class | | Plan | | | Liquidation | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Est. Allowed | Estimated Recovery | | Est. Allowed | Estimated Recovery | |
| | Plan | Liquidation | | | | Claim | Amount | % | Claim | Amount | % |
| Cash & Cash Equivalents | -- | -- | Class 1 | General Unsecured Claims | | -- | -- | -- | -- | -- | -- |
| Estimated Fair Value of Directly Held Assets[a] | -- | -- | | | | | | | | | |
| Post-Petition Intercompany Receivables | -- | -- | Class 2 | Equity Interests | | -- | -- | -- | -- | -- | -- |
| Pre-Petition Intercompany Receivables | -- | -- | | | | | | | | | |
| Equity Interests in Subsidiaries | -- | -- | | | | | | | | | |
| Less: Estimated Operating Expenses | -- | -- | | | | | | | | | |
| Less: Estimated Taxes | -- | -- | | | | | | | | | |
| **TOTAL DISTRIBUTABLE ASSETS** | **--** | **--** | | | | | | | | | |
| _Administrative Expenses_ | | | | | | | | | | | |
| Administrative Expenses | -- | -- | | | | | | | | | |
| Other Liabilities | -- | -- | | | | | | | | | |
| Priority Tax Claims | -- | -- | | | | | | | | | |
| Post-Petition Intercompany Payables | -- | -- | | | | | | | | | |
| **NET DISTRIBUTABLE ASSETS** | **--** | **--** | **TOTALS** | | | **--** | **--** | | **--** | **--** | |

Note:  All values that are exactly zero and all recovery percentages where the corresponding recovery amount is zero are shown as "--". Values between zero and $50,000 appear as "0".
(a) Directly Held Assets are defined as the estimated fair value of assets other than intercompany receivables, equity in affiliates and cash.