THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CAPMARK FINANCIAL GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-13684 (CSS)<br>(Jointly Administered) |

**ASM CAPITAL III, LP'S OBJECTION TO PROPOSED TECHNICAL AMENDMENT
TO ARTICLE VI OF THIRD AMENDED PLAN OF REORGANIZATION**

During the hearing held on Friday, August 19, 2011, regarding the confirmation of the Debtors' Third Amended Plan of Reorganization (the "Plan"), ASM Capital III, LP ("ASM"), a creditor and party-in-interest in the above-captioned chapter 11 cases, argued that, although it was not objecting to the confirmation of the Plan, in light of the objection filed by ASM to Scheduled Intercompany Claim Number 689012590 Between, Debtor, Capmark Financial Inc. ("CFI") and, Debtor, Capmark Financial Group, Inc. ("CFGI") (the "Inter-Company Claim"), the Inter-Company Claim was deemed a "Disputed Claim" under the Plan and, as required by Section 6.2 of the Plan, CFI was required to not pay and reserve the full value of the Disputed Claim, pending resolution of the Disputed Claim. In response, the Debtor requested the right to provide a "technical amendment" to Article VI in order to avoid having to reserve the full amount of the Disputed Inter-Company Claim. ASM requested and was granted the right to review the technical amendment language and provide comments to the Debtor, and object to such language if necessary.

On Monday, August 22, 2011, the Debtor provided a copy of the proposed technical amendment language, which is attached as Exhibit "A." The language proposed by the Debtor was unacceptable to ASM because, among other reasons, it provided the Debtor with unfettered

discretion to decide the amount of any reserve "necessary to protect the effect of such Dispute Claim objection." ASM promptly forwarded proposed revised language, which is attached as Exhibit "B." In the revised language, ASM proposed to reserve only the full amount of all non-bondholder claims, a much smaller amount than would have to be reserved if the Debtor were required to follow the language of Section 6.2 in the original Plan.

Debtor responded to ASM proposed revision by claiming the proposal was "overreaching" and unacceptable. A copy of Debtor's counsel's e-mail is attached as Exhibit "C." Yet, the Debtor took no steps to attempt to discuss the matter with ASM or propose alternative language. Accordingly, ASM files the following objection to the proposed "technical amendment" language and requests that the Court consider the revised language proposed by ASM.

## **OBJECTION**

ASM hereby objects to the proposed technical amendment language. ASM submits that the revision is not a mere "technical amendment" but a material change to the Plan. As such, ASM submits that for such language to be added, the Debtor would be required to re-solicit the votes on the Plan. As previously written, Article VI required the Debtor to reserve the full amount of any Disputed Claim, including the Inter-Company Claim. As proposed, the Debtor now has unchecked and complete discretion to decide the amount of reserve necessary to allegedly protect the objector against the "effect of [the] Disputed Claim objection, if sustained."

Such a change in the language materially affects the Claim Objection process and all parties in interest should have had the right to consider such a change in voting on the Plan.

**NOTICE**

Notice of this Objection has been given to the Office of the United States Trustee for the District of Delaware, counsel for the Debtors, counsel to the Official Committee of Unsecured Creditors, and those parties that have filed requests for notices in this case pursuant to Fed. R. Bankr. P. 2002. ASM submits that no further notice need be provided.

WHEREFORE, the ASM respectfully requests Court reject the "technical amendment" language proposed by the Debtor and such other and further relief as the Court deems just and proper.

Dated: August 23, 2011

**FOX ROTHSCHILD LLP**

*/s/ Sheldon K. Rennie*
Sheldon K. Rennie (No. 3772)
919 N. Market St., Suite 1300
P.O. Box 2323
Wilmington, DE 19899
Telephone: 302.654.7444
Facsimile: 302.656.8920

-and-

Michael G. Menkowitz
Samuel H. Israel
2000 Market St. – 20th Floor
Philadelphia, PA 19103
Telephone: 215.299.2000
Facsimile: 215.299.2150

*Counsel to ASM Capital III, LP*